Jeb U. Burton SBN 241921
John S. Knowlton SBN 143517
John L. Boze SBN 191846
THE BURTON LAW FIRM
400 Capitol Mall, Ste. 1850
Sacramento, CA  95814
Telephone:     (916) 822-8700
Facsimile:      (916) 737-5658

Attorneys for Defendants,
    Cosumnes Corporation dba Murieta Equestrian Center

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER, ALLIANCE<br><br>                Plaintiff,<br>    v.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER,<br><br>                Defendant. | Case No. 2:20-cv-01703-TLN-DB<br><br>STIPULATION AND ORDER RE EXTENSION OF TIME FOR COSUMNES CORPORATION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO INITIAL RESPONSIVE PLEADING BY COSUMNES CORPORATION |

TO THE HONORABLE COURT AND TO ALL PARTIES OF RECORD:

    IT IS HEREBY STIPULATED and agreed that Plaintiff CALIFORNIA COASTKEEPER ALLIANCE ("Plaintiff") and Defendant COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER ("Defendant"), collectively the "Parties" hereby stipulate to extend the time for Defendant to answer or otherwise respond to Plaintiff's First Amended Complaint For Civil Penalties and Injunctive and Declaratory Relief for Violation of Water Pollution Control Act and Resource Conservation and Recovery Act.

////

1

STIPULATION AND ORDER RE EXTENSION OF TIME FOR COSUMNES CORPORATION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO INITIAL RESPONSIVE PLEADING BY COSUMNES CORPORATION

Plaintiff filed its initial Complaint and then on or about October 1, 2020 Plaintiff filed its First Amended Complaint, herein "FAC" (ECF #4). On or about October 7, 2020 Plaintiff filed its Proof of Service and return of summons indicating service of the FAC on or about October 7, 2020 (ECF #6). With a service date of October 7, 2020, the initial response would be due October 29, 2020.

Thereafter, Defendant Consumes Corporation had some communication with Plaintiff's counsel about the case, including an extension of time to respond, but did not immediately respond to or answer the FAC. Defendant then retained Burton Law Firm, including Jeb U. Burton, John S. Knowlton and John L. Boze as defense counsel.

On or about November 6, 2020, Mr. Knowlton emailed Plaintiff's counsel Mr. Flanders about an extension of time for Defendant to answer or respond to the FAC. After minimal discussions on this issue, an agreement was made between counsel to extend the time as set forth herein.

WHEREFORE, the Parties through their counsel stipulate and respectfully request that this Court allow Defendant Cosumnes Corporation up to and including November 20, 2020 to answer or otherwise respond to Plaintiff's FAC. It is also stipulated Plaintiff may have an additional fourteen (14) days following service of Defendant's initial response to the FAC to respond to that pleading.

The Parties hereto also respectfully request that the Status (Pretrial Scheduling) Conference be set with these dates.

////

2

STIPULATION AND ORDER RE EXTENSION OF TIME FOR COSUMNES CORPORATION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO INITIAL RESPONSIVE PLEADING BY COSUMNES CORPORATION

SO STIPULATED.

Dated: November 13, 2020.                    AQUA TERRA AERIS LAW GROUP


                                             */s/ Jason R. Flanders*
                                             _____
                                             Jason R. Flanders, Esq.
                                             Attorneys for Plaintiff,
                                             California Coastkeeper Alliance


Dated: November 13, 2020.                    THE BURTON LAW FIRM


                                             */s/ John S. Knowlton*
                                             _____
                                             John S. Knowlton, Esq.
                                             Jeb U. Burton, Esq.
                                             Attorneys for Defendants,
                                             Cosumnes Corporation dba
                                             Murieta Equestrian Center

/ / / /

3

STIPULATION AND ORDER RE EXTENSION OF TIME FOR COSUMNES CORPORATION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO INITIAL RESPONSIVE PLEADING BY COSUMNES CORPORATION

**ORDER**

The Court has reviewed the above stipulation by counsel regarding the allowance of additional time up to and including November 20, 2020 for Defendant Cosumnes Corporation to answer or otherwise respond to Plaintiff California Coastkeeper Alliance's First Amended Complaint, and thereafter for Plaintiff to have an additional fourteen (14) days beyond the customary time to respond to any initial pleading by Defendant. Good cause appearing therefore, and pursuant to stipulation of the Parties:

IT IS HEREBY ORDERED that Defendant Cosumnes Corporation shall have up to and including November 20, 2020 to answer or otherwise respond to Plaintiff's First Amended Complaint; and

IT IS FURTHER ORDERED that Plaintiff California Coastkeeper Alliance shall have an additional fourteen (14) days so as to respond to Defendant's initial response to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: November 13, 2020

_____
Troy L. Nunley
United States District Judge

4

STIPULATION AND ORDER RE EXTENSION OF TIME FOR COSUMNES CORPORATION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO INITIAL RESPONSIVE PLEADING BY COSUMNES CORPORATION