JASON R. FLANDERS, SBN 238007
Email: jrf@atalawgroup.com
ERICA A. MAHARG, SBN 279369
Email: eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (916) 202-3018

ERIN K. CLANCY, SBN 249197
Email: erin@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (619) 313-3037

Attorneys for Plaintiff CALIFORNIA COASTKEEPER ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, | **Case No.: 2:20-cv-01703-TLN-DB** |
| Plaintiff, | **ORDER** |
| vs. | |
| COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, | |
| Defendant. | |

**ORDER**

The Court, having considered the stipulation filed by Plaintiff, CALIFORNIA COASTKEEPER ALLIANCE, and Defendant, COSUMNES CORPORATION, dba MURIETA EQUESTRIAN CENTER, and finding good cause for the relief requested, hereby orders as follows:

Defendant will no later than January 5, 2021, provide Plaintiff with a written substantive response to Plaintiff's objections to Defendant's affirmative defenses;

The Parties will meet and confer on this and all matters covered by FRCP 26(f) no later than February 2, 2021;

Plaintiff will have until February 2, 2021 to file a pleading responsive to Defendant's Answer, if by January 19, 2021, Defendant has not filed an amended answer; or, if Defendant does file an amended answer, Plaintiff will have 21 days from such filing to so respond.

IT IS SO ORDERED.

DATED: December 17, 2020

_____
Troy L. Nunley
United States District Judge