UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER,<br><br>Defendant. | No.  2:20-cv-1703 DB<br><br><u>ORDER</u> |

  Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge.  <u>See</u> U.S.C. § 636(c).  Accordingly, this matter has been reassigned to the undersigned for all purposes.

  Defendant has filed an answer.  (ECF No. 13.)  Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

  1. A Status (Pretrial Scheduling) Conference is set for **Friday, April 2, 2021, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

  2. All parties are required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on his or her own behalf.  Any party may appear at the status

conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status (Pretrial Scheduling) Conference; a party may not appear telephonically over a cellphone.

    3. Plaintiff shall file and serve a status report on or before **March 19, 2021**, and defendant shall file and serve a status report on or before **March 26, 2021**.  Each party's status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Possible amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i.    Whether the case is related to any other case, including matters in bankruptcy;

    j.    Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of her so acting, or whether they prefer to have a Settlement Conference before another magistrate judge; and

    k.    Any other matters that may aid in the just and expeditious disposition of this action.

////

////

////

4. The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction. <u>See</u> Local Rules 110 and 183.

DATED: February 24, 2021                    /s/ DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE