JASON R. FLANDERS, SBN 238007
Email: jrf@atalawgroup.com
ERICA A. MAHARG, SBN 279369
Email: eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

Attorneys for Plaintiff CALIFORNIA COASTKEEPER ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>                    Plaintiff,<br><br>     v.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER,<br><br>                    Defendant. | No. 2:20-cv-1703 DB<br><br>**SECOND JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER** |

WHEREAS, on February 9, 2022, this Court approved and entered as an Order the Parties' Joint Stipulation to Modify the Scheduling Order (Dkt. 41);

WHEREAS, the Parties have worked diligently and cooperatively through discovery to accommodate minor adjustments to the schedule (Dkt. 41) for matters not requiring any pleading to be filed with the Court;

WHEREAS, the Parties have met and conferred and believe that the Parties would benefit from a second settlement conference with Magistrate Newman, prior to each Party completing and submitting its *Phase I* Summary Judgment motion; the Parties have contacted Magistrate Newman's deputy clerk and have reserved September 30, 2022, for further mediation;

THEREFORE, for the good cause, above, the Parties hereby stipulate and request that the Scheduling Order (Dkt. 41) be revised as follows:

July 18, 2022 – Completion of *Phase I* Discovery;

September 30, 2022 – Parties to conduct second settlement conference with Magistrate Newman;

October 21, 2022 – Deadline for submission of the Parties' *Phase I* summary judgment motions;

November 21, 2022 – Deadline for submission of the Parties' oppositions to *Phase I* summary judgment motions; and

December 16, 2022 – Deadline for submission of the Parties' replies in support of their *Phase I* summary judgment motions.

Respectfully submitted,

Dated: July 28, 2022                    AQUA TERRA AERIS LAW GROUP

By:   /s/Jason R. Flanders
      Jason R. Flanders
      Attorneys for Plaintiff, CALIFORNIA
      COASTKEEPER ALLIANCE

Dated: July 28, 2022                    CALIFORNIA COAST KEEPER ALLIANCE

By:   /s/Drevet Hunt
      Drevet Hunt
      Attorneys for Plaintiff, CALIFORNIA
      COASTKEEPER ALLIANCE

Dated: July 28, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Glenn A. Friedman
Glenn A. Friedman
Attorneys for Defendant, COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER

## ORDER

Based on the stipulation set forth above IT IS HEREBY ORDERED that:

July 18, 2022 – Completion of *Phase I* Discovery;

September 30, 2022 – Parties to conduct second settlement conference with Magistrate Judge Newman;

October 21, 2022 – Deadline for submission of the Parties' *Phase I* summary judgment motions;

November 21, 2022 – Deadline for submission of the Parties' oppositions to *Phase I* summary judgment motions; and

December 16, 2022 – Deadline for submission of the Parties' replies in support of their *Phase I* summary judgment motions.

DATED: July 28, 2022

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE