**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
  E-Mail: Glenn.Friedman@lewisbrisbois.com
SUNNY S. SHAPIRO, SB# 221111
  E-Mail: Sunny.Shapiro@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**OLSSON FRANK WEEDA TERMAN MATZ PC**
STEWART D. FRIED, (Pro Hac Vice)
E-Mail: sfried@ofwlaw.com
GARY H. BAISE (Pro Hac Vice)
E-Mail: gbaise@ofwlaw.com
2000 Pennsylvania Avenue NW, Suite 3000
Washington DC 20006
Telephone: 202.518.6326

Attorneys for Defendant
COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>  Plaintiff,<br><br>  vs.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER,<br><br>  Defendant. | Case No. 2:20-cv-01703-TLN-DB<br><br>**STIPULATION TO EXTEND PHASE ONE BRIEFING SCHEDULE AND ORDER** |

WHEREAS the Parties participated in Settlement Conferences on December 1, 2021 and September 30, 2022 before Magistrate Judge Kendall Newman.

Case 2:20-cv-01703-DB   Document 68   Filed 10/12/22   Page 2 of 3

1       WHEREAS, Judge Newman issued an Order [Dkt. No. 66] dated September 30, 2022, convening a conference call on October 18, 2022, to determine if a further Settlement Conference between the Parties would be fruitful.

        WHEREAS, the Court's Scheduling Order [Dkt. No. 64] dated July 29, 2022, requires opening summary judgment briefs on *Phase I* issues to be filed on or before October 21, 2022, with opposition briefs due November 21, 2022 and reply briefs due December 16, 2022.

        WHEREAS, in order to minimize costs and maximize opportunity for settlement as discussed with Judge Newman, the Parties agree to extend the *Phase I* briefing deadlines as follows:

        December 16, 2022 – Deadline for submission of the Parties' *Phase I* summary judgment motions;

        January 18, 2023 – Deadline for submission of the Parties' oppositions to *Phase I* summary judgment motions; and

        February 17, 2023 – Deadline for submission of the Parties' reply briefs in support of their *Phase I* summary judgment motions.

        NOW THEREFORE, the Parties stipulate to extend the summary judgment briefing schedule as set forth herein.

DATED: October 10, 2022            LEWIS BRISBOIS BISGAARD & SMITH LLP

                        By:    /s/ *Glenn A. Friedman*
                               GLENN A. FRIEDMAN
                               JOSEPH A. SALAZAR JR.
                               SUNNY A. SHAPIRO
                               Attorneys for Defendant
                               COSUMNES CORPORATION dba
                               MURIETA EQUESTRIAN CENTER

DATED: October 10, 2022            OLSSON FRANK WEEDA TERMAN MATZ PC

                        By:    /s/ *Stewart D. Fried*
                               STEWART D. FRIED
                               GARY H. BAISE
                               Attorneys for Defendant
                               COSUMNES CORPORATION dba
                               MURIETA EQUESTRIAN CENTER



4884-1304-1207.1                                     2                           Case No. 2:20-cv-01703-TLN-DB
STIPULATION TO EXTEND PHASE ONE BRIEFING SCHEDULE AND ORDER

DATED:  October 10, 2022          AQUA TERRA AERIS (ATA) LAW GROUP

                                  By:  /s/ *Jason R. Flanders*
                                  ERICA A. MAHARG
                                  JASON R. FLANDERS
                                  JAMES T. BRETT
                                  Attorneys for Plaintiff
                                  CALIFORNIA COASTKEEPER ALLIANCE


DATED:  October 10, 2022          CALIFORNIA COASTKEEPER ALLIANCE

                                  By:  /s/ *Drevet J. Hunt*
                                  DREVET J. HUNT
                                  Attorneys for Plaintiff
                                  CALIFORNIA COASTKEEPER ALLIANCE

## ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this eFiled document.

## ORDER

Based on the stipulation set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED that the *Phase I* dispositive motion briefing deadlines are now as follows:

December 16, 2022 – Deadline for submission of the Parties' *Phase I* summary judgment motions;

January 18, 2023 – Deadline for submission of the Parties' oppositions to *Phase I* summary judgment motions; and

February 17, 2023 – Deadline for submission of the Parties' reply briefs in support of their *Phase I* summary judgment motions.

DATED: October 11, 2022           /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE