**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
  E-Mail: Glenn.Friedman@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105-2256
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
JAY C. PATTERSON, SB# 238829
  E-Mail: Jay.Patterson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**OLSSON FRANK WEEDA TERMAN MATZ PC**
STEWART D. FRIED, (Pro Hac Vice)
E-Mail: sfried@ofwlaw.com
2000 Pennsylvania Avenue NW, Suite 4003
Washington DC 20006
Telephone: 202.518.6326

Attorneys for Defendant
COSUMNES CORPORATION dba
MURIETA EQUESTRIAN CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>COSUMNES CORPORATION dba<br>MURIETA EQUESTRIAN CENTER,<br><br>Defendant. | No. 2:20-cv-1703 DB<br><br>**JOINT STIPULATION TO EXTEND PHASE II MOTION BRIEFING SCHEDULE AND ORDER** |

/ / /

/ / /

/ / /

139552247.1                                       1

JOINT STIPULATION TO EXTEND PHASE II MOTION BRIEFING SCHEDULE AND ORDER

1  WHEREAS, Plaintiff has filed a Phase II summary judgment motion;

2  WHEREAS, the Parties' Joint Stipulation re Phase II Briefing Schedule and Order [Dkt.
3  No. 101] contemplates that they would have 28 days to oppose a Phase II summary judgment
4  motion;

5  WHEREAS, Local Rule 230(c) would prescribe a shorter period for opposing a dispositive
6  motion;

7  WHEREAS, the Court's Order granting Plaintiff's motion for clarification [Dkt. No. 112]
8  acknowledged that the Briefing Schedule and Order had provided for a "slightly longer time to file
9  an opposition" and indicated that the "court would be receptive" to a request for more time to oppose
10 a dispositive motion than is called for in Local Rule 230(c);

11 WHEREAS, in order to promote certainty and consistency, to afford Defendant an adequate
12 opportunity to prepare its opposition, and to maintain momentum, the Parties agree to extend the
13 Phase II briefing deadlines as follows:

14 April 12, 2024 – Plaintiff filed its Phase II summary judgment motion;

15 May 10, 2024 – Deadline for submission of Defendant's opposition to Phase II summary
16 judgment motion;

17 May 20, 2024 – Deadline for submission of Plaintiff's reply in support of their Phase II
18 summary judgment motion; and

19 May 31, 2024 – Hearing on Plaintiff's Phase II motion for summary judgment.

20 NOW THEREFORE, the Parties stipulate to extend the summary judgment briefing
21 schedule as set forth herein.

22 DATED: April 25, 2024            LEWIS BRISBOIS BISGAARD & SMITH LLP

23                                  By:      */s/ Jay C. Patterson*
24                                      GLENN A. FRIEDMAN
                                        JOSEPH A. SALAZAR JR.
25                                      JAY C. PATTERSON
                                        Attorneys for Defendant
26                                      COSUMNES CORPORATION dba
                                        MURIETA EQUESTRIAN CENTER
27

28



139552247.1                                 2
JOINT STIPULATION TO EXTEND PHASE II MOTION BRIEFING SCHEDULE AND [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: April 25, 2024 | | OLSSON FRANK WEEDA TERMAN MATZ PC |
| | By: | _/s/ Stewart D. Fried_ |
| | | STEWART D. FRIED |
| | | Attorneys for Defendant |
| | | COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER |
| DATED: April 25, 2024 | | AQUA TERRA AERIS (ATA) LAW GROUP |
| | By: | _/s/ Jason R. Flanders_ |
| | | ERICA A. MAHARG |
| | | JASON R. FLANDERS |
| | | JAMES T. BRETT |
| | | Attorneys for Plaintiff |
| | | CALIFORNIA COASTKEEPER ALLIANCE |
| DATED: April 25, 2024 | | CALIFORNIA COASTKEEPER ALLIANCE |
| | By: | _/s/ Drevet J. Hunt_ |
| | | DREVET J. HUNT |
| | | Attorneys for Plaintiff |
| | | CALIFORNIA COASTKEEPER ALLIANCE |

## **ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this eFiled document.

**ORDER**

Based on the stipulation set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED that the Phase II dispositive motion briefing deadlines are now as follows:

April 12, 2024 – Plaintiff filed its Phase II summary judgment motion;

May 10, 2024 – Deadline for submission of Defendant's opposition to Phase II summary judgment motion;

May 20, 2024 – Deadline for submission of Plaintiff's reply in support of their Phase II summary judgment motion; and

May 31, 2024 – Hearing on Plaintiff's Phase II motion for summary judgment (ECF No. 115).

DATED: April 26, 2024         /s/ DEBORAH BARNES
                              UNITED STATES MAGISTRATE JUDGE

