**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
  E-Mail: Glenn.Friedman@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105-2256
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
JAY C. PATTERSON, SB# 238829
  E-Mail: Jay.Patterson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**OLSSON FRANK WEEDA TERMAN MATZ PC**
STEWART D. FRIED, (Pro Hac Vice)
E-Mail: sfried@ofwlaw.com
2000 Pennsylvania Avenue NW, Suite 4003
Washington DC 20006
Telephone: 202.518.6326

Attorneys for Defendant
COSUMNES CORPORATION dba
MURIETA EQUESTRIAN CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>            Plaintiff,<br><br>       vs.<br><br>COSUMNES CORPORATION dba<br>MURIETA EQUESTRIAN CENTER,<br><br>            Defendant. | No. 2:20-cv-1703 DB<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND SHORTEN TIME RE PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF EXPERT TIMOTHY SWICKARD AND ORDER** |

/ / /

/ / /

/ / /

1  WHEREAS, Plaintiff filed a motion *in limine* to exclude the testimony of Defendant's Phase II expert Timothy Swickard on April 19, 2024 [Dkt. No. 118];

WHEREAS, Defendant would have two weeks after the filing of the motion, up to and including May 3, 2024, to oppose the motion pursuant to Local Rule 230(c);

WHEREAS, Plaintiff would have ten days after the filing of the opposition, up to and including May 13, 2024, to file a reply;

WHEREAS, in order to promote certainty and consistency, to afford Defendant an adequate opportunity to prepare its opposition, and to avoid waste and maintain momentum, the Parties agree to extend the briefing deadlines for Plaintiff's motion as follows:

April 19, 2024 – Plaintiff filed its motion *in limine* to exclude the testimony of Swickard;

May 14, 2024 – Deadline for submission of Defendant's opposition to Plaintiff's motion *in limine* to exclude the testimony of Swickard;

May 22, 2024 – Deadline for submission of Plaintiff's reply in support of their motion *in limine* to exclude the testimony of Swickard; and

May 31, 2024 – Joint hearing on Plaintiff's Phase II motion for summary judgment and motion *in limine* to exclude the testimony of Swickard.

NOW THEREFORE, the Parties stipulate to extend the briefing schedule for Plaintiff's motion *in limine* to exclude the testimony of Swickard, and to shorten time as to the filing of Plaintiff's reply, as set forth herein.

DATED: May 2, 2024                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Jay C. Patterson*
GLENN A. FRIEDMAN
JOSEPH A. SALAZAR JR.
JAY C. PATTERSON
Attorneys for Defendant
COSUMNES CORPORATION dba
MURIETA EQUESTRIAN CENTER



139552247.1

2

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND SHORTEN TIME RE PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF EXPERT TIMOTHY SWICKARD AND ORDER

DATED: May 2, 2024　　　　OLSSON FRANK WEEDA TERMAN MATZ PC

By: */s/ Stewart D. Fried*
STEWART D. FRIED
Attorneys for Defendant
COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER

DATED: May 2, 2024　　　　AQUA TERRA AERIS (ATA) LAW GROUP

By: */s/ Jason R. Flanders*
ERICA A. MAHARG
JASON R. FLANDERS
JAMES T. BRETT
Attorneys for Plaintiff
CALIFORNIA COASTKEEPER ALLIANCE

## **ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this eFiled document.

139552247.1

3

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND SHORTEN TIME RE PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF EXPERT TIMOTHY SWICKARD AND ORDER

# ORDER

Based on the stipulation set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED that the Phase II dispositive motion briefing deadlines are now as follows:

April 19, 2024 – Plaintiff filed its motion *in limine* to exclude the testimony of Swickard;

May 14, 2024 – Deadline for submission of Defendant's opposition to Plaintiff's motion *in limine* to exclude the testimony of Swickard;

May 22, 2024 – Deadline for submission of Plaintiff's reply in support of their motion *in limine* to exclude the testimony of Swickard; and

May 31, 2024 – Joint hearing on Plaintiff's Phase II motion for summary judgment and motion *in limine* to exclude the testimony of Swickard.

IT IS SO ORDERED.

DATED: May 3, 2024,  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE



139552247.1

4

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND SHORTEN TIME RE PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF EXPERT TIMOTHY SWICKARD AND ORDER