**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
  E-Mail: Glenn.Friedman@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105-2256
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
JAY C. PATTERSON, SB# 238829
  E-Mail: Jay.Patterson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**OLSSON FRANK WEEDA TERMAN MATZ PC**
STEWART D. FRIED, (Pro Hac Vice)
E-Mail: sfried@ofwlaw.com
2000 Pennsylvania Avenue NW, Suite 4003
Washington DC 20006
Telephone: 202.518.6326

Attorneys for Defendant
COSUMNES CORPORATION dba
MURIETA EQUESTRIAN CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, | No. 2:20-cv-1703-DB |
| Plaintiff, | **JOINT STIPULATION FOR CONTINUANCE OF HEARINGS ON PENDING MOTIONS AND ORDER** |
| vs. | |
| COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, | |
| Defendant. | |

/ / /

/ / /

/ / /

JOINT STIPULATION FOR CONTINUANCE OF
HEARINGS ON PENDING MOTIONS AND ORDER

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1      WHEREAS, Plaintiff has filed a Phase II summary judgment motion that is currently

2  scheduled to be heard on May 31, 2024;

3      WHEREAS, Plaintiff has filed a motion *in limine* to exclude the testimony of Defendant's

4  expert witness, Timothy Swickard, which motion is also scheduled to be heard on May 31, 2024;

5      WHEREAS, Plaintiff has filed a motion for leave to amend its complaint, which motion is

6  also scheduled to be heard on May 31, 2024;

7      WHEREAS, the Parties are engaged in serious settlement discussions that may result in an

8  amicable settlement of this action;

9      WHEREAS, the Parties believe that at this time their scarce resources should be primarily

10  directed towards attempting to reach an amicable settlement of this action;

11      WHEREAS, the Parties respectfully submit that a short continuance of the briefing and

12  hearing schedule for Plaintiff's pending motions is appropriate to enable the Parties to continue

13  settlement discussions and conduct mediation; and

14      WHEREAS, the Parties, and retired Magistrate Judge Kendall Newman, are available to

15  attend an in-person mediation May 17, 2024;

16      NOW THEREFORE, the Parties stipulate to modify and extend the briefing and hearing

17  schedules as follows:

18      May 31, 2024 – Deadline for submission of (1) Defendant's opposition to Phase II summary

19  judgment motion and (2) Defendant's opposition to Plaintiff's motion *in limine* to exclude testimony of

20  Defendant's expert witness Timothy Swickard;

21      June 12, 2024 – Deadline for submission of  (1) Plaintiff's reply in support of its Phase II

22  summary judgment motion and (2) Plaintiff's reply in support of Plaintiff's motion *in limine* to exclude

23  testimony of Defendant's expert witness Timothy Swickard; and

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

JOINT STIPULATION FOR CONTINUANCE OF
HEARINGS ON PENDING MOTIONS AND ORDER

1    June 28, 2024 – Hearing on Plaintiff's Phase II motion for summary judgment, Plaintiff's

2    motion *in limine*, and Plaintiff's motion for leave to amend.

3

4    DATED:  May 9, 2024              LEWIS BRISBOIS BISGAARD & SMITH LLP

5                                    By:     /s/ *Jay C. Patterson*
                                            _____
6                                           GLENN A. FRIEDMAN
                                            JOSEPH A. SALAZAR JR.
7                                           JAY C. PATTERSON
                                            Attorneys for Defendant
8                                           COSUMNES CORPORATION dba
                                            MURIETA EQUESTRIAN CENTER
9

10   DATED:  May 9, 2024              OLSSON FRANK WEEDA TERMAN MATZ PC

11                                   By:     /s/ *Stewart D. Fried*
                                            _____
12                                          STEWART D. FRIED
                                            Attorneys for Defendant
13                                          COSUMNES CORPORATION dba
                                            MURIETA EQUESTRIAN CENTER
14

15   DATED:  May 9, 2024              AQUA TERRA AERIS (ATA) LAW GROUP

16                                   By:     /s/ *Jason R. Flanders*
                                            _____
17                                          ERICA A. MAHARG
                                            JASON R. FLANDERS
                                            JAMES T. BRETT
18                                          Attorneys for Plaintiff
                                            CALIFORNIA COASTKEEPER ALLIANCE
19

20   DATED:  May 9, 2024              CALIFORNIA COASTKEEPER ALLIANCE

21                                   By:     /s/ *Drevet J. Hunt*
                                            _____
22                                          DREVET J. HUNT
                                            Attorneys for Plaintiff
23                                          CALIFORNIA COASTKEEPER ALLIANCE

24                                    **ATTESTATION**

25       I hereby attest that I have on file all holographic signatures corresponding to any signatures

26   indicated by a conformed signature (/s/) within this eFiled document.

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

**ORDER**

2        Based on the stipulation set forth above, and good cause appearing therefore, IT IS HEREBY

3   ORDERED that:

4        1.  The deadline for submission of Defendant's opposition to Phase II summary judgment motion

5   and opposition to Plaintiff's motion *in limine* to exclude testimony of Defendant's expert witness

6   Timothy Swickard is continued to **May 31, 2024**;

7        2.  The deadline for submission of Plaintiff's reply in support of their Phase II summary

8   judgment motion and motion *in limine* to exclude testimony of Defendant's expert witness Timothy

9   Swickard is continued to **June 12, 2024**; and

10       3.  The May 31, 2024 hearing of Plaintiff's Motion to Amend (ECF No. 113), plaintiff's

11  Phase II motion for summary judgment, (ECF No. 115), and plaintiff's motion *in limine* (ECF No.

12  118) is continued to **June 28, 2024**.

13       IT IS SO ORDERED.

14  DATED:  May 13, 2024,                    /s/ DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

140109078.1

4