**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
  E-Mail: Glenn.Friedman@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105-2256
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
JAY C. PATTERSON, SB# 238829
  E-Mail: Jay.Patterson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**OLSSON FRANK WEEDA TERMAN MATZ PC**
STEWART D. FRIED, (Pro Hac Vice)
E-Mail: sfried@ofwlaw.com
2000 Pennsylvania Avenue NW, Suite 4003
Washington DC 20006
Telephone: 202.518.6326

Attorneys for Defendant
COSUMNES CORPORATION dba
MURIETA EQUESTRIAN CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, | No. 2:20-cv-1703 DB |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |
| vs. | |
| COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, | |
| Defendant. | |

WHEREAS, Plaintiff CALIFORNIA COASTKEEPER ALLIANCE ("CCKA"),

Defendant COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER ("MEC")

(hereafter the "Parties"), and Carol Anderson Ward participated in mediation before retired

Magistrate Judge Kendall Newman on Friday, May 17, 2024;

JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE AND ORDER

1    WHEREAS, the attendees were able to make substantial progress towards settlement;

2    WHEREAS, the attendees agreed to further mediation before retired Magistrate Judge

3    Kendall Newman on June 4, 2024;

4    WHEREAS, Plaintiff has filed motions for summary judgment and to exclude the

5    testimony of MEC's expert Timothy Swickard;

6    WHEREAS, the Parties agree that a realistic potential for settlement of the entire case

7    justifies a short extension of the briefing schedule for Defendant's oppositions to Plaintiff's

8    pending motions, and a shortening of time for Plaintiff's replies thereto, without modifying the

9    existing hearing date of June 28, 2024; and

10   WHEREAS, in order to permit the parties to devote resources towards a meaningful

11   mediation, the Parties agree to modify the briefing and hearing schedule as follows:

12   June 10, 2024 – MEC to file oppositions to Plaintiff's Phase II summary judgment motion and

13   motion to exclude the testimony of MEC's expert Timothy Swickard; and

14   June 17, 2024 – CCKA to file replies in support of its Phase II summary judgment motion and

15   motion to exclude testimony of MEC's expert Timothy Swickard.

16   NOW THEREFORE, the Parties stipulate to modify the briefing schedules as set forth

17   above.

18   DATED:  May 29, 2024                    LEWIS BRISBOIS BISGAARD & SMITH LLP

19                                          By:    /s/ Jay C. Patterson

20                                          GLENN A. FRIEDMAN
                                            JOSEPH A. SALAZAR JR.
21                                          JAY C. PATTERSON
                                            Attorneys for Defendant
22                                          COSUMNES CORPORATION dba MURIETA
                                            EQUESTRIAN CENTER
23

24

25

26

27

28



140932410.1                    2

JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE AND ORDER

1    DATED:  May 29, 2024                    OLSSON FRANK WEEDA TERMAN MATZ PC

2                                    By:    /s/ Stewart D. Fried

3                                           STEWART D. FRIED
                                            Attorneys for Defendant
4                                           COSUMNES CORPORATION dba MURIETA
                                            EQUESTRIAN CENTER
5

6

7    DATED:  May 29, 2024                    AQUA TERRA AERIS (ATA) LAW GROUP

8                                    By:    /s/ Jason R. Flanders

9

10                                  **ATTESTATION**

11          I hereby attest that I have on file all holographic signatures corresponding to any signatures

12   indicated by a conformed signature (/s/) within this eFiled document.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

**ORDER**

Based on the stipulation set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion briefing deadlines are now as follows:

June 10, 2024 – MEC shall file oppositions to Plaintiff's Phase II summary judgment motion and motion to exclude the testimony of MEC's expert Timothy Swickard;

June 17, 2024 – CCKA shall file replies in support of its Phase II summary judgment motion and motion to exclude testimony of MEC's expert Timothy Swickard;

IT IS SO ORDERED.

DATED:  May 31, 2024                    /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE AND ORDER