JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

Attorneys for Plaintiff CALIFORNIA COASTKEEPER ALLIANCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, a California Corporation; CAROL ANDERSON WARD, an individual; CAROL ANDERSON WARD, as trustee of the Carol Anderson Ward Trust dated February 6, 2002,<br><br>Defendants. | Case No. 2:20-CV-01703-SCR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS UNDER**<br><br>Hearing Date: June 12, 2025<br>Time: 10:00 AM<br>Courtroom: 27, 8th Floor<br>Hon. Sean Riordan |

**[PROPOSED] ORDER**

On November 18, 2024, Plaintiff California Coastkeeper Alliance (hereafter "Plaintiff") moved for an award of attorneys' fees and costs. Having considered the briefing and declarations in support of the Motion and oral argument of the parties, the Court finds the following:

1. Plaintiff is a prevailing party;
2. The time spent by Plaintiff's counsel that Plaintiff seeks to recover is reasonable;
3. The hourly rates for counsel and support staff that Plaintiff seeks to recover are reasonable considering the market rate in the Eastern District of California and the experience and expertise of counsel;
4. Attorneys' fees in the amount of $1,713,697.60 for work on this matter are reasonable and recoverable;
5. The costs that Plaintiff seeks to recover, including the costs associated with their experts, in the amount of $126,975.17, are reasonable and recoverable.
6. The total fees and costs equals $1,840,672.77.

Based on these findings, Plaintiff's Motion for Attorneys' Fees and Costs is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____            _____

Hon. SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE