JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

**Attorneys for Plaintiff**
CALIFORNIA COASTKEEPER ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, <br><br> Plaintiff, <br><br> vs. <br><br> COSUMNES CORPORATION, dba MURIETA EQUESTRIAN CENTER, <br><br> Defendant. | Case No. 2:20-cv-01703-SCR <br><br> **DECLARATION OF CARSON CAPPS IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS** <br><br> Hearing Date: June 12, 2025 <br> Time: 10:00 AM <br> Courtroom: 27, 8th Floor <br> Hon. Sean Riordan |

I, Carson Capps, declare:

1. I am more than eighteen years old and am competent to testify as to the matters set forth herein.

2. I am an attorney licensed to practice law in the State of California.

3. I make this Declaration in support of Plaintiff's Interim Motion for Attorneys' Fees and Costs, filed herewith. The facts set forth in this declaration are based on my personal knowledge, unless otherwise stated; if called to testify as a witness, I could and would competently testify thereto under oath.

## I. BIOGRAPHICAL INFORMATION

4. I am a 2021 Graduate of the University of California, Irvine School of Law.

5. I was admitted to practice law in the State of California in July 2022.

6. I am an attorney at the State Water Resources Control Board Office of Enforcement. Prior to that, and when I performed the work described below, I was employed as a Public Service Fellow by California Coastkeeper Alliance from August 1, 2021 to September 30, 2022. Prior to that, I was employed at the Orange County Coastkeepers as a legal intern from May 2020 to November 2020.

7. My practice as a legal fellow with California Coastkeeper Alliance focused exclusively on public interest environmental law under both state and federal jurisdictions. I primarily assisted with cases involving the federal Clean Water Act and the Porter-Cologne Water Quality Control Act.

8. It is my understanding that a reasonable rate for paralegal work in the Eastern District of California for a person with my experience is $218 per hour.

9. It is my understanding that a reasonable rate for attorney work in the Eastern District of California for a person with my experience is $345 per hour.

10. In setting the above rate, Mr. Hunt, my supervisor at California Coastkeeper Alliance, relied on their extensive knowledge of prevailing hourly rates in the Eastern District of California legal market and other legal markets throughout California. In setting my hourly rates,

they reviewed market data and recent attorney fee awards in cases involving complex civil litigation in the U.S. District Court for the Eastern District of California.

## II. TASKS PERFORMED AND HOURS INCURRED IN THIS CASE

11. My involvement in this case began in 2021 with conducting research into the sufficiency of service of Defendant Murieta Equestrian Center (MEC).

12. I reviewed and analyzed MEC's written responses and objections to Plaintiff's written discovery, and drafted meet and confer letters to MEC regarding the same.

13. I reviewed documents produced by MEC in response to Plaintiff's requests for production, including internal communications, inspection reports and photographs, staffing information, and other items.

14. In preparation for mediation between the parties, I worked with Jason Flanders to draft settlement statements and mediation briefs in both late 2021 and mid-2022. This included further research and articulation of legal agreements, including those regarding WOTUS and Article III standing. I attended the 2021 settlement conference between the parties mediated by Magistrate Judge Newman.

15. In all aspects of investigation, discovery, motion practice, and settlement negotiations, I coordinated with J. Flanders and D. Hunt regarding litigation strategy, deadlines and internal deliveries, and discovery strategy etc.; this included frequent teleconferences and emails regarding the same, as well as the creation and/or maintenance of shared planning documents, discovery plans, memoranda, and excel document(s) outlining facts and evidence in support of Plaintiff's claims.

16. Attached hereto as **Exhibit 1** is a true and correct copy of chronological time records that document the time that I spent on this case. I personally and contemporaneously kept these records in an excel workbook documenting the hours I worked on this case.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 14th of April, 2025, in SACRAMENTO, CALIFORNIA.

_____
Carson Capps

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 9/2/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center DOCUMENT REVIEW CALL WITH D. Hunt AND C. Hudak. | 1.0 | $218.00 | $0.00 | $218.00 | 1 |
| 9/2/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center DOCUMENT REVIEW. | 4.7 | $218.00 | $0.00 | $1,024.60 | 4.7 |
| 9/3/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center DOCUMENT REVIEW. | 2.4 | $218.00 | $0.00 | $523.20 | 2.4 |
| 9/7/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center DOCUMENT REVIEW. | 8.6 | $218.00 | $0.00 | $1,874.80 | 8.6 |
| 9/7/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Meet with D. Hunt and J. Flanders re: document review | 0.8 | $218.00 | $0.00 | $174.40 | 0.8 |
| 9/8/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center DOCUMENT REVIEW. | 5.0 | $218.00 | $0.00 | $1,090.00 | 5 |
| 9/8/2021 | CCKA | Murieta Equestrian Center | Carson Capps | CALL WITH D. Hunt AND J. RE: Murieta Equestrian Center DOCUMENT REVIEW. | 0.8 | $218.00 | $0.00 | $174.40 | 0.8 |
| 9/8/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center DOCUMENT REVIEW. | 1.1 | $218.00 | $0.00 | $239.80 | 1.1 |
| 9/9/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center DOCUMENT REVIEW. | 6.3 | $218.00 | $0.00 | $1,373.40 | 6.3 |
| 9/10/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center SECOND MEET AND CONFER DRAFT. | 4.7 | $218.00 | $0.00 | $1,024.60 | 4.7 |
| 9/10/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center DOCUMENT REVIEW. | 2.5 | $218.00 | $0.00 | $545.00 | 2.5 |
| 9/13/2021 | CCKA | Murieta Equestrian Center | Carson Capps | UPDATING Murieta Equestrian Center SECOND MEET AND CONFER DRAFT. | 4.9 | $218.00 | $0.00 | $1,068.20 | 4.9 |
| 9/13/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center SECOND MEET AND CONFER DRAFT. | 0.8 | $218.00 | $0.00 | $174.40 | 0.8 |
| 9/13/2021 | CCKA | Murieta Equestrian Center | Carson Capps | MEETING WITH D. Hunt RE: MEET AND CONFER DRAFT. | 0.6 | $218.00 | $0.00 | $130.80 | 0.6 |
| 9/14/2021 | CCKA | Murieta Equestrian Center | Carson Capps | CORRESPONDENCE WITH C. Hudak RE: Murieta Equestrian Center DOCUMENT REVIEW FINDINGS. | 0.3 | $218.00 | $0.00 | $65.40 | 0.3 |
| 9/14/2021 | CCKA | Murieta Equestrian Center | Carson Capps | UPDATING Murieta Equestrian Center SECOND MEET AND CONFER DRAFT. | 2.3 | $218.00 | $0.00 | $501.40 | 2.3 |
| 9/15/2021 | CCKA | Murieta Equestrian Center | Carson Capps | REVISING Murieta Equestrian Center MEET AND CONFER LETTER. | 1.0 | $218.00 | $0.00 | $218.00 | 1 |
| 9/16/2021 | CCKA | Murieta Equestrian Center | Carson Capps | CALL WITH D. Hunt. | 0.1 | $218.00 | $0.00 | $21.80 | 0.1 |
| 9/16/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center DOCUMENT REVIEW. | 1.0 | $218.00 | $0.00 | $218.00 | 1 |
| 9/17/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center DOCUMENT REVIEW. | 5.3 | $218.00 | $0.00 | $1,155.40 | 5.3 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 9/17/2021 | CCKA | Murieta Equestrian Center | Carson Capps | UPDATING DRAFT Murieta Equestrian Center MEET AND CONFER. | 1.0 | $218.00 | $0.00 | $218.00 | 1 |
| 9/17/2021 | CCKA | Murieta Equestrian Center | Carson Capps | UPDATING D. Hunt, J. Flanders, AND C. Hudak ON Murieta Equestrian Center DOCUMENT REVIEW. | 0.3 | $218.00 | $0.00 | $65.40 | 0.3 |
| 9/23/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center MEET AND CONFER PREPARATION MEETING WITH D. Hunt. | 0.3 | $218.00 | $0.00 | $65.40 | 0.3 |
| 9/23/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center SECOND MEET AND CONFER. | 0.9 | $218.00 | $0.00 | $196.20 | 0.9 |
| 9/23/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center MEET AND CONFER FOLLOW-UP CALL WITH D. Hunt AND J. Flanders. | 0.4 | $218.00 | $0.00 | $87.20 | 0.4 |
| 9/29/2021 | CCKA | Murieta Equestrian Center | Carson Capps | MEETING RE: STANDING WITNESS DECLARATION. | 1.1 | $218.00 | $0.00 | $239.80 | 1.1 |
| 9/29/2021 | CCKA | Murieta Equestrian Center | Carson Capps | DRAFTING STANDING WITNESS DECLARATION. | 5.9 | $218.00 | $0.00 | $1,286.20 | 5.9 |
| 9/30/2021 | CCKA | Murieta Equestrian Center | Carson Capps | DRAFTING STANDING WITNESS DECLARATION. | 1.5 | $218.00 | $0.00 | $327.00 | 1.5 |
| 10/12/2021 | CCKA | Murieta Equestrian Center | Carson Capps | Murieta Equestrian Center STANDING MEETING FOR SEAN WITH D. Hunt AND J. Flanders. | 1.0 | $218.00 | $0.00 | $218.00 | 1 |
| 10/27/2021 | CCKA | Murieta Equestrian Center | Carson Capps | READING PLAINTIFF'S OPPOSITION TO COSUMNES'S DEPOSITION NOTICE. | 0.1 | $218.00 | $0.00 | $21.80 | 0.1 |
| 10/29/2021 | CCKA | Murieta Equestrian Center | Carson Capps | BEGINNING SUPPLEMENTARY DOCUMENT REVIEW FOR Murieta Equestrian Center. | 3.0 | $218.00 | $0.00 | $654.00 | 3 |
| 11/1/2021 | CCKA | Murieta Equestrian Center | Carson Capps | CONTINUING SUPPLEMENTARY document REVIEW FOR Murieta Equestrian Center. | 8.0 | $218.00 | $0.00 | $1,744.00 | 8 |
| 11/2/2021 | CCKA | Murieta Equestrian Center | Carson Capps | CONTINUING SUPPLEMENTARY DOCUMENT REVIEW FOR Murieta Equestrian Center. | 2.0 | $218.00 | $0.00 | $436.00 | 2 |
| 11/2/2021 | CCKA | Murieta Equestrian Center | Carson Capps | SENDING REVIEW OF supplemental DOCUMENT REVIEW FINDINGS TO C. Hudak, J. Flanders, AND D. Hunt. | 0.3 | $218.00 | $0.00 | $65.40 | 0.3 |
| 11/4/2021 | CCKA | Murieta Equestrian Center | Carson Capps | PREPARING FOR MEETING WITH C. Hudak RE: MEET AND CONFER FOLLOW-UP. | 1.1 | $218.00 | $0.00 | $239.80 | 1.1 |
| 11/4/2021 | CCKA | Murieta Equestrian Center | Carson Capps | MEETING WITH C. Hudak RE: MEET AND CONFER FOLLOW-UP. | 0.2 | $218.00 | $0.00 | $43.60 | 0.2 |
| 11/4/2021 | CCKA | Murieta Equestrian Center | Carson Capps | DRAFTING MEET AND CONFER FOLLOW-UP. | 3.5 | $218.00 | $0.00 | $763.00 | 3.5 |
| 11/5/2021 | CCKA | Murieta Equestrian Center | Carson Capps | DRAFTING MEET AND CONFER FOLLOW-UP. | 3.0 | $218.00 | $0.00 | $654.00 | 3 |
| 11/8/2021 | CCKA | Murieta Equestrian Center | Carson Capps | MEETING WITH D. Hunt, J. Flanders, AND S. Bothwell. | 1.1 | $218.00 | $0.00 | $239.80 | 1.1 |
| 11/10/2021 | CCKA | Murieta Equestrian Center | Carson Capps | DRAFTING STANDING WITNESS DECLARATION. | 4.2 | $218.00 | $0.00 | $915.60 | 4.2 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 12/1/2021 | CCKA | Murieta Equestrian Center | Carson Capps | MURIETA MEDIATION. | 6.0 | $218.00 | $0.00 | $1,308.00 | 6 |
| 12/1/2021 | CCKA | Murieta Equestrian Center | Carson Capps | MURIETA MEDIATION DEBRIEF. | 0.7 | $218.00 | $0.00 | $152.60 | 0.7 |
| 3/21/2022 | CCKA | Murieta Equestrian Center | Carson Capps | MAKING RAINFALL CHART FOR Murieta Equestrian Center FROM JANUARY 2015 - MARCH 2022. | 4.0 | $218.00 | $0.00 | $872.00 | 4 |
| 3/22/2022 | CCKA | Murieta Equestrian Center | Carson Capps | CHECKING RAINFALL DATA CHART AGAINST CHART WE ATTACHED TO THE NOTICE LETTER. | 0.5 | $218.00 | $0.00 | $109.00 | 0.5 |
| 3/22/2022 | CCKA | Murieta Equestrian Center | Carson Capps | DRAFTING PARAGRAPH EXPLAINING THE PROCESS FOR CREATING THE RAINFALL CHARTS. | 0.2 | $218.00 | $0.00 | $43.60 | 0.2 |
| 6/3/2022 | CCKA | Murieta Equestrian Center | Carson Capps | REVIEWING PREVIOUS DOCUMENT REVIEW PROCESS. | 0.3 | $218.00 | $0.00 | $65.40 | 0.3 |
| 6/3/2022 | CCKA | Murieta Equestrian Center | Carson Capps | MEETING WITH D. Hunt, J. Flanders, AND ERICA. | 1.0 | $218.00 | $0.00 | $218.00 | 1 |
| 6/3/2022 | CCKA | Murieta Equestrian Center | Carson Capps | MEETING WITH D. Hunt, C. Hudak, AND TOM RE: SECOND ROUND OF document REVIEW. | 1.2 | $218.00 | $0.00 | $261.60 | 1.2 |
| 6/3/2022 | CCKA | Murieta Equestrian Center | Carson Capps | MEETING WITH E. AND TOM RE: EVERLAW TRAINING AND BACKGROUND. | 0.3 | $218.00 | $0.00 | $65.40 | 0.3 |
| 6/3/2022 | CCKA | Murieta Equestrian Center | Carson Capps | REVIEWING DEFENDANT'S PRODUCTIONS. | 6.1 | $218.00 | $0.00 | $1,329.80 | 6.1 |
| 6/4/2022 | CCKA | Murieta Equestrian Center | Carson Capps | REVIEWING DEFENDANT'S PRODUCTIONS. | 6.5 | $218.00 | $0.00 | $1,417.00 | 6.5 |
| 6/5/2022 | CCKA | Murieta Equestrian Center | Carson Capps | REVIEWING DEFENDANT'S PRODUCTIONS. | 5.5 | $218.00 | $0.00 | $1,199.00 | 5.5 |
| 6/7/2022 | CCKA | Murieta Equestrian Center | Carson Capps | PREPARING EXHIBITS FOR DEPOSITION. | 4.0 | $218.00 | $0.00 | $872.00 | 4 |
| 7/18/2022 | CCKA | Murieta Equestrian Center | Carson Capps | MEETING RE: document REVIEW FOR MEDIATION. | 1.0 | $218.00 | $0.00 | $218.00 | 1 |
| 7/20/2022 | CCKA | Murieta Equestrian Center | Carson Capps | CALL RE: document REVIEW FOR MEDIATION. | 1.0 | $218.00 | $0.00 | $218.00 | 1 |
| 8/10/2022 | CCKA | Murieta Equestrian Center | Carson Capps | CALL RE: MOVING DOCUMENTS TO California Coastkeeper Alliance EVERLAW. | 1.0 | $345.00 | $0.00 | $345.00 | 1 |
| 8/18/2022 | CCKA | Murieta Equestrian Center | Carson Capps | CALL RE: SUF PROGRESS, document REVIEW. | 1.0 | $345.00 | $0.00 | $345.00 | 1 |
| 8/19/2022 | CCKA | Murieta Equestrian Center | Carson Capps | DOWNLOADING DOCUMENTS FROM ATA EVERLAW AND MOVING TO California Coastkeeper Alliance EVERLAW. | 5.1 | $345.00 | $0.00 | $1,759.50 | 5.1 |
| 8/25/2022 | CCKA | Murieta Equestrian Center | Carson Capps | Meet with D. Hunt and J. Flanders re: organizing discovery evidence for Motion for Summary Judgment | 1.3 | $345.00 | $0.00 | $448.50 | 1.3 |
| 8/25/2022 | CCKA | Murieta Equestrian Center | Carson Capps | CALL RE: MEDIATION REVIEW TAG TREE. | 0.9 | $345.00 | $0.00 | $310.50 | 0.9 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 8/25/2022 | CCKA | Murieta Equestrian Center | Carson Capps | LOCATING REMAINING DOCUMENTS ON ATA SHAREPOINT AND UPLOADING TO California Coastkeeper Alliance EVERLAW. | 10.6 | $345.00 | $0.00 | $3,657.00 | 10.6 |
| 8/26/2022 | CCKA | Murieta Equestrian Center | Carson Capps | CALL RE: document REVIEW FOR MEDIATION. | 1.0 | $345.00 | $0.00 | $345.00 | 1 |
| 8/26/2022 | CCKA | Murieta Equestrian Center | Carson Capps | call with D Hunt and J. Flanders re: documents to support SUF | 1.0 | $345.00 | $0.00 | $345.00 | 1 |
| 8/31/2022 | CCKA | Murieta Equestrian Center | Carson Capps | CALL RE: REVIEWING NEW TAG TREE FOR document REVIEW. | 1.0 | $345.00 | $0.00 | $345.00 | 1 |
| 9/1/2022 | CCKA | Murieta Equestrian Center | Carson Capps | CALL WITH D. Hunt RE: REMAINING DOCUMENTS TO LOCATE OR DELETE FROM DATABASE. | 0.6 | $345.00 | $0.00 | $207.00 | 0.6 |
| 9/6/2022 | CCKA | Murieta Equestrian Center | Carson Capps | CREATING ASSIGNMENTS FOR MEDIATION document REVIEW. | 1.4 | $345.00 | $0.00 | $483.00 | 1.4 |
| 9/8/2022 | CCKA | Murieta Equestrian Center | Carson Capps | REVIEWING Murieta Equestrian Center DOCUMENTS FOR MEDIATION. | 8.3 | $345.00 | $0.00 | $2,863.50 | 8.3 |
| | | | | Totals | 164.6 | | $0.00 | $40,099.20 | 164.6 |