JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

**Attorneys for Plaintiff**
CALIFORNIA COASTKEEPER ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>           Plaintiff,<br><br>vs.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, a California Corporation; CAROL ANDERSON WARD, an individual; CAROL ANDERSON WARD, as trustee of the Carol Anderson Ward Trust dated February 6, 2002,<br><br>           Defendants. | Case No. 2:20-cv-01703-SCR<br><br>**DECLARATION OF EMMA LAUTANEN IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS**<br><br>Hearing Date: June 12, 2025<br>Time: 10:00 AM<br>Courtroom: 27, 8th Floor<br>Hon. Sean Riordan |

1

DECLARATION OF EMMA LAUTANEN ISO PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS

I, Emma Lautanen, declare:

1. I am more than eighteen years old and am competent to testify as to the matters set forth herein.

2. I am an attorney licensed to practice law in the State of Washington. I was a Legal Assistant with Aqua Terra Aeris ("ATA") Law Group, the firm representing California Coastkeeper Alliance ("Plaintiff") in the above referenced action. I am no longer with the firm.

3. I make this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs, filed herewith. The facts set forth in this declaration are based on my personal knowledge, unless otherwise stated; if called to testify as a witness, I could and would competently testify thereto under oath.

**I.  BIOGRAPHICAL INFORMATION**

4. As noted, in 2020, I was a Legal Assistant at ATA before attending the University of California, Berkeley School of Law.

5. I graduated from the University of California, Berkeley School of Law in 2023. While there, I was an editor for the school's environmental law journal, Ecology Law Quarterly, and participated in the Jeffrey G. Miller National Environmental Law Moot Court Competition.

6. Since graduating, I have worked as an associate attorney at Marten Law, a firm that handles transactions and litigation comparable to the size and complexity of the environmental work done at the largest national firms. Marten Law does only environmental law. I work at Marten Law's Seattle, Washington office.

7. My practice at Marten Law focuses on advising businesses and local governments on water quality, chemical contamination, and regulatory compliance. I also have experience representing clients in litigation on the same topics, and have familiarity with a variety of environmental issues arising under state and federal law, including the Clean Water Act ("CWA"), Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), Resource Conservation and Recovery Act ("RCRA"), National Environmental Policy Act ("NEPA"), and Washington's Model Toxics Control Act ("MTCA").

8. I am a member of the Washington State Bar.

9. My 2025 rate for attorney work in the Los Angeles/Orange County area market is $825 per hour. My 2025 rate for paralegal work in the Los Angeles/Orange County area market is $285 per hour. My rate for secretarial work in the Los Angeles/Orange County area market is $143 per hour. Given my experience, skill, and reputation, my rates requested herein are reasonable.

**II. TASKS PERFORMED AND HOURS INCURRED IN THIS CASE**

10. My main contribution towards this litigation occurred in January and February 2020, when I researched potential pathways for pollutants from the Murieta Equestrian Center to reach jurisdictional waters under the CWA. I prepared a memo on this topic to help ATA evaluate the case.

11. Attached hereto as **Exhibit 1** is a true and correct copy of my chronological time records that document the time that I spent on this case. I personally and contemporaneously kept these records using computer timekeeping software documenting the hours I worked on this case.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the Twenty-first day of March 2025 in Seattle, Washington.

Emma Lautanen

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 1/21/2020 | CCKA | Murieta Equestrian Center | Emma Lautanen | Determine boarding space/events/pathways to waters of the United States | 3.0 | $100.00 | $0.00 | $300.00 | 3 |
| 1/30/2020 | CCKA | Murieta Equestrian Center | Emma Lautanen | Research facility and pathways to waters of the United States for future memo. | 1.0 | $100.00 | $0.00 | $100.00 | 1 |
| 2/4/2020 | CCKA | Murieta Equestrian Center | Emma Lautanen | Research for draft memo. | 3.1 | $100.00 | $0.00 | $310.00 | 3.1 |
| 2/5/2020 | CCKA | Murieta Equestrian Center | Emma Lautanen | Research for draft memo. | 1.5 | $100.00 | $0.00 | $150.00 | 1.5 |
| 2/11/2020 | CCKA | Murieta Equestrian Center | Emma Lautanen | Find out more info about surrounding waters and topography for memo. | 0.5 | $100.00 | $0.00 | $50.00 | 0.5 |
| 2/12/2020 | CCKA | Murieta Equestrian Center | Emma Lautanen | Look more into permits and regulations. | 0.2 | $100.00 | $0.00 | $20.00 | 0.2 |
| | | | | Totals | 9.3 | | $0.00 | $930.00 | 9.3 |