JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

**Attorneys for Plaintiff**
CALIFORNIA COASTKEEPER ALLIANCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, <br><br> Plaintiff, <br><br> vs. <br><br> COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, a California Corporation; CAROL ANDERSON WARD, an individual; CAROL ANDERSON WARD, as trustee of the Carol Anderson Ward Trust dated February 6, 2002, <br><br> Defendants. | Case No. 2:20-cv-01703-SCR <br><br> **DECLARATION OF AUSTIN SUTTA IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS** <br><br> Hearing Date: June 12, 2025 <br> Time: 10:00 AM <br> Courtroom: 27, 8th Floor <br> Hon. Sean Riordan |

1

DECLARATION OF AUSTIN SUTTA ISO PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS

I, Austin Sutta, declare:

1. I am more than eighteen years old and am competent to testify as to the matters set forth herein.

2. I am an attorney licensed to practice law in the State of California. I was an associate attorney with Aqua Terra Aeris ("ATA") Law Group, from November 2020 through June 2022, representing California Coastkeeper Alliance ("Plaintiff") in the above referenced action.

3. I make this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs, filed herewith. The facts set forth in this declaration are based on my personal knowledge, unless otherwise stated; if called to testify as a witness, I could and would competently testify thereto under oath.

**I. BIOGRAPHICAL INFORMATION**

4. My 2024 rate for attorney work in the Los Angeles/Orange County area market is $755 per hour. My 2024 rate for paralegal work in the Los Angeles/Orange County area market is $285 per hour. Given my experience, skill, and reputation, my rates requested herein are reasonable.

5. The 2025 rate for the Eastern District of California requested herein is $480 per hour.

6. I graduated from University of Oregon with a degree in Sociology in 2007 and then graduated from University of San Francisco's School of Law in 2014. After passing the bar exam, I served as general counsel for Green Planet 21, Inc. for almost five years, while operating my own practice from June 2016 to March 2019. I then worked at Crowell & Moring, LLP as an associate from April 2019 to October 2020. I joined ATA in November 2020 and worked there until June 2022. At present, I am again serving as General Counsel for Green Planet 21, Inc.

**II. TASKS PERFORMED AND HOURS INCURRED IN THIS CASE**

7. My main contribution to this litigation occurred in and around January 2022, when I researched the requirements for pleading informational injury in the standing context and then helped to draft that section of Plaintiff's Second Amended Complaint.

8. Attached hereto as **Exhibit 1** is a true and correct copy of my chronological time records that document the time that I spent on this case. I personally and contemporaneously kept these records using computer timekeeping software documenting the hours I worked on this case.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the Twenty Third day of March 2025 in Oakland, California.

_____
Austin Sutta