JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

**<u>Attorneys for Plaintiff</u>**
CALIFORNIA COASTKEEPER ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, a California Corporation; CAROL ANDERSON WARD, an individual; CAROL ANDERSON WARD, as trustee of the Carol Anderson Ward Trust dated February 6, 2002,<br><br>Defendants. | Case No. 2:20-cv-01703-SCR<br><br>**DECLARATION OF ERICA A. MAHARG IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS**<br><br>Hearing Date: June 12, 2025<br>Time: 10:00 AM<br>Courtroom: 27, 8th Floor<br>Hon. Sean Riordan |

1
DECLARATION OF ERICA MAHARG ISO PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS

I, Erica Maharg, declare:

1. I am more than eighteen years old and am competent to testify as to the matters set forth herein.

2. I am an attorney licensed to practice law in the State of California. I am a partner with Aqua Terra Aeris ("ATA") Law Group, representing California Coastkeeper Alliance ("Plaintiff") in the above referenced action.

3. I make this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs, filed herewith. The facts set forth in this declaration are based on my personal knowledge, unless otherwise stated; if called to testify as a witness, I could and would competently testify thereto under oath.

**I. BIOGRAPHICAL INFORMATION**

4. In 2009, I graduated *summa cum laude* from Lewis and Clark Law School in Portland, Oregon, with a certificate in Environmental and Natural Resources Law.

5. Prior to being admitted to the Bar, I worked as a law clerk at the Pacific Environmental Advocacy Center (now Earthrise Law Center) and Earthjustice's Seattle, Washington office. In both positions, I worked on issues involving enforcement of federal environmental laws.

6. I was admitted to the Oregon Bar in Fall 2009 and the California Bar in December 2011.

7. Since then, I have practiced both California and federal environmental law, representing environmental non-profits and government agencies.

8. From Fall 2009 to Fall 2011, I worked for the U.S. Environmental Protection Agency's Region IX office in San Francisco, California. In this role, I prosecuted administrative cases under the Clean Water Act ("CWA"); Clean Air Act; Resource Conservation and Recovery Act; and Comprehensive Environmental Response, Compensation, and Liability Act.

9. From September 2011 to August 2014, I worked at Shute, Mihaly, & Weinberger, a public interest environmental and land use law firm based in San Francisco, California. While there,

I worked on behalf of environmental non-profits, government agencies, and municipalities.

10. From September 2014 through September 2019, I worked for San Francisco Baykeeper as a staff attorney and then as managing attorney. As a staff attorney, I was the principal enforcement attorney for the organization and successfully litigated several CWA enforcement cases in two years. As a managing attorney, I was responsible for managing an active docket of CWA cases, as well as several cases in state court.

11. In October 2019, I joined ATA as a senior associate, and I became a partner in April 2022. In this role, I have been the lead attorney on many environmental cases, successfully prosecuting violations of the CWA, Clean Air Act, Resource Conservation and Recovery Act, Endangered Species Act, and California Environmental Quality Act.

12. In addition to the current lawsuit, the following is a non-exhaustive list of Clean Water Act enforcement cases in which I have acted as co-counsel:

13. *San Francisco Baykeeper v. City of Sunnyvale et al.,* N.D. Cal. No. 5:20-cv-00824-EJD (alleging violations of the CWA against the City of Sunnyvale and City of Mountain View for discharges exceeding bacteria water quality standards and of non-stormwater; won partial summary judgment and interim fees; trial scheduled March 2025).

14. *California Sportfishing Protection Alliance v. Macomber*, E.D. Cal. No. 2:20-cv-02482-WBS-AC (asserting violations of the CWA at Mule Creek State Prison, specifically violations of the Small Municipal Separate Storm Sewer System Permit for discharges exceeding bacteria water quality standards and of non-stormwater; entered into consent decree requiring major rehabilitation of stormwater and sewer system).

15. *Los Angeles Waterkeeper v. Cavanaugh Machine Works.,* C.D. Cal. No. 2:24-cv-06501-PD (asserted violations of the CWA at two machining facilities for discharges of polluted industrial stormwater; entered into consent decree requiring compliance with the permit, mitigation payment, and attorneys' fees and costs).

16. *Los Angeles Waterkeeper v. Stabond Corp.,* C.D. Cal. No. 2:23-cv-08431-FMO-BFM (asserted violations of the CWA for dischargers of polluted industrial stormwater; entered into

consent decree requiring compliance with the permit, mitigation payment, and attorneys' fees and costs).

17. *Orange County Coastkeeper v. Kingspan Light & Air, LLC,* C.D. Cal. No. 8:20-cd-01498-DOC-DFMx (asserted violations of the CWA for dischargers of polluted industrial stormwater; entered into consent decree requiring compliance with the permit, substantial investment in stormwater infrastructure, mitigation payment, and attorneys' fees and costs).

18. *San Francisco Baykeeper v. City of San Jose,* N.D. Cal. No. 15-cv-00642-BLF (asserted violations of the CWA for discharging polluted municipal stormwater; consent decree entered requiring compliance, substantial investment in stormwater infrastructure, mitigation payment, and attorneys' fees and costs).

19. *San Francisco Baykeeper v. Mission Trail Waste Systems, Inc.,* N.D. Cal. No. 5:15-cv-3465 (asserted violations of the CWA for discharges of pollution industrial stormwater; entered into consent decree, requiring compliance, mitigation payment, and attorneys' fees and costs).

20. *San Francisco Baykeeper v. Marin Sanitary Systems,* N.D. Cal. No. 3:14-CV-5312 (asserted violations of the CWA for discharges of pollution industrial stormwater; entered into consent decree, requiring compliance, mitigation payment, and attorneys' fees and costs).

21. *San Francisco Baykeeper v. CSL Operating, LLC,* N.D. Cal. No. 5:15-cv-05633-BLF (asserted violations of the CWA for discharges of pollution industrial stormwater; entered into consent decree, requiring compliance, mitigation payment, and attorneys' fees and costs).

22. *San Francisco Baykeeper v. Muoi Phan dba B2 Auto Dismantler,* N.D. Cal. No. 5:15-cv-00208 (asserted violations of the CWA for discharges of pollution industrial stormwater; entered a consent decree, requiring compliance, mitigation payment, and attorneys' fees and costs).

23. *San Francisco Baykeeper v. Darling Ingredients, Inc.* N.D. Cal. No. 4:17-cv-02643-DMR (2017) (asserting violations of the CWA for discharging polluted industrial stormwater and discharging pollutants in violation of pretreatment standards; entered a consent decree).

24. The following is a non-exhaustive list of federal environmental enforcement cases,

other than under the Clean Water Act, in which I have acted as co-counsel:

25. *Coastal Ranches Conservancy v. Tavares*, C.D. Cal. No. 2:24-cv-00468-DSF-RAO (alleging violations of the federal Endangered Species Act Section 9, 16 U.S.C. § 1538, against director of California Department of Transportation; upcoming trial).

26. *California Sportfishing Protection Alliance v. Pacific Bell Telephone Co.,* E.D. Cal. Case No. 2:21-cv-00073-JDP (alleging violations of the Resource Conservation and Recovery Act and Proposition 65 for abandoned telecommunications cables that were discharging lead into Lake Tahoe; successfully negotiated settlement requiring removal of the cables).

27. *San Luis Obispo Coastkeeper et al. v. Santa Maria Valley Water Conservation District et al.*, C.D. Cal. No. 2:19-cv-08696 AB (JPRx), Ninth Cir. No. 21-55479 (asserting violations of the federal Endangered Species Act Section 9, 16 U.S.C. § 1538, against water district and the U.S. Bureau of Reclamation for operation of a dam; successfully appealed grant of summary judgment to Defendants (49 F.4th 1242 (9th Cir. 2022)); currently stayed after settlement with U.S. Bureau of Reclamation).

28. *Association of Irritated Residents v. Vitro Flat Glass, LLC,* E.D. Cal. No. 1:19-cv-01512-DAD-BAM (asserting violations of Clean Air Act Title V Permit; successfully negotiated Consent Decree requiring compliance, substantial investment in continuous emissions monitoring systems, mitigation payment, and recovery of attorneys' fees and costs).

29. *Association of Irritated Residents v. Owens Brockway Glass Container,* E.D. Cal. No. 1:19-cv-01707-DAD-JLT (asserting violations of Clean Air Act Title V Permit; successfully negotiated Consent Decree requiring compliance, substantial investment in rehabilitating pollution control technology, mitigation payment, and recovery of attorneys' fees and costs).

30. *Association of Irritated Residents et al. v. CertainTeed LLC*, E.D. Cal. Case No. 1:20-cv-01064-JLT-SKO (asserting violations of Clean Air Act Title V Permit; successfully negotiated Settlement Agreement requiring compliance, substantial investment in replacing pollution control technology, mitigation payment, and recovery of attorneys' fees and costs).

31. The above list of cases is not comprehensive of all federal environmental cases that I

have worked on in my career but is provided as an example of my expertise in the field.

32. My 2025 rate for attorney work in the Eastern District of California is $590 per hour. Given my experience, skill, and reputation, my rate requested herein is reasonable.

33. In September 2024, in *San Francisco Baykeeper v. City of Sunnyvale*, Case No. 5:20-cv-00824-EJD, District Court Judge Edward Davila of the Northern District of California found that $795 per hour was a reasonable 2023 rate. Even when compared to the relatively lower rates more common in the Eastern District of California, these rates reflect the reasonableness of the $590 hourly rate offered herein.

## II. TASKS PERFORMED AND HOURS INCURRED IN CASE

34. I have worked on this case on and off since February 2020 and have helped with many aspects of the litigation. The following is a detailed but non-exhaustive accounting of my participation in this matter. For a complete accounting of the time I spent on this matter, please review my billing entries filed concurrently herewith.

35. In February 2020, I evaluated the strength of the claims in this matter and prepared a memorandum for the Plaintiff regarding that evaluation.

36. In May 2020, I travelled to the Murieta Equestrian Center to observe the site layout, drainage, and receiving waters.

37. Also in May 2020, I helped to draft a notice-of-intent-to-sue letter to Defendant Cosumnes Corporation pursuant to the CWA.[1]

38. In August 2020, I reviewed and edited Plaintiff's Complaint to prepare it for filing.

39. In late 2020 and early 2021, I also helped to prepare California Public Records Act requests we sent to the Rancho Murieta Community Services District (and other entities) and to review documents we received in response. These documents informed our firm's prosecution of

---

[1] "Defendants" herein refers both to Cosumnes Corporation d/b/a Murieta Equestrian Corporation individually and collectively with Carol Anderson Ward since most of this litigation occurred prior to Plaintiff having amended its Complaint to include Carol Anderson Ward as a party hereto.

this matter.

40. I also worked on several discovery-related issues.

41. In January 2021, I helped to draft requests for production and interrogatories to Defendants.

42. In March 2021, I helped to coordinate a site inspection and sampling event under Federal Rule of Civil Procedure 34 and to finalize Plaintiff's discovery requests. After that sampling event occurred, I helped to review and interpret the sampling results obtained therefrom.

43. In June 2021, I reviewed and revised Plaintiff's deposition notice to Defendants pursuant to Federal Rule of Civil Procedure 30(b)(6) and drafted and sent a meet-and-confer letter to Defendants regarding the topics and date of the 30(b)(6) depositions. I prepared for and attended a meet-and-confer with Defendants' counsel about those issues.

44. In July 2021, I briefly reviewed Defendants' document production and met with Christopher Hudak to plan our firm's review of those records.

45. In November 2021, I drafted objections to Defendants' 30(b)(6) deposition notice.

46. In June 2022, I helped to prepare Plaintiff's responses to Defendants' requests for production

47. Moreover, I've spent a considerable amount of time on Plaintiff's standing allegations. In October 2021 and again in January 2022, for example, I researched Plaintiff's arguments in favor of standing, summarized relevant cases for my co-counsel, and reviewed draft standing declarations. In January 2022, I reviewed and summarized the transcript of Defendants' deposition of Sean Bothwell. In the following months, I also worked with co-counsel to finalize Mr. Bothwell's standing declaration.

48. In January 2022, I discussed the need to amend Plaintiff's Complaint to better plead standing with my co-counsel, and then, in February 2022, drafted a motion for leave to amend accordingly. I then modified Plaintiff's Complaint and prepared and submitted Plaintiff's Second Amended Complaint (and supporting documents) to more accurately and strategically plead standing. Later in February 2022, I reviewed Defendants' opposition to our motion for leave to

amend the complaint and began drafting our reply. I helped to finalize and submit that reply in early March of that year.

49. I also helped to manage the experts Plaintiff employed in furtherance of its prosecution of this matter. In March 2022, for example, I worked with co-counsel to determine the scope of work for the experts hired to testify in this matter and later reviewed expert reports.

50. I also participated in litigating the parties' cross motions for summary judgment. In November and December 2022, I helped to prepare Plaintiff's first Motion for Summary Judgment. Specifically, I helped with the standing allegations and other jurisdictional issues. In January 2023, I helped to prepare Plaintiff's opposition to Defendants' first Motion in Summary Judgment.

51. Attached hereto as **Exhibit 1** is a true and correct copy of my chronological time records that document the time that I spent on this case. I personally and contemporaneously kept these records using computer timekeeping software and amended them for clarity documenting the hours I worked on this case for which I am seeking to recover an attorney's fee award.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on the 24th day of March 2025 in Flagstaff, Arizona.

/s/ Erica A. Maharg
Erica A. Maharg

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 2/6/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Review memo re: Murieta Equestrian Center; research receiving waters. | 2.5 | $590.00 | $1,475.00 | $0.00 | 0 |
| 2/7/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Investigate factual and legal claims re: Murieta Equestrian Center. | 2.3 | $590.00 | $1,357.00 | $0.00 | 0 |
| 2/10/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft legal memo to client. | 0.7 | $590.00 | $413.00 | $0.00 | 0 |
| 2/11/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Review Murieta Equestrian Center memo; discuss Murieta Equestrian Center investigation with E. Lautanen. | 0.6 | $590.00 | $354.00 | $0.00 | 0 |
| 2/13/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Research defendant's corporate status. | 0.8 | $590.00 | $472.00 | $0.00 | 0 |
| 2/14/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft legal memo to client re: claims. | 2.9 | $590.00 | $1,711.00 | $0.00 | 0 |
| 2/14/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft memo to client re: claims and evidence. | 1.2 | $590.00 | $708.00 | $0.00 | 0 |
| 2/20/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Strategize re: legal memo. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 4/15/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Revise case memo re: site observations. | 1.2 | $590.00 | $708.00 | $0.00 | 0 |
| 5/18/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Travel to/from Murieta Equestrian Center; observe site. | 2.5 | $590.00 | $58.00 | $1,417.00 | 2.40 |
| 5/26/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft notice of intent to sue. | 3.6 | $590.00 | $2,124.00 | $0.00 | 0 |
| 5/27/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft notice of intent to sue. | 1.4 | $590.00 | $826.00 | $0.00 | 0 |
| 5/29/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft notice letter. | 2.3 | $590.00 | $1,357.00 | $0.00 | 0 |
| 8/25/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: complaint. | 0.2 | $590.00 | $0.00 | $118.00 | 0.2 |
| 8/25/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Review and finalize complaint. | 3.1 | $590.00 | $1,829.00 | $0.00 | 0 |
| 10/7/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Research Rancho Murieta Community Services District Clean Water Act permit coverage. | 0.6 | $590.00 | $354.00 | $0.00 | 0 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 10/7/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Coordinate with J. Flanders re: call with J. Sullivan and research. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 10/7/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Sullivan re: notice letter. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 10/8/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Research re: forage crops and permit coverage. | 2.5 | $590.00 | $1,475.00 | $0.00 | 0 |
| 10/13/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Sullivan re: California Coastkeeper Alliance's claims. | 0.5 | $590.00 | $295.00 | $0.00 | 0 |
| 10/13/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Email J. Flanders re: phone call with J. Sullivan (Murietta Equestrian Center). | 0.4 | $590.00 | $236.00 | $0.00 | 0 |
| 10/13/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Coordinate with J. Flanders and C. Hudack re: Public Records Act to Rancho Murieta Community Services District. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 10/13/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Sullivan (Murieta Equestrian Center) re: permit. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 11/20/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Review answer and upcoming deadlines. | 0.5 | $590.00 | $295.00 | $0.00 | 0 |
| 12/9/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Review meet and confer letter re: affirmative defenses; coordinate with co-counsel re: motion to strike. | 0.5 | $590.00 | $295.00 | $0.00 | 0 |
| 12/11/2020 | CCKA | Murieta Equestrian Center | Erica Maharg | Email with co-counsel re: litigation timing. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 1/6/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review Public Records Act response from Rancho Murieta Community Services District. | 0.3 | $590.00 | $177.00 | $0.00 | 0 |
| 1/13/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft requests for production set one. | 1.3 | $590.00 | $767.00 | $0.00 | 0 |
| 1/13/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review Rancho Murieta Community Services District documents. | 0.8 | $590.00 | $472.00 | $0.00 | 0 |
| 1/14/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review Rule 34 inspection request. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 1/19/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Email with co-counsel re: affirmative defenses and discovery. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 1/21/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft interrogatories. | 1.2 | $590.00 | $708.00 | $0.00 | 0 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 1/22/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Prepare interrogatories and requests for admission. | 1.5 | $590.00 | $885.00 | $0.00 | 0 |
| 2/9/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Research references to Murieta Equestrian Center events. | 1.1 | $590.00 | $649.00 | $0.00 | 0 |
| 2/9/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review initial disclosures. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 2/10/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Coordinate with E. Bustos and J. Flanders re: initial disclosures. | 0.1 | $590.00 | $0.00 | $59.00 | 0.1 |
| 3/3/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with T. Brett re: Rule 34 inspection and sampling. | 0.5 | $590.00 | $295.00 | $0.00 | 0 |
| 3/4/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders and I. Wren re: Meet and confer with opposing counsel re: inspection demand | 1.0 | $590.00 | $590.00 | $0.00 | 0 |
| 3/5/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Revise set one discovery requests. | 1.1 | $590.00 | $649.00 | $0.00 | 0 |
| 3/15/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Revise and finalize written discovery requests to Defendant. | 1.0 | $590.00 | $590.00 | $0.00 | 0 |
| 3/29/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Discuss sampling results and litigation strategy with T. Brett. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 3/31/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review sample results; coordinate with co-counsel. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 3/31/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Discuss sample results and litigation strategy with J. Flanders. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 4/15/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review court order re: settlement conference; research new opposing counsel. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 6/22/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review and revise draft 30(b)(6) notice. | 1.8 | $590.00 | $1,062.00 | $0.00 | 0 |
| 6/23/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft and send meet and confer re: 30(b)(6) deposition date and topics. | 0.4 | $590.00 | $236.00 | $0.00 | 0 |
| 6/23/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Confer with J. Flanders re: 30(b)(6) notice. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 6/30/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Attend meet and confer re: 30(b)(6) deposition. | 0.6 | $218.00 | $0.00 | $130.80 | 0.6 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Attend 30(b)(6) meet and confer. | 0.5 | $218.00 | $0.00 | $109.00 | 0.5 |
| 6/30/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Summarize notes and email J. Flander re: 30(b)(6) meet and confer; revise 30(b)(6) topics. | 1.2 | $590.00 | $708.00 | $0.00 | 0 |
| 6/30/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Prepare for 30(b)(6) meet and confer. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 6/30/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Schedule meet and confer re: 30(b)(6) deposition. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 7/6/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review scheduling order; calendar deadlines. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 7/6/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review edits to 30(b)(6) notice. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 7/7/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Revise 30(b)(6) deposition notice. | 0.4 | $590.00 | $236.00 | $0.00 | 0 |
| 7/19/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Plan document review with J. Flanders. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 7/21/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review Murieta Equestrian Center document production. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 7/22/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review documents. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 8/10/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Video conference with C. Hudak re: document review. | 0.6 | $590.00 | $354.00 | $0.00 | 0 |
| 10/12/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Research standing. | 0.4 | $590.00 | $236.00 | $0.00 | 0 |
| 10/12/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: standing research. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 10/13/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Research standing requirements. | 3.1 | $590.00 | $1,829.00 | $0.00 | 0 |
| 10/14/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Research standing requirements; draft written summary of standing cases. | 3.1 | $590.00 | $1,829.00 | $0.00 | 0 |
| 10/25/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review K. Kalua standing declaration. | 1.6 | $590.00 | $944.00 | $0.00 | 0 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 11/3/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Review and email J. Flanders re: Notice of California Coastkeeper Alliance deposition. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 11/4/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: 30(b)(6) deposition notice. | 0.4 | $590.00 | $236.00 | $0.00 | 0 |
| 11/8/2021 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft objections to Murieta Equestrian Center 30(b)(6) deposition notice. | 3.4 | $590.00 | $2,006.00 | $0.00 | 0 |
| 1/5/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review parties' arguments re: standing; email J. Flanders re: same. | 0.8 | $590.00 | $472.00 | $0.00 | 0 |
| 1/5/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders and D. Hunt re: standing. | 0.8 | $590.00 | $472.00 | $0.00 | 0 |
| 1/12/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review Bothwell deposition. | 0.3 | $590.00 | $177.00 | $0.00 | 0 |
| 1/14/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review and summarize S. Bothwell Deposition. | 1.9 | $590.00 | $1,121.00 | $0.00 | 0 |
| 1/19/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: Bothwell standing. | 0.4 | $590.00 | $177.00 | $59.00 | 0.1 |
| 1/20/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review and summarize Bothwell deposition. | 1.5 | $590.00 | $885.00 | $0.00 | 0 |
| 1/20/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: standing and amending complaint. | 0.4 | $590.00 | $236.00 | $0.00 | 0 |
| 1/28/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: Motion for Summary Judgment stipulation. | 0.8 | $590.00 | $472.00 | $0.00 | 0 |
| 2/7/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call and emails with J. Flanders draft motion for leave to amend | 0.3 | $590.00 | $177.00 | $0.00 | 0 |
| 2/7/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft motion for leave to file second amended complaint. | 2.0 | $590.00 | $1,180.00 | $0.00 | 0 |
| 2/8/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft motion for leave to file second amended complaint. | 4.5 | $590.00 | $2,655.00 | $0.00 | 0 |
| 2/9/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review edits to Motion for Leave to File Second Amended Complaint; draft Flanders Decl. in support of same. | 1.1 | $590.00 | $649.00 | $0.00 | 0 |
| 2/10/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Finalize and file Second Amended Complaint documents. | 1.7 | $590.00 | $1,003.00 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 2/10/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Coordinate with Co-counsel, K. Kalua, and T. Trillo re: motion for leave to file Second Amended Complaint. | 0.7 | $590.00 | $413.00 | $0.00 | 0 |
| 2/10/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | calls with D. Hunt and J. Flanders re: motion for leave to amend | 0.4 | $590.00 | $236.00 | $0.00 | 0 |
| 2/10/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft Hunt declaration in support of motion for leave. | 0.4 | $590.00 | $236.00 | $0.00 | 0 |
| 2/17/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Discuss next steps with J. Flanders. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 2/23/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: standing. | 0.3 | $590.00 | $177.00 | $0.00 | 0 |
| 2/25/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Prepare for call with client re: standing. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 2/28/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review opposition to motion to amend; draft outline for reply re: same. | 2.7 | $590.00 | $1,593.00 | $0.00 | 0 |
| 3/1/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft Reply in support of mtn for leave to amend. | 2.6 | $590.00 | $1,534.00 | $0.00 | 0 |
| 3/2/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft reply in support of mtn for leave to file Second Amended Complaint. | 1.8 | $590.00 | $1,062.00 | $0.00 | 0 |
| 3/2/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Meeting with J. Flanders and T. Brett re: expert report. | 0.5 | $590.00 | $295.00 | $0.00 | 0 |
| 3/3/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review draft expert report and add in items for SOW. | 1.3 | $590.00 | $767.00 | $0.00 | 0 |
| 3/3/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review edits to reply in support of mtn for leave to file Second Amended Complaint. | 0.3 | $590.00 | $177.00 | $0.00 | 0 |
| 3/4/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: Reply in support of Mtn for Leave to Amend. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 3/7/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review questions for expert; email coco re: same. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 3/9/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Email with co-counsel re: strategy for standing proof. | 0.3 | $590.00 | $177.00 | $0.00 | 0 |
| 3/9/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review court order re: mtn to amend. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 3/18/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Email with co-counsel re: scope of I. Wren opinion. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 3/21/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | ███████████████ | 2.9 | $590.00 | $1,711.00 | $0.00 | 0 |
| 3/31/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Confer with co-counsel re: Bothwell declaration, I Wren deposition, and status. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 4/19/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: sampling and supplementing report. | 0.7 | $590.00 | $413.00 | $0.00 | 0 |
| 4/19/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review correspondence with co-counsel and opposing counsel re: sampling and supplementing report. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 4/21/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review emails re: discovery, stipulated facts, and document management. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 4/26/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review sampling results; email J. Flanders re: same. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 4/28/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Discuss litigation next steps (Bothwell Declaration and supplemental disco) with J. Flanders. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 5/12/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Discuss next steps for litigation with co-counsel. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 5/12/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Schedule check-in meeting re: Bothwell declaration with D. Hunt. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 5/13/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with D. Hunt re: document production and Bothwell declaration. | 1.5 | $590.00 | $885.00 | $0.00 | 0 |
| 5/13/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review Bothwell declaration. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 5/18/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Revise S. Bothwell standing declaration. | 1.6 | $590.00 | $944.00 | $0.00 | 0 |
| 5/20/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Confer with E. Bustos re: email searching. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 5/24/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: expert reports and depositions. | 0.3 | $590.00 | $177.00 | $0.00 | 0 |
| 5/31/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Email with D. Hunt and C. Hudak re: discovery responses. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 6/1/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review and revise responses to requests for production; confer with co-counsel re: responses and scope of document production and privilege review. | 3.6 | $590.00 | $2,124.00 | $0.00 | 0 |
| 6/2/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with D. Hunt re: document production. | 1.7 | $590.00 | $1,003.00 | $0.00 | 0 |
| 6/2/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Upload documents to Everlaw. | 0.6 | $590.00 | $354.00 | $0.00 | 0 |
| 6/2/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Draft email re: status of document review/production. | 0.4 | $590.00 | $236.00 | $0.00 | 0 |
| 6/3/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Communicate with co-counsel re: status of document search, review and production. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 6/4/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review documents for responsiveness and privilege. | 2.2 | $590.00 | $1,298.00 | $0.00 | 0 |
| 6/5/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review documents for responsiveness and privilege. | 4.4 | $590.00 | $2,596.00 | $0.00 | 0 |
| 6/28/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Confer with co-counsel re: status of review of Bothwell declaration. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 7/18/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with co-counsel re: planning Motion for Summary Judgment. | 0.9 | $590.00 | $472.00 | $59.00 | 0.1 |
| 7/18/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Coordinate with E. Bustos re: supplemental production. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 8/23/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review email re: upcoming tasks; write J. Flanders re: same. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 9/8/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Discuss marking documents related to standing with J. Flanders. | 0.5 | $590.00 | $118.00 | $177.00 | 0.3 |
| 9/8/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review documents related to standing. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 11/2/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Check in with J. Flanders re: status of standing declaration and Motion for Summary Judgment briefing. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 11/2/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Discuss ATA declaration re: market rates. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 11/4/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Review S. Bothwell declaration and J. Flanders' revisions thereto; send to S. Bothwell for review. | 0.7 | $590.00 | $413.00 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 11/4/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Discuss S. Bothwell declaration with D. Hunt. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 11/7/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Check in with S. Bothwell re: declaration. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 11/16/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | [redacted] | 0.5 | $590.00 | $295.00 | $0.00 | 0 |
| 11/17/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | [redacted] | 1.8 | $590.00 | $1,062.00 | $0.00 | 0 |
| 11/21/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Compare Bothwell declaration to deposition. | 0.6 | $590.00 | $354.00 | $0.00 | 0 |
| 12/6/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: waters of the United States argument in Motion for Summary Judgment. | 0.3 | $590.00 | $177.00 | $0.00 | 0 |
| 12/8/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Email with D. Hunt re: S. Bothwell Decl. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 12/14/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Revise S. Bothwell declaration in support of Motion for Summary Judgment. | 0.4 | $590.00 | $236.00 | $0.00 | 0 |
| 12/16/2022 | CCKA | Murieta Equestrian Center | Erica Maharg | Finalize citations re: standing in Motion for Summary Judgment and SUF. | 1.5 | $590.00 | $885.00 | $0.00 | 0 |
| 1/4/2023 | CCKA | Murieta Equestrian Center | Erica Maharg | Discuss Oppn to Motion for Summary Judgment with T. Brett. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 1/5/2023 | CCKA | Murieta Equestrian Center | Erica Maharg | Forward T. Brett Bothwell deposition and my summary and thoughts about Oppn. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 1/6/2023 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with T. Brett re: Motion for Summary Judgment Oppn. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 1/12/2023 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with T. Brett re: plans / next steps for revisions to opp to def's Motion for Summary Judgment | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 1/12/2023 | CCKA | Murieta Equestrian Center | Erica Maharg | Review Dfts' Motion for Summary Judgment and our draft oppn; revise latter. | 3.1 | $590.00 | $1,829.00 | $0.00 | 0 |
| 10/16/2023 | CCKA | Murieta Equestrian Center | Erica Maharg | Email with co-counsel re: strategy for Phase II Motion for Summary Judgment. | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 10/17/2023 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: Phase II Motion for Summary Judgment | 0.2 | $590.00 | $118.00 | $0.00 | 0 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 1/3/2024 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: Tim Simpson | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 1/23/2024 | CCKA | Murieta Equestrian Center | Erica Maharg | Call T. Brett re: discovery responses | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 3/28/2024 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with J. Flanders re: motion for leave to amend complaint strategy. | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| 3/29/2024 | CCKA | Murieta Equestrian Center | Erica Maharg | Review and revise motion for leave to amend complaint. | 1.3 | $590.00 | $767.00 | $0.00 | 0 |
| 4/19/2024 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with T. Brett re: citations to prior photos in Swickard MIL | 0.1 | $590.00 | $59.00 | $0.00 | 0 |
| 4/19/2024 | CCKA | Murieta Equestrian Center | Erica Maharg | Call with T. Brett re: revisions to Swickard MIL | 0.2 | $590.00 | $118.00 | $0.00 | 0 |
| | | | | Totals | 125.6 | | $71,491.60 | $2,128.80 | 4.30 |