JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

**Attorneys for Plaintiff**
CALIFORNIA COASTKEEPER ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, a California Corporation; CAROL ANDERSON WARD, an individual; CAROL ANDERSON WARD, as trustee of the Carol Anderson Ward Trust dated February 6, 2002,<br><br>Defendants. | Case No. 2:20-cv-01703-SCR<br><br>**DECLARATION OF KENYA ROTHSTEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS**<br><br>Hearing Date: June 12, 2025<br>Time: 10:00 AM<br>Courtroom: 27, 8th Floor<br>Hon. Sean Riordan |

1

DECLARATION OF KENYA ROTHSTEIN ISO PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS

I, Kenya Rothstein, declare:

1. I am more than eighteen years old and am competent to testify as to the matters set forth herein.

2. I am an attorney licensed to practice law in the State of California. I am an associate attorney with Aqua Terra Aeris ("ATA") Law Group, representing California Coastkeeper Alliance ("Plaintiff") in the above referenced action.

3. I make this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs, filed herewith. The facts set forth in this declaration are based on my personal knowledge, unless otherwise stated; if called to testify as a witness, I could and would competently testify thereto under oath.

**I.  BIOGRAPHICAL INFORMATION**

4. In 2016, I graduated from the University of California, Berkeley, with degrees in Legal and Environmental Studies, and then I graduated from the University of Miami School of Law in May 2021.

5. I was admitted to practice law in the state of California in December 2021. I have also been admitted to practice in the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California, and the U.S. District Court for the Eastern District of California.

6. I was admitted to practice law in Washington, D.C., in September 2023.

7. I started working with ATA as a law clerk in approximately September 2021. In January 2022, and after passing the bar exam, I began working with ATA as an attorney. I am still employed with ATA as an associate attorney.

8. With ATA, my practice focuses on public interest environmental law matters under both state and federal jurisdictions. I work on a variety of issues, including matters involving federal laws such as the Clean Water Act ("CWA"), Clean Air Act, and Resource Conservation and Recovery Act ("RCRA"). On the state side, my practice includes matters involving the

1  California Environmental Quality Act ("CEQA") as well as other California-specific
2  environmental laws.
3    9.    My 2025 rate for attorney work in the Eastern District of California is $345 per hour.
4  Given my experience, skill, and reputation, my rates requested herein are reasonable. Prior to my
5  admission to the California Bar on December 6, 2021, I worked for ATA conducting law clerk type
6  work. My 2025 rate for such work in the Eastern District of California is $218 per hour. Given my
7  experience, skill, and reputation, my rates requested herein are reasonable; this rate was applied for
8  all work conducted by me prior to my admission to the California Bar.
9    10.   In July 2024, in *Ecological Rights Foundation et al. v. Hot Line Construction, Inc.*
10 (5:20-cv-01108-AB-kk), the Central District of California recently found that a rate of $525 per
11 hour was reasonable for my services. Even when compared to the relatively lower rates more
12 common in the Eastern District of California, this rate reflects the reasonableness of the $345
13 hourly rate offered herein.

14  **II. TASKS PERFORMED AND HOURS INCURRED IN THIS CASE**

15    12.   My involvement in this matter has included several distinct projects. The following
16 is a detailed but non-exhaustive accounting of my participation in this matter. For a complete
17 accounting of the time I spent on this matter, please review my billing entries filed concurrently
18 herewith.
19    13.   For example, in November 2021, I prepared a memorandum regarding whether
20 Plaintiff could voluntarily dismiss its claims and re-file. This involved researching whether such
21 dismissal and refiling would impact Plaintiff's ability to recover fees if and when it prevailed.
22 That same month, I also researched what regulations applied to determine whether the impacted
23 waters were jurisdictional under the CWA.
24    14.   In January 2022, after I began working with ATA as an attorney, I conducted
25 research regarding whether Plaintiff could seek leave to amend its complaint.
26    15.   And in April 2022, I researched mechanisms to serve a third party where three such

attempts to serve that person failed.

16. Attached hereto as **Exhibit 1** is a true and correct copy of my chronological time records that document the time that I spent on this case. I personally and contemporaneously kept these records using computer timekeeping software and amended them for clarity documenting the hours I worked on this case for which I am seeking to recover an attorney's fee award.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the Fifteenth Day of April 2025 in Calabasas, California.

Kenya S. Rothstein

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 11/3/2021 | CCKA | Murieta Equestrian Center | Kenya Rothstein | Begin researching plaintiff voluntarily dismisses claim under Federal Rule of Civil Procedure 41(a)(10) and refiles. | 1.0 | $218.00 | $218.00 | $0.00 | 0 |
| 11/4/2021 | CCKA | Murieta Equestrian Center | Kenya Rothstein | Continue research on Federal Rule of Civil Procedure 41(a)(1) claims. | 5.0 | $218.00 | $1,090.00 | $0.00 | 0 |
| 11/11/2021 | CCKA | Murieta Equestrian Center | Kenya Rothstein | Research on which waters of the United States rule is effective. | 1.3 | $218.00 | $283.40 | $0.00 | 0 |
| 1/28/2022 | CCKA | Murieta Equestrian Center | Kenya Rothstein | Distinguished Johnson and Sprague cases cited by defense counsel and compared them to the facts of case. | 1.4 | $345.00 | $483.00 | $0.00 | 0 |
| 1/31/2022 | CCKA | Murieta Equestrian Center | Kenya Rothstein | Continued analyzing and distinguishing cases and started researching for Magistrate Barnes orders (ED Cal) re: leave to amend. | 3.1 | $345.00 | $1,069.50 | $0.00 | 0 |
| 1/31/2022 | CCKA | Murieta Equestrian Center | Kenya Rothstein | Continued researching Magistrate Barnes orders (ED Cal) re: leave to amend. | 1.7 | $345.00 | $586.50 | $0.00 | 0 |
| 1/31/2022 | CCKA | Murieta Equestrian Center | Kenya Rothstein | Determined next steps - distinguishing cases cited by defense counsel | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 2/1/2022 | CCKA | Murieta Equestrian Center | Kenya Rothstein | Finalized memo re: leave to amend and added orders by Magistrate Barnes re: leave to amend. | 0.2 | $345.00 | $69.00 | $0.00 | 0 |
| 4/13/2022 | CCKA | Murieta Equestrian Center | Kenya Rothstein | Start research on service options after 3 failed attempts at personal service on a third party. Read FRCP and CCP on service rules. Email Jason follow up questions. | 0.7 | $345.00 | $241.50 | $0.00 | 0 |
| 4/15/2022 | CCKA | Murieta Equestrian Center | Kenya Rothstein | Continue research on service options after 3 failed attempts at personal service on a third party trustee. | 0.8 | $345.00 | $276.00 | $0.00 | 0 |
| | | | | Totals | 15.3 | | $4,351.40 | $0.00 | 0 |