JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

**Attorneys for Plaintiff**
CALIFORNIA COASTKEEPER ALLIANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, | Case No. 2:20-cv-01703-SCR |
| Plaintiff, | **DECLARATION OF THERESA TRILLO IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS** |
| vs. | |
| COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, a California Corporation; CAROL ANDERSON WARD, an individual; CAROL ANDERSON WARD, as trustee of the Carol Anderson Ward Trust dated February 6, 2002, | Hearing Date: June 12, 2025<br>Time: 10:00 AM<br>Courtroom: 27, 8th Floor<br>Hon. Sean Riordan |
| Defendants. | |

I, Theresa Trillo, declare:

1.      I am more than eighteen years old and am competent to testify as to the matters set forth herein.

2.      I am an attorney licensed to practice law in the State of California. I am an associate attorney with Aqua Terra Aeris ("ATA") Law Group, representing California Coastkeeper Alliance ("Plaintiff") in the above referenced action.

3.      I make this Declaration in support of Plaintiff's Motion for Interim Award of Fees and Costs, filed herewith. The facts set forth in this declaration are based on my personal knowledge, unless otherwise stated; if called to testify as a witness, I could and would competently testify thereto under oath.

## I.  BIOGRAPHICAL INFORMATION

1.      In 2021, I graduated from Lewis & Clark Law School and obtained two certificates, one in Environmental and Natural Resources Law and another in Animal Law.

2.       In June 2023, I was admitted to practice law in the state of California. In September 2023, I was admitted to practice in the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California, and the U.S. District Court for the Eastern District of California.

3.      Prior to law school, I worked as a legal assistant at the Law Offices of Nooshin Dalili for more than two years.

4.      In July 2021, I joined ATA as a paralegal. While working as a paralegal, I performed paralegal and law clerk type work.

5.      In August 2023, after being admitted to practice law, I transitioned into my current role at ATA as an associate attorney.

6.      With ATA, my practice focuses on public interest environmental law matters under both state and federal jurisdictions. I work on a variety of issues, including matters involving federal laws such as the Clean Water Act ("CWA") and Resource Conservation and Recovery Act

("RCRA"). On the state side, my practice includes matters involving California-specific environmental laws such as the California Environmental Quality Act ("CEQA").

7.    My 2025 rate for attorney work in the Eastern District of California is $345 per hour. Given my experience, skill, and reputation, my rates requested herein are reasonable.

8.    In July 2024, in *Ecological Rights Foundation et al. v. Hot Line Construction, Inc.* (5:20-cv-01108-AB-kk), the Central District of California recently found that a rate of $455 per hour was reasonable for my services. Even when compared to the relatively lower rates more common in the Eastern District of California, this rate reflects the reasonableness of the $345 hourly rate offered herein. Prior to my admission to the California Bar on June 18, 2023, I worked for ATA as a paralegal. My 2025 rate for paralegal work in the Eastern District of California is $218 per hour. Given my experience, skill, and reputation, my rates requested herein are reasonable; this rate was applied for all work conducted by me prior to my admission to the California Bar.

## II.  TASKS PERFORMED AND HOURS INCURRED IN THIS CASE

1.    The following is a detailed but non-exhaustive accounting of my participation in this matter. For a complete accounting of the time I spent on this matter, please review my billing entries filed concurrently herewith.

2.    Throughout the litigation, I provided legal assistant and paralegal-type services. Towards this end, I helped to schedule litigation-related deadlines and set in-firm, internal calendar invites for such deadlines. I prepared notices of association and notices of appearance for Mr. Flanders and Mr. Hunt. I also prepared tables of authorities, tables of contents, proposed orders, and other aspects of various motions and other filings submitted as part of Plaintiff's prosecution of this case. I also assisted in the finalization, service, and filing of motions and other documents.

3.    I also provided attorney-type services throughout this litigation. For example, in November 2021, I drafted a settlement conference statement and at the start of 2022, I assisted with a stipulation to modify the scheduling order in this matter.

4.      In February 2022, I edited and finalized a Touhy request to the U.S. Army Corps of Engineers and third-party subpoenas to the California Department of Fish and Wildlife, and Regional Water Quality Control Board, among others. I also helped coordinate service of these subpoenas.

5.      In March 2024, I also conducted research into some hearsay dynamics at issue in this matter.

6.      In April 2024, I helped draft, finalize, and file a request to file documents under seal in support of Plaintiff's Motion for Leave File Third Amended Complaint, along with the related proposed orders.

7.      Attached hereto as **Exhibit 1** is a true and correct copy of my chronological time records that document the time that I spent on this case. I personally and contemporaneously kept these records using computer timekeeping software documenting the hours I worked on this case.


I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the 15th day of April 2025 in Los Gatos, California.


                              /s/ *Theresa Trillo*
                              Theresa Trillo

DECLARATION OF THERESA TRILLO ISO PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 8/16/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft notice of appearance for D. Hunt and research Local Rules. | 0.8 | $218.00 | $174.40 | $0.00 | 0 |
| 8/20/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review Local Rule 182 and example notice of association of counsel; send info to J. Flanders. | 0.5 | $218.00 | $109.00 | $0.00 | 0 |
| 9/2/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft notice of association and send to J. Flanders for review. | 1.5 | $218.00 | $327.00 | $0.00 | 0 |
| 10/15/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Create spreadsheet with dates from scheduling order and add to calendar. | 0.7 | $218.00 | $152.60 | $0.00 | 0 |
| 10/27/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize and file notice of appearance for D. Hunt. | 0.4 | $218.00 | $87.20 | $0.00 | 0 |
| 11/3/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Work on draft of settlement conference statement. | 0.4 | $218.00 | $87.20 | $0.00 | 0 |
| 11/5/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Continue draft of settlement conference statement. | 0.8 | $218.00 | $0.00 | $174.40 | 0.8 |
| 11/8/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finish draft of Murieta Equestrian Center settlement conference statement. | 1.9 | $218.00 | $414.20 | $0.00 | 0 |
| 11/15/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Convert jpeg to pdf, bates stamp, and create caption for first supplemental document production. | 1.1 | $218.00 | $239.80 | $0.00 | 0 |
| 11/23/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Update rainfall excel chart. | 0.8 | $218.00 | $174.40 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 11/30/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call to Atkinson-Baker re: status of 11/15 deposition transcript. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 12/2/2021 | CCKA | Murieta Equestrian Center | Theresa Trillo | Left message with Brandon at Atkinson-Baker re: status of 11/15 deposition transcript. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 1/12/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Download and share new S. Bothwell files from Veritext with J. Flanders and E. Maharg. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 1/12/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with Veritext to get new file links for S. Bothwell transcript. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 1/14/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review Magistrate Barnes' scheduling order for case, look for standing orders, and review local rules for requirements on modifying scheduling order. Revise draft stipulation re: scheduling order. | 1.2 | $218.00 | $261.60 | $0.00 | 0 |
| 2/4/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Edits to draft stip & proposed order. | 0.6 | $218.00 | $130.80 | $0.00 | 0 |
| 2/4/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | File stipulation re: scheduling and proposed order and send native word version to judge. | 0.5 | $218.00 | $109.00 | $0.00 | 0 |
| 2/4/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review local rules and judge's "standard information" for info on filing stipulations and proposed orders. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 2/7/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Edit caption pages for USACOE subpoena. Look for service address and make calls to Sacramento division. Email to J. Flanders re same. | 0.6 | $218.00 | $130.80 | $0.00 | 0 |
| 2/7/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with J. Flanders re: U.S. Army Corps of Engineers subpoena. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 2/8/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize and submit subpoenas for California Department of Fish and Wildlife and Regional Board. | 2.0 | $218.00 | $436.00 | $0.00 | 0 |
| 2/8/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize U.S. Army Corps of Engineers subpoena documents and Proof of Service. Submit subpoena order to ACE and email to opposing counsel. | 1.3 | $218.00 | $283.40 | $0.00 | 0 |
| 2/8/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Locate service address for Regional Water Board and DFW. Send email to J. Flanders re: same. Finalize Proof of Service for each subpoena. | 0.8 | $218.00 | $174.40 | $0.00 | 0 |
| 2/8/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Confirm no trial date is set for case and email C. Hudak re: same. Listen to voicemail from U.S. Army Corps of Engineers and email them re: address for personal service of subpoena. | 0.5 | $218.00 | $109.00 | $0.00 | 0 |
| 2/8/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with ACE re: service of process turn around time for delivery attempt. Email to J. Flanders re: same. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/9/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with J. Flanders re: subpoena service on California Department of Fish and Wildlife | 0.1 | $218.00 | $0.00 | $21.80 | 0.1 |
| 2/10/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Create tables for motion for leave to file Second Amended Complaint and edit declaration cites. Assist with finalizing exhibits. | 3.0 | $218.00 | $654.00 | $0.00 | 0 |
| 2/10/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with E. Bustos re: ECF filing of Second Amended Complaint. | 0.2 | $218.00 | $0.00 | $43.60 | 0.2 |
| 2/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Calls with T. Brett re: Touhy letter to U.S. Army Corps of Engineers | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 2/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | call with T. Brett re: service of requests for admission  and requests for production | 0.2 | $218.00 | $43.60 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 2/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: service of additional discovery on defendant and third party. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: subpoena to water resources control board. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with T. Brett re: Murieta Equestrian Center discovery checklist. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize and submit Touhy request and subpoenas to state water board, carol Anderson, and Rancho Murieta Community Services District. Serve subpoenas on opposing counsel. | 3.3 | $218.00 | $719.40 | $0.00 | 0 |
| 2/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize Proof of Service for requests for admission and requests for production. Email to opposing counsel. | 0.5 | $218.00 | $109.00 | $0.00 | 0 |
| 2/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Calendar motion hearing and rename filed motion documents. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 2/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize and email letter to opposing counsel re: duty to supplement discovery responses. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 2/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with T. Brett re: Murieta Equestrian Center discovery checklist. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/15/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Find service of subpoenas in practice guide and send pictures of findings to T. Brett. | 0.7 | $218.00 | $152.60 | $0.00 | 0 |
| 2/15/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call to Sacramento County Clerk Recorder re: subpoena of documents. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 2/15/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Calls with T. Brett re: call to Sacramento County Clerk Recorder for subpoena information. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/16/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Create excel spreadsheet of discovery and subpoenas with response deadlines. Follow up with ACE re: Carol Anderson and U.S. Army Corps of Engineers subpoenas. | 1.1 | $218.00 | $239.80 | $0.00 | 0 |
| 2/16/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: subpoena on county and withdrawal of U.S. Army Corps of Engineers subpoena. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/17/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: Sacramento County public works subpoena. | 0.1 | $218.00 | $0.00 | $21.80 | 0.1 |
| 2/17/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: subpoenas and notice of appearance. | 0.1 | $218.00 | $0.00 | $21.80 | 0.1 |
| 2/17/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize subpoenas to Sacramento County department of water resources and planning & environmental review. | 1.0 | $218.00 | $218.00 | $0.00 | 0 |
| 2/17/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Email opposing counsel dept of water resources and office of planning & env review subpoenas. Attempt to place online order with service processor. Email orders to ACE legal services. | 0.7 | $218.00 | $152.60 | $0.00 | 0 |
| 2/17/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft notice of association for T. Brett. Email draft with local rule. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 2/17/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Calls to county office of planning and environmental review and Second Amended Complaint county department of water resources re: service addresses for subpoenas. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/18/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Update dates and deadlines in master spreadsheet and calendar. | 0.8 | $218.00 | $174.40 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 2/18/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call and emails with ACE re: Sacramento County subpoenas. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 2/18/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Update discovery spreadsheet with Sacramento County subpoenas. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/22/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: notice of association draft. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/23/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Added delivery dates for Sacramento County subpoenas to spreadsheet and forward confirmation to T. Brett and J. Flanders. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 2/24/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft Proof of Service for second site inspection request and serve on opposing counsel. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 2/24/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: e-service of Rule 34 site inspection request | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 3/1/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Download and save California Department of Fish and Wildlife subpoena responses and record response date in discovery spreadsheet. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 3/2/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Download and save Touhy response files to share drive. Email to J. Flanders and T. Brett re: same. | 0.8 | $218.00 | $174.40 | $0.00 | 0 |
| 3/3/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Locate ED Cal local rules re: brief tables. Check formatting and cites of reply in support of mtn for leave to file Second Amended Complaint. Send new version to J. Flanders and E. Maharg. | 1.2 | $218.00 | $261.60 | $0.00 | 0 |
| 3/4/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | PDF and file reply in support of mtn for leave to file Second Amended Complaint. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 3/7/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Begin uploading State Water Resources Control Board subpoena documents to share. | 2.1 | $218.00 | $457.80 | $0.00 | 0 |
| 3/8/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finish uploading State Water Resources Control Board subpoena and investigation documents to share. | 3.6 | $218.00 | $784.80 | $0.00 | 0 |
| 3/8/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone calls with E. Bustos re: downloading and saving DoD files. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 3/14/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Save tranche 01 production documents from Rancho Murieta Community Services District to file. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 3/21/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | ███████████ | 3.1 | $218.00 | $675.80 | $0.00 | 0 |
| 3/22/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Assist in finalizing I. Wren expert report and expert disclosures. Formatting and edits to footnotes in expert report. Draft Proof of Service and transfer export report files from Box to Dropbox to provide to opposing counsel. Serve on opposing counsel. | 8.1 | $218.00 | $1,765.80 | $0.00 | 0 |
| 3/28/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Download and save Rancho Murieta Community Services District second document production. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 3/29/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | ███████████ | 0.7 | $218.00 | $152.60 | $0.00 | 0 |
| 3/29/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | ███████████ | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 3/29/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone calls with E. Bustos and J. Flanders re: production of subpoena response documents. | 0.3 | $218.00 | $43.60 | $21.80 | 0.1 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 4/1/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Download defendant's documents responsive to requests for production Set Three. | 3.3 | $218.00 | $719.40 | $0.00 | 0 |
| 4/1/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize, serve, and submit to vendor Carol Anderson subpoena. | 0.9 | $218.00 | $196.20 | $0.00 | 0 |
| 4/1/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with T. Brett re: Carol Anderson subpoena. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 4/1/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with ACE legal services re: cutoff time to submit subpoena for personal service in Rancho Murieta, CA. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 4/4/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize meet and confer letter. Email to J. Flanders re: same. Email to opposing counsel. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 4/5/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Upload defendant's documents responsive to requests for production Set Three to case file. | 2.0 | $218.00 | $436.00 | $0.00 | 0 |
| 4/5/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: notice of appearance | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 4/7/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Edit/finalize requests for production meet and confer letter. Email to J. Flanders re: same. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 4/14/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Submit joint statement to Judge Barnes and copy opposing counsel. Also email to courtroom deputy. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 4/15/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | File joint statement via ECF system. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 4/18/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Save minutes for proceedings held 4/18/22 (docket 54) to file. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 4/20/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Prepare Carol Anderson R45 subpoena for mailing and take to USPS for certified mail/restricted delivery. | 1.5 | $218.00 | $327.00 | $0.00 | 0 |
| 4/20/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Email to J. Flanders and T. Brett clarifying USPS signature option for Carol Anderson subpoena. Draft Proof of Service. | 0.4 | $218.00 | $87.20 | $0.00 | 0 |
| 4/20/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and respond to email regarding serving Carol Anderson R45 subpoena. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 4/20/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review R45 and LR for service and filing requirements for subpoenas. Email J. Flanders and T. Brett with follow up questions re: Carol Anderson subpoena. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 4/20/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with E. Bustos re: filing non-party subpoenas | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 4/21/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with Jolene at ACE re: unsuccessful attempts serving Carol Anderson subpoena. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 4/21/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Add expenses from USPS and travel to Chaos. Track certified mail packages for Carol Anderson subpoena and sign up for email notifications. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 4/22/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Email to J. Flanders and T. Brett forwarding USPS delivery confirmation for Anderson subpoena (Rancho Murieta location). | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 4/22/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review J. Flanders email re: creating project planning spreadsheet and attempt to access sample. Email J. Flanders asking for attachment. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 4/26/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Create excel spreadsheet with project outline. Email to J. Flanders. | 0.8 | $218.00 | $174.40 | $0.00 | 0 |
| 4/26/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Locate USPS delivery emails for the Carol Anderson Ward subpoena. Forward to T. Brett and J. Flanders. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 4/26/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with T. Brett re: Carol Anderson Ward subpoena USPS delivery status and summarizing attempts to serve for meet and confer letter. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 4/28/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Revise and add calendar dates based on agreed extensions (04/27 email). Update master spreadsheet to reflect changes. | 0.4 | $218.00 | $87.20 | $0.00 | 0 |
| 4/28/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Conferred with J. Flanders re: revisions to schedule and beginning draft of RJN. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 4/29/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Create new file folders for Motion for Summary Judgment and RJN. Start saving documents to RJN draft exhibits folder. List additional documents to draft RJN. Email J. Flanders re: review of initial documents. | 0.9 | $218.00 | $196.20 | $0.00 | 0 |
| 4/29/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft template RJN and begin to add exhibits to list. Email to J. Flanders re: same. | 0.7 | $218.00 | $152.60 | $0.00 | 0 |
| 4/29/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize and serve set two ROGs. | 0.5 | $218.00 | $109.00 | $0.00 | 0 |
| 4/29/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and respond to J. Flanders email re: documents to add to RJN list. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 5/2/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Save copy of 3/22 I. Wren expert Dropbox file to SharePoint. | 1.2 | $218.00 | $261.60 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Migrate supplemental expert files from box to new Dropbox folder. Email to J. Flanders re: same. | 0.8 | $218.00 | $174.40 | $0.00 | 0 |
| 5/2/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize and serve supplemental expert report, disclosures, Proof of Service and Dropbox link. | 0.5 | $218.00 | $109.00 | $0.00 | 0 |
| 5/2/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and respond to J. Flanders email re: game plan for service of supplemental expert report. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 5/2/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft Proof of Service for supplemental expert report. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 5/2/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Revise expert witness disclosures and send to J. Flanders for review/edits. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 5/2/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Add additional files to supplemental expert Dropbox folder. Email to J. Flanders re: same. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 5/3/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Gather information on Carol Anderson Ward service attempts. Begin to draft template of meet and confer letter re: Carol Anderson Ward subpoena. | 1.3 | $218.00 | $283.40 | $0.00 | 0 |
| 5/3/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Download and save supplemental expert file from Dropbox to SharePoint. | 0.5 | $218.00 | $109.00 | $0.00 | 0 |
| 5/4/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Revisions to meet and confer letter re: Carol Anderson Ward subpoena. Email to T. Brett with draft. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 5/4/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with T. Brett re: draft meet and confer letter. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 5/5/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review J. Flander's email re: saving and calendaring Defendant's interrogatories and requests for productions. Save to file, calendar response deadline, and update master spreadsheet. Email J. Flanders re: same. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 5/5/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Scan and save Carol Anderson Ward subpoena USPS return receipts. Email to J. Flanders and T. Brett. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 5/9/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft Proof of Service for objections to Defendant's notice of continued deposition of IW. Finalize objections and serve on opposing counsel. | 0.5 | $218.00 | $109.00 | $0.00 | 0 |
| 5/9/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with ACE attorney services re: attempts of service for 02/11 Carol Anderson Ward subpoena. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 5/9/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone calls with T. Brett re: Carol Anderson Ward subpoena attempts on 02/14. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 5/10/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft Proof of Service for third rule 34 inspection request. Finalize request and Proof of Service. Electronically serve on opposing counsel. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 5/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Convert emails from ACE Attorney Services re: Carol Anderson Ward subpoenas to pdf. Save to share and email folder to J. Flanders and T. Brett. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 5/11/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review opposing counsel email re: Dropbox link to 3/22 I. Wren Expert file. Create new link and respond to opposing counsel email. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 5/12/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: filing motion for alternative service of Carol Anderson Ward subpoena and ex parte app for OST | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 8/31/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Locate emails serving Ian Wren supplemental production. Forward emails to J. Flanders | 0.3 | $218.00 | $65.40 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 8/31/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with J. Flanders re: file locations of document productions for all three Ian Wren reports. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 8/31/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with J. Flanders re: previous service of Ian Wren supplemental production. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 10/3/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Download and save docket 66 to file. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 10/4/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Update master case spreadsheet with upcoming 10/18 informal conference. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 10/21/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Update dates and deadlines on master case spreadsheet. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 10/25/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Download and save ECF dkt 70 to case file. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 11/16/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Download and save ECF dkts 72 and 73. Calendar motion hearing. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 12/16/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Edit citations in Motion for Summary Judgment MPA and mark for table of authorities. Finalize table of authorities. Communicate with E. Bustos re: finalizing and filing. | 6.6 | $218.00 | $1,438.80 | $0.00 | 0 |
| 12/16/2022 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with J. Flanders re: formatting and marking cites on Motion for Summary Judgment brief. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 6/21/2023 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with E. Bustos to coordinate 6/23 filing of supplemental brief re: Sackett v U.S. Environmental Protection Agency ruling. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/2023 | CCKA | Murieta Equestrian Center | Theresa Trillo | Update case status on master case spreadsheet. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 7/10/2023 | CCKA | Murieta Equestrian Center | Theresa Trillo | Begin drafting response to defendants' request for oral argument (dkt. 97). Email to J. Flanders re: same. | 0.6 | $218.00 | $130.80 | $0.00 | 0 |
| 7/11/2023 | CCKA | Murieta Equestrian Center | Theresa Trillo | Download docket report for docket cites in response to request for oral argument. Review number of pages in supplemental briefing. Revise response, add to pleading paper, and email draft to J. Flanders. | 0.7 | $218.00 | $152.60 | $0.00 | 0 |
| 7/11/2023 | CCKA | Murieta Equestrian Center | Theresa Trillo | Accept redlines in draft response to request for oral argument. Finalize and file with court. Download and save ECF dkt. 98 to file. | 0.4 | $218.00 | $87.20 | $0.00 | 0 |
| 3/27/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and respond to J. Flanders email re: research regarding defendant's website and rules of evidence. | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 3/28/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Case research and analysis re: websites and hearsay rules. | 1.2 | $345.00 | $414.00 | $0.00 | 0 |
| 3/28/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft research summary regarding rules of evidence, hearsay, and a party's website. | 3.0 | $345.00 | $1,035.00 | $0.00 | 0 |
| 3/28/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Confer with J. Flanders re: hearsay research. | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Send email to J. Flanders, E. Bustos, and T. Brett re: status of tables in motion for leave to file TAC. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Teams communications with J. Flanders re: assisting with table of authorities and filing for Motion for Leave to File Third Amended Complaint. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Communications with T. Brett re: filing documents under seal for Motion for Leave to File Third Amended Complaint. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Send draft Notice of Request to Seal and Request to Seal to J. Flanders for review. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: request to file documents under seal in connection with Motion for Leave to File Third Amended Complaint. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Comms with J. Flanders re: drafting motion to file documents under seal in support of Motion for Leave to Amend TAC. | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft Notice of Request to Seal Documents in connection with Motion for Leave to File Third Amended Complaint. | 0.7 | $345.00 | $241.50 | $0.00 | 0 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft Request to Seal Documents in connection with Motion for Leave to File Third Amended Complaint. | 0.8 | $345.00 | $276.00 | $0.00 | 0 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Follow up communications with J. Flanders re: plan and strategy for request to file Motion for Leave to File Third Amended Complaint documents under seal. | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Locate, download, and analyze exemplar motion to seal documents. | 0.5 | $218.00 | $109.00 | $0.00 | 0 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and analyze protective order and local rules with respect to filing documents under seal. | 0.4 | $345.00 | $138.00 | $0.00 | 0 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft table of contents and table of authorities (while checking citations) for Motion for Leave to File Third Amended Complaint. | 2.4 | $218.00 | $523.20 | $0.00 | 0 |

EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Communications with E. Bustos and T. Brett re: calculating 60-day notice date with respect to the proposed order granting Motion for Leave to file Third Amended Complaint. | 0.2 | $345.00 | $0.00 | $69.00 | 0.2 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: revisions to Request to Seal Documents. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Teams comms with E. Bustos re: 3/26/24 and 4/1/24 service of notice of intent to Carol Ward Anderson and Carol Ward Anderson Trust. | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with E. Bustos re: revisions to Notice of Motion for Leave to File Third Amended Complaint and plan for filing the Notice along with the Request to Seal Documents. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with J. Flanders and T. Brett re: plan and procedure for filing Motion for Leave to File Third Amended Complaint and Request to Seal Documents. | 0.4 | $218.00 | $43.60 | $43.60 | 0.2 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft email to J. Flanders and E. Bustos re: 60-day notice deadline referenced in proposed order granting Motion for Leave to File Third Amended Complaint. | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and analyze 60-day notice deadline referenced in proposed order granting Motion for Leave to File Third Amended Complaint. | 0.2 | $345.00 | $69.00 | $0.00 | 0 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft email to T. Brett, E. Bustos, and J. Flanders re: pending tasks to finalize Motion for Leave to File Third Amended Complaint and related Request to Seal Documents. | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft Proposed Order Granting Motion for Leave to File Third Amended Complaint and Add Parties. | 0.4 | $345.00 | $138.00 | $0.00 | 0 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Draft Proposed Order Granting Request to Seal Documents. | 0.2 | $345.00 | $69.00 | $0.00 | 0 |

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Make additional revisions to Notice of Request to Seal Documents, Request to Seal Documents, Brett Declaration, and Proposed Order, following call with J. Flanders and T. Brett re: same. | 1.1 | $345.00 | $379.50 | $0.00 | 0 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and revise Notice of Request to Seal Documents, Request to Seal Documents, Brett Declaration, and Proposed Order. | 0.9 | $345.00 | $310.50 | $0.00 | 0 |
| 4/4/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with J. Flanders re: revisions and review of Request to Seal. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/4/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Email revised drafts of Notice of Request to Seal Documents, Request to Seal Documents, Brett Declaration, and Proposed Order to J. Flanders for review. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/4/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Respond to T. Brett's communications re: exhibits listed in Request to Seal Documents. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/4/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Make final revisions to and begin to finalize Notice of Request to Seal Documents, Request to Seal Documents, Brett Declaration, and Proposed Order. | 1.0 | $345.00 | $0.00 | $345.00 | 1 |
| 4/5/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with E. Bustos re: e-filing the Notice of Request to Seal Documents and Notice of Motion for Leave to File Third Amended Complaint. | 0.2 | $345.00 | $0.00 | $69.00 | 0.2 |
| 4/5/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Call with T. Brett re: preparation of exhibits to Motion for Leave to File Third Amended Complaint. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/5/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Follow up Teams communications with E. Bustos re: filing and submitting motion for leave and request to seal. | 0.4 | $345.00 | $0.00 | $138.00 | 0.4 |
| 4/5/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and analyze E. Bustos' draft service email to opposing counsel. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 4/5/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and respond to J. Flanders' email re: order and process for filing motion for leave and request to seal. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/5/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review E. Bustos' folder of documents to be submitted to the court in support of motion for leave and request to seal filing. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/5/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Teams communications with E. Bustos re: documents related to Plaintiff's Motion for Leave and Request to Seal that shall be submitted to the Court via email. | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/5/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Teams communications with E. Bustos re: draft service email to opposing counsel for service of Motion for Leave to File Third Amended Complaint and supporting documents. | 0.3 | $345.00 | $0.00 | $103.50 | 0.3 |
| 6/18/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Analyze and respond to J. Flander's email re: preparation of binder for June 28 hearing. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 6/18/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with E. Bustos re: preparation of hearing binder. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 6/19/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review local rules for information re: procedure for court reporters at hearings and respond to E. Bustos email regarding same. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 6/20/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review the Court's website, Judge's page and procedures, and local rules re: hearing procedures to determine if we need to request a court reporter. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 6/20/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Telephone call with the Clerk's Office to confirm there will be a court reporter present at the June 28 hearing. Draft email to J. Flanders re: same. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 9/12/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and draft response to J. Flanders re: availability to assist with filing supplemental brief. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|------|--------|--------|-------|-------------|-------|------|-------|-------------------------------|--------------------------------|
| 9/16/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Finalize and file supplemental brief re: Loper Bright. | 0.4 | $218.00 | $87.20 | $0.00 | 0 |
| 9/16/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and draft communications with J. Flanders re: citations and finalizing Loper Bright supplemental Brief. | 0.2 | $218.00 | $43.60 | $0.00 | 0 |
| 9/16/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Review and revise citations in Loper Bright supplemental brief to finalize for filing. | 2.0 | $218.00 | $436.00 | $0.00 | 0 |
| 9/16/2024 | CCKA | Murieta Equestrian Center | Theresa Trillo | Teleconference with J. Flanders re: filing Loper Bright Supplemental Brief. | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| | | | | **Totals** | **105.2** | | **$23,041.00** | **$1,556.30** | **5.1** |