JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

**<u>Attorneys for Plaintiff</u>**
CALIFORNIA COASTKEEPER ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, <br><br> Plaintiff, <br><br> vs. <br><br> COSUMNES CORPORATION, dba MURIETA EQUESTRIAN CENTER, <br><br> Defendant. | Case No. 2:20-cv-01703-SCR <br><br> **DECLARATION OF IAN WREN IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS** <br><br> Hearing Date: June 12, 2025 <br> Time: 10:00 AM <br> Courtroom: 27, 8th Floor <br> Hon. Sean Riordan |

**DECLARATION OF IAN WREN**

I, Ian Wren, provide the following testimony in support of Plaintiff California Coastkeeper Alliance's ("Plaintiff") Motion for Attorney's Fees and Costs.

**I.   INTRODUCTION**

1. The facts set forth in this declaration are based on my personal knowledge; if called to testify as a witness, I could and would competently testify thereto under oath. As to those matters that reflect a personal opinion, they reflect my personal opinion and judgment upon the matter.

2. I am more than eighteen years old and am competent to testify as to the matters set forth herein.

3. Plaintiff California Sportfishing Protection Alliance designated me as an expert witness and a rebuttal expert witness in this litigation.

4. I studied biology and ecology at the University of California, Berkeley, and I hold a M.S. in Hydrology and Sustainable Development from Imperial College, London. I am a Certified Professional in Stormwater Quality (CPSWQ #0790), a California Construction General Permit Qualified SWPPP Developer and Qualified SWPPP Practitioner (QSD/QSP #23331), and a California Industrial Stormwater General Permit Qualified Industrial Storm Water Practitioner (QISP #00814).

5. I am presently employed by San Francisco Baykeeper ("Baykeeper") as a Staff Scientist and have been since 2010. In that role, I often provide scientific support for Baykeeper's legal actions. As Baykeeper Staff Scientist, I serve on several scientific-technical committees. I have trained many staff members and volunteers on the collection, handling, and appropriate Quality Assurance/Quality Control ("QA/QC") procedures for water and sediment sampling. I have performed technical and litigation support on over fifty matters, involving sampling and sample design and identification of appropriate best management practices ("BMPs").

6. In addition to my role at Baykeeper, I have acted as an independent consultant for several non-profit and public sector clients for the last seven years, including wastewater sector clients in the San Francisco Bay Area. I provide technical and litigation support on water-related

1  matters, including sample collection, project management for the design and permitting of
2  wastewater treatment wetlands, and program coordination and studies for water quality science
3  and policy matters.
4      7.    Before 2010 I worked for six years at environmental consulting firms in Southern
5  California and the United Kingdom. My areas of focus included habitat restoration, permitting,
6  and hydrology. As a hydrologist in the United Kingdom, I implemented and managed several
7  water quality sampling and assessment projects, in addition to flood risk assessments, wetland
8  delineations, and habitat restoration design efforts.
9      8.    My resume with additional qualifications is attached hereto as **Exhibit 1**.
10     9.    I was retained by Plaintiff to provide expert opinions regarding the extent of waters
11 potentially subject to regulation under Section 404 of the Clean Water Act as waters of the United
12 States ("WOTUS") — which receive discharges of pollutants from the Murieta Equestrian Center
13 ("MEC Facility" or "Facility"), located at 7200 Lone Pine Drive, Rancho Murieta, California,
14 including but not limited to, the Unnamed Stream what runs adjacent to the southern boundary of
15 the MEC Facility (hereafter the "Unnamed Stream").
16    10.    I prepared three expert reports in this matter: an Expert Report, a Supplemental
17 Expert Report, and a Second Supplemental Expert Report (collectively the "Expert Reports") that
18 set forth my opinions.
19    11.    I reviewed extensive documentary evidence to develop my opinions in this case,
20 including, but not limited to, USGS topographic maps, Lidar imagery and historic aerial imagery
21 of the MEC Facility, historic water rights applications for the watershed in which the Unnamed
22 Stream is located, Army Corp of Engineers jurisdictional determinations, drone footage of the
23 entire length of the Unnamed Stream from Laguna Joaquin to its confluence with the Cosumnes
24 River, and the expert report of Defendant's retained expert Dr. Susan Paulsen.
25    12.    In forming the opinions set forth in the Expert Reports, I inspected the MEC Facility
26 and collected stormwater samples in and discharging them from the MEC Facility on March 18,
27 2021, and April 21, 2022. I also collected a stormwater sample outside the MEC Facility, adjacent
28

1   to Lone Pine Drive on March 15, 2022. I also collected water samples at the confluence of the
2   Unnamed Stream and Cosumnes River on March 4 and 15, 2022.

3   13.   I personally maintained custody of all samples collected at all inspections / sampling
4   events at all times until delivery to the laboratory. In preparation for sampling I prepared all
5   sampling equipment, obtained sampling bottles from the laboratory.

6   14.   I conducted in-field measurements, using a published float method developed by the
7   U.S. Geological Survey, to estimate the mean velocity of the Unnamed Stream and, relatedly, the
8   time for pollutants discharged from the Facility to reach the Cosumnes River. These findings are
9   set forth in the Expert Report.

10  15.   I further estimated and formed opinions regarding the percentage of pollutant(s)
11  discharged from the Facility that reaches the Cosumnes River and/or Cosumnes River Preserve.
12  the Expert Report.

13  16.   I reviewed, analyzed, and formed rebuttal opinions regarding – as set forth in my
14  Second Supplemental Expert Report – the opinions Defendant's expert Dr. Paulsen regarding
15  stream velocity, percentage of pollutants discharged from the Facility that reach the Cosumnes
16  River and/or Cosumnes River Preserve, and regarding my own sampling methodology.

17  17.   I prepared photographs, and annotated maps and aerial imagery of the Facility and
18  surrounding areas to demonstrate: my observations during my inspections at the Facility, the
19  location(s) of samples collected during my various inspections and the concentrations of the
20  constituents analyzed at each location, the path of the Unnamed Stream from the Facility to its
21  confluence with the Cosumnes River, and the historic and modern alignment of the Unnamed
22  Stream. These figures were included in the Expert Reports.

23  18.   I was deposed on four separate occasions by counsel for Defendant regarding my
24  opinions in this matter.

25  19.   I coordinated with counsel for Plaintiff to draft and finalize my declaration in support
26  of Plaintiff's Phase I Motion for Summary Judgment.

27  20.   Attached hereto as **Exhibit 2** is a true and correct copy of my chronological time
28  records that document the time that I spent on this case. I personally and contemporaneously kept

these records using computer timekeeping software and amended them for clarity documenting the hours I worked on this case.

Executed on April 18, 2025 at San Francisco, California.

*/s/ Ian Wren*

Ian Wren

# EXHIBIT 1

# IAN WREN

P.O. Box 31896, San Francisco, CA 94131 | 415.810.6956 | ian@wrenws.com

## EXPERIENCE

**INDEPENDENT CONSULTANT**                                                                                          2016 – Present

<u>Project management support</u> for the City of San Leandro to design, permit, fundraise for, and construct a multi-benefit treatment wetland for water quality improvement, habitat restoration, and sea level rise adaptation. (2018 to present)

<u>Grant writing</u> for the City of Palo Alto (Measure AA), San Francisco Estuary Partnership (EPA's SF Bay Water Quality Improvement Fund), and Oro Loma Sanitary District (SF Bay Water Quality Improvement Fund).

<u>Technical expert services</u>, on behalf of several non-profit organizations, to perform technical and expert witness services related to of lawsuits involving alleged stormwater-related Clean Water Act violations. Services include preparing pollution prevention and monitoring plans, negotiating technical details of settlements, and assisting with compliance determinations.

<u>Project manager and technical lead for a $500k examination of Nature-based Solutions for Wastewater Treatment</u>, on behalf of the Bay Area Clean Water Association (BACWA) and San Francisco Estuary Institute (SFEI). (2019 to present)

<u>Program coordinator and technical consultant to the SF Bay Nutrient Management Strategy (NMS)</u>, a multi-stakeholder effort to assess nutrient condition, inform regulations, and assist nutrient management efforts. (2016 to present)

- Implement and manage administrative and stakeholder engagement efforts on behalf of the NMS Steering Committee and help establish the strategic vision for nutrient assessment and management efforts in the Bay Area.
- Engage with and present to regional experts in the wastewater sector, academia and regulatory agencies on technical and policy-related matters related to governance, science and management of nutrients in SF Bay.
- Developed a regional scenario analysis for 37 Bay Area wastewater facilities to inform green infrastructure-based approaches to water quality improvement, regulatory compliance and sea level rise adaptation.
- Produce grant proposals to advance nutrient science and management efforts, including a $600k Measure AA proposal on behalf of the San Leandro Water Pollution Control Plant to develop green infrastructure options for nutrient reduction.

**SAN FRANCISCO BAYKEEPER** | Oakland, CA                                                                     2010 – Present
*Staff Scientist (part-time)*

Provide scientific and policy leadership for an effective non-profit focused on water quality and habitat protection of San Francisco Bay. Translate science and water quality data into pragmatic approaches for SF Bay water quality improvement.

- Served as an in-house hydrology expert in over 40 Clean Water Act enforcement lawsuits, requiring sampling design, analysis and hydrologic/hydraulic modeling, negotiation and mediation in federal court, design and oversight of post-construction BMP implementation, as well as review and revisions to NPDES permits and management plans.
- Determine strategic direction in collaboration with Board members, technical leaders and staff to focus limited resources.
- Spearhead advocacy direction for a range of regulatory and scientific focus areas, including but not limited to, nutrient management, contaminants, sea level rise adaptation, habitat protection, and stormwater management.
- Routinely present at regulatory hearings and a representative on a number of committees regarding various SF Bay water quality issues and policies, including SFEI's Technical Review Committee and the SF Bay NMS Steering Committee.
- Grant writing, project management and implementation of projects funded through NOAA, Google and other donors.
- Developed web-based tools and models to assess regulatory compliance and water quality trends, to facilitate in-house management for thousands of Clean Water Act compliance assessments, leading in part to a doubling of programmatic staff.

**SKM ENVIROS** (now part of Jacobs) | London, UK                                                                  2007 – 2010
*Environmental Hydrologist*

Environmental Hydrologist and Project Manager within a UK-based international consultancy.

- Managed and implemented projects throughout the UK and portions of the Middle East in the real estate, oil refining, wind energy, and public sectors pertaining to water quality, aquatic ecology, flood risk, wetland restoration, European Union policy, sustainable urban drainage, and sea level rise adaptation design.

# Ian Wren

- Led business development efforts for hydro-ecological services, gaining entry to prized regulatory agency contracts and other public sector contracts.
- Management or implementation of high profile projects, such as a green roof evaluation for 2012 London Olympics sites; construction management of the Qatar Petroleum's Doha-based headquarters; year-long assessment of bacteria impaired shellfish fisheries, pursuant to European Directives, including water quality modeling and assessment of potential mitigation and estuarine restoration options; and estuarine plume modeling for SE England's largest oil refinery.

**ATKINS** | London, UK                                                                                                                         2007
*Environmental Hydrologist*

Led a consulting project involved monitoring, modeling and reporting of nutrient and sediment transport on behalf of major wastewater agencies in Southeast England, in preparation for regulations associated with the EUs Water Framework Directive.

**SAPPHOS ENVIRONMENTAL** | Pasadena, CA                                                                                        2004 – 2006
*Resource Management Consultant and Habitat Restoration Specialist*

Project manager and technical specialist in a fast-paced environmental consulting firm. Roles included development, assessment and oversight of aquatic and terrestrial habitat restoration and resource management projects for several high-profile clients, including LAX, Caltrans, Metropolitan Water District, and wind developers.

- Development and negotiation of multi-stakeholder agreements for wetland, stream and terrestrial restoration projects
- Prepared wetland and ecological documents pursuant to CWA, CEQA/NEPA, state/federal ESA, and other regulations.
- Led federal Endangered Species Act consultations for terrestrial and wetland wildlife throughout Southern California
- Primary client was City of Los Angeles, involving habitat, water and wetland-related compliance for the multi-billion dollar LAX Master Plan project, involving complex regulatory compliance negotiations, management of multi-million dollar mitigation and restoration projects, and multi-stakeholder mediation.

## Prior Experience

**Staff Research Associate**, UC Los Angeles Dept. of Public Health, 2003 – 2004
**Staff Research Assistant**, UC Berkeley Dept. of Environmental Science, Policy and Management, 2000 – 2003

## EDUCATION

**MSc**, *Hydrology*, School of Civil and Env. Engineering, Imperial College of Science Technology and Medicine, UK, 2007
**BA**, *Integrative Biology*, UC Berkeley, 2002

## PROFESSIONAL AFFILIATIONS AND TRAININGS

**San Francisco League of Conservation Voters** – Board Member and Treasurer, 2012 – Present
**Estuary Magazine** – Editorial Board, 2016 – Present
**Several stormwater and hydrological professional credentials** (CPSWQ, QISP, QSP)
**Completion of 38-hour Army Corps of Engineers Wetland Delineation Training**

## RECENT PUBLICATIONS

Beck, M. W., de Valpine, P., Murphy, R., Wren, I., Chelsky, A., Foley, M., & Senn, D. B. (2022). Multi-scale trend analysis of water quality using error propagation of generalized additive models. Science of the Total Environment, 802, 149927.

Wren, I. F., Plane, E., Beagle, J., Senn, D.B. Nature-based Solutions for Nutrient Removal. (2021). Prepared on behalf of the Bay Area Clean Water Agencies.

Dozens of reports documenting recommended best management practices for industrial facilities, in my capacity as a consultant to provide technical services in Clean Water Act enforcement cases, including one involving Sonoma Horse Park, a large equine facility in Sonoma Co., CA.

# EXHIBIT 2

Date        2025-04-02

| Project/Time entry | Task | User | Tags | Start date | Start time | Stop date | Stop time | Time (h) | Time (decimal) | Billable |
|---|---|---|---|---|---|---|---|---|---|---|
| **ATA - Murrieta Equestrian Center** | | | | | | | | **76:28:31** | **76.475** | |
| | invoicing | Ian Wren | | 04/06/2021 | 6:08:48 A | 04/06/2021 | 6:33:25 A | 0:24:37 | 0.410 | Yes |
| | invoicing | Ian Wren | | 04/06/2021 | 6:33:29 A | 04/06/2021 | 6:51:20 A | 0:17:51 | 0.298 | Yes |
| | 2nd proposal | Ian Wren | | 08/04/2021 | 3:20:43 P | 08/04/2021 | 5:00:43 P | 1:40:00 | 1.667 | Yes |
| | 2nd proposal | Ian Wren | | 08/05/2021 | 5:58:14 A | 08/05/2021 | 6:34:14 A | 0:36:00 | 0.600 | Yes |
| | WOTUS analysis | Ian Wren | | 08/15/2021 | 6:38:02 A | 08/15/2021 | 9:49:25 A | 3:11:23 | 3.190 | Yes |
| | WOTUS analysis | Ian Wren | | 08/16/2021 | 5:50:42 A | 08/16/2021 | 8:55:42 A | 3:05:00 | 3.083 | Yes |
| | memo graphics | Ian Wren | | 08/16/2021 | 2:26:06 P | 08/16/2021 | 4:28:06 P | 2:02:00 | 2.033 | Yes |
| | memo graphics | Ian Wren | | 08/17/2021 | 5:29:09 A | 08/17/2021 | 8:06:50 A | 2:37:41 | 2.628 | Yes |
| | memo graphics | Ian Wren | | 08/17/2021 | 8:51:18 A | 08/17/2021 | 2:02:01 P | 5:10:43 | 5.179 | Yes |
| | memo graphics | Ian Wren | | 08/18/2021 | 5:44:41 A | 08/18/2021 | 8:08:49 A | 2:24:08 | 2.402 | Yes |
| | memo graphics | Ian Wren | | 08/31/2021 | 8:30:06 A | 08/31/2021 | 8:30:07 A | 0:00:01 | 0.000 | Yes |
| | Site visit | Ian Wren | | 08/31/2021 | 8:30:07 A | 08/31/2021 | 2:56:32 P | 6:26:25 | 6.440 | Yes |
| | WOTUS memo | Ian Wren | | 09/30/2021 | 4:06:07 A | 09/30/2021 | 5:33:44 A | 1:27:37 | 1.460 | Yes |
| | WOTUS memo | Ian Wren | | 09/30/2021 | 5:34:44 A | 09/30/2021 | 7:38:14 A | 2:03:30 | 2.058 | Yes |
| | WOTUS memo | Ian Wren | | 09/30/2021 | 8:09:27 A | 09/30/2021 | 10:22:34 A | 2:13:07 | 2.219 | Yes |
| | WOTUS memo | Ian Wren | | 10/01/2021 | 10:39:10 A | 10/01/2021 | 1:56:10 P | 3:17:00 | 3.283 | Yes |
| | MEC call with Jason on traceability | Ian Wren | | 10/07/2021 | 4:10:22 P | 10/07/2021 | 5:05:00 P | 0:54:38 | 0.911 | Yes |
| | getting photos together for Drev | Ian Wren | | 10/28/2021 | 9:35:37 A | 10/28/2021 | 10:00:37 A | 0:25:00 | 0.417 | Yes |
| | hydrological memo | Ian Wren | | 11/06/2021 | 6:11:36 A | 11/06/2021 | 8:33:00 A | 2:21:24 | 2.357 | Yes |
| | document review | Ian Wren | | 11/08/2021 | 5:24:45 A | 11/08/2021 | 6:55:10 A | 1:30:25 | 1.507 | Yes |
| | hydrological memo | Ian Wren | | 11/08/2021 | 8:33:08 A | 11/08/2021 | 9:19:39 A | 0:46:31 | 0.775 | Yes |
| | document review | Ian Wren | | 11/08/2021 | 2:49:00 P | 11/08/2021 | 5:43:00 P | 2:54:00 | 2.900 | Yes |
| | BMP memo | Ian Wren | | 11/09/2021 | 10:24:26 A | 11/09/2021 | 10:24:37 A | 0:00:11 | 0.003 | Yes |
| | BMP memo | Ian Wren | | 11/10/2021 | 5:20:10 A | 11/10/2021 | 7:23:06 A | 2:02:56 | 2.049 | Yes |
| | BMP memo | Ian Wren | | 11/10/2021 | 8:57:58 A | 11/10/2021 | 3:10:18 P | 6:12:20 | 6.206 | Yes |
| | BMP memo revision | Ian Wren | | 11/11/2021 | 4:50:02 A | 11/11/2021 | 5:24:28 A | 0:34:26 | 0.574 | Yes |
| | WOTUS memo | Ian Wren | | 11/12/2021 | 5:48:15 A | 11/12/2021 | 6:55:58 A | 1:07:43 | 1.129 | Yes |
| | WOTUS memo | Ian Wren | | 11/12/2021 | 9:31:39 A | 11/12/2021 | 12:27:13 P | 2:55:34 | 2.926 | Yes |
| | WOTUS memo | Ian Wren | | 11/13/2021 | 4:34:38 A | 11/13/2021 | 8:05:51 A | 3:31:13 | 3.520 | Yes |
| | invoicing | Ian Wren | | 11/19/2021 | 6:13:27 A | 11/19/2021 | 6:36:48 A | 0:23:21 | 0.389 | Yes |
| | mediation prep | Ian Wren | | 11/30/2021 | 4:32:20 P | 11/30/2021 | 5:08:20 P | 0:36:00 | 0.600 | Yes |
| | post-mediation check in and sampling planning | Ian Wren | | 12/03/2021 | 11:45:25 A | 12/03/2021 | 1:02:02 P | 1:16:37 | 1.277 | Yes |
| | investigating drones and kayaks | Ian Wren | | 12/04/2021 | 5:48:07 A | 12/04/2021 | 7:09:07 A | 1:21:00 | 1.350 | Yes |
| | Call with Jason | Ian Wren | | 12/08/2021 | 2:15:00 P | 12/08/2021 | 2:42:28 P | 0:27:28 | 0.458 | Yes |
| | Organizing sampling at MEC | Ian Wren | | 12/15/2021 | 9:11:58 A | 12/15/2021 | 10:35:30 A | 1:23:32 | 1.392 | Yes |
| | weather review and site visit planning | Ian Wren | | 12/21/2021 | 6:30:02 A | 12/21/2021 | 6:46:08 A | 0:16:06 | 0.268 | Yes |
| | Site visit and prep | Ian Wren | | 12/22/2021 | 4:54:09 A | 12/22/2021 | 11:44:47 A | 6:50:38 | 6.844 | Yes |
| | research of bacteria decay rates | Ian Wren | | 12/27/2021 | 5:58:16 A | 12/27/2021 | 7:38:41 A | 1:40:25 | 1.674 | Yes |
| **CCKA - Murrieta Equestrian Center** | | | | | | | | **27:23:52** | **27.398** | |
| | data review | Ian Wren | | 02/19/2021 | 6:08:10 A | 02/19/2021 | 6:17:01 A | 0:08:51 | 0.148 | Yes |
| | Call with Tom and Jason | Ian Wren | | 02/26/2021 | 4:24:58 P | 02/26/2021 | 5:14:58 P | 0:50:00 | 0.833 | Yes |
| | insurance request | Ian Wren | | 03/02/2021 | 4:22:31 P | 03/02/2021 | 4:31:52 P | 0:09:21 | 0.156 | Yes |
| | Prep for sampling (finding a lab) | Ian Wren | | 03/05/2021 | 5:25:17 A | 03/05/2021 | 6:10:57 A | 0:45:40 | 0.761 | Yes |
| | Sampling prep | Ian Wren | | 03/05/2021 | 10:20:52 A | 03/05/2021 | 1:02:30 P | 2:41:38 | 2.694 | Yes |
| | Sampling prep | Ian Wren | | 03/06/2021 | 6:02:10 A | 03/06/2021 | 6:28:06 A | 0:25:56 | 0.432 | Yes |
| | Coordination with ATA re sampling | Ian Wren | | 03/08/2021 | 6:44:54 A | 03/08/2021 | 7:07:12 A | 0:22:18 | 0.372 | Yes |
| | Sampling prep | Ian Wren | | 03/11/2021 | 9:08:00 A | 03/11/2021 | 10:57:00 A | 1:49:00 | 1.817 | Yes |
| | sampling prep | Ian Wren | | 03/17/2021 | 6:29:02 A | 03/17/2021 | 6:54:37 A | 0:25:35 | 0.426 | Yes |
| | site map and sampling prep | Ian Wren | | 03/17/2021 | 8:16:22 A | 03/17/2021 | 9:07:35 A | 0:51:13 | 0.854 | Yes |
| | site visit | Ian Wren | | 03/18/2021 | 8:35:00 A | 03/18/2021 | 7:28:25 P | 10:53:25 | 10.890 | Yes |

| Project/Time entry | Task | User | Tags | Start date | Start time | Stop date | Stop time | Time (h) | Time (decimal) | Billable |
|---|---|---|---|---|---|---|---|---|---|---|
| | photo organization | Ian Wren | | 03/23/2021 | 5:51:42 A | 03/23/2021 | 7:09:18 A | 1:17:36 | 1.293 | Yes |
| | photo organization | Ian Wren | | 03/23/2021 | 9:22:12 A | 03/23/2021 | 10:20:47 A | 0:58:35 | 0.976 | Yes |
| | photo organization | Ian Wren | | 03/23/2021 | 1:04:53 P | 03/23/2021 | 3:48:48 P | 2:43:55 | 2.732 | Yes |
| | photo organization | Ian Wren | | 03/23/2021 | 3:54:41 P | 03/23/2021 | 4:05:15 P | 0:10:34 | 0.176 | Yes |
| | figure and data synthesis | Ian Wren | | 03/25/2021 | 1:19:03 P | 03/25/2021 | 1:55:18 P | 0:36:15 | 0.604 | Yes |
| | figure and data synthesis | Ian Wren | | 03/26/2021 | 6:39:00 P | 03/26/2021 | 8:25:00 P | 1:46:00 | 1.767 | Yes |
| | Call with Jason re: sample results | Ian Wren | | 03/31/2021 | 12:30:03 P | 03/31/2021 | 12:58:03 P | 0:28:00 | 0.467 | Yes |
| **Total** | | | | | | | | **103:52:23** | **103.873** | |

Date    2025-04-02

| Project/Time entry | Task | User | Tags | Start date | Start time | Stop date | Stop time | Time (h) | Time (decimal) | Billable |
|---|---|---|---|---|---|---|---|---|---|---|
| **ATA - Murrieta Equestrian Center** | | | | | | | | 278:17:48 | 278.297 | |
| call and follow up with counsel | | Ian Wren | | 01/04/2022 | 1:20:53 P | 01/04/2022 | 3:01:53 P | 1:41:00 | 1.683 | Yes |
| WQ research | | Ian Wren | | 01/05/2022 | 6:29:00 A | 01/05/2022 | 7:04:00 A | 0:35:00 | 0.583 | Yes |
| sampling prep | | Ian Wren | | 01/06/2022 | 2:49:11 P | 01/06/2022 | 4:26:11 P | 1:37:00 | 1.617 | Yes |
| Coordination and calls with Drev for field work | | Ian Wren | | 01/07/2022 | 3:45:00 P | 01/07/2022 | 5:00:00 P | 1:15:00 | 1.250 | Yes |
| invoicing | | Ian Wren | | 01/10/2022 | 4:49:58 P | 01/10/2022 | 5:20:58 P | 0:31:00 | 0.517 | Yes |
| sampling prep - Eurofins paperwork | | Ian Wren | | 01/12/2022 | 6:35:01 A | 01/12/2022 | 6:53:09 A | 0:18:08 | 0.302 | Yes |
| sensor calibration | | Ian Wren | | 01/12/2022 | 9:10:00 A | 01/12/2022 | 9:35:00 A | 0:25:00 | 0.417 | Yes |
| call with Jason to discuss expert report | | Ian Wren | | 01/13/2022 | 12:00:05 P | 01/13/2022 | 12:25:59 P | 0:25:54 | 0.432 | Yes |
| invoicing | | Ian Wren | | 01/13/2022 | 12:26:16 P | 01/13/2022 | 1:20:16 P | 0:54:00 | 0.900 | Yes |
| lit review | | Ian Wren | | 01/27/2022 | 9:52:45 A | 01/27/2022 | 1:20:25 P | 3:27:40 | 3.461 | Yes |
| writing a QAPP | | Ian Wren | | 02/04/2022 | 8:06:55 A | 02/04/2022 | 1:58:25 P | 5:51:30 | 5.858 | Yes |
| Call with Jason | | Ian Wren | | 02/08/2022 | 11:05:00 A | 02/08/2022 | 11:37:00 A | 0:32:00 | 0.533 | Yes |
| looking for historic MEC maps | | Ian Wren | | 02/08/2022 | 12:06:10 P | 02/08/2022 | 1:43:57 P | 1:37:47 | 1.630 | Yes |
| MEC call with drev | | Ian Wren | | 02/08/2022 | 3:08:49 P | 02/08/2022 | 3:19:49 P | 0:11:00 | 0.183 | Yes |
| sampling planning | | Ian Wren | | 02/16/2022 | 11:15:37 A | 02/16/2022 | 12:15:37 P | 1:00:00 | 1.000 | Yes |
| Coordinating drone flight | | Ian Wren | | 02/18/2022 | 2:40:00 A | 02/18/2022 | 4:40:00 A | 2:00:00 | 2.000 | Yes |
| Qapp development | | Ian Wren | | 02/22/2022 | 9:53:51 A | 02/22/2022 | 11:54:00 A | 2:00:09 | 2.003 | Yes |
| reviewing video and materials | | Ian Wren | | 02/23/2022 | 2:35:44 P | 02/23/2022 | 4:21:44 P | 1:46:00 | 1.767 | Yes |
| calls with Jason and drev re: monitoring prep | | Ian Wren | | 02/28/2022 | 12:30:34 P | 02/28/2022 | 1:00:34 P | 0:30:00 | 0.500 | Yes |
| sampling prep, video review, calls with counsel | | Ian Wren | | 03/03/2022 | 1:17:00 P | 03/03/2022 | 4:20:37 P | 3:03:37 | 3.060 | Yes |
| Site visit and sampling | | Ian Wren | | 03/04/2022 | 8:36:44 A | 03/04/2022 | 6:44:22 P | 10:07:38 | 10.127 | Yes |
| call with counsel | | Ian Wren | | 03/07/2022 | 1:05:27 P | 03/07/2022 | 2:06:33 P | 1:01:06 | 1.018 | Yes |
| bacteria decay investigation | | Ian Wren | | 03/07/2022 | 4:24:39 P | 03/07/2022 | 6:53:36 P | 2:28:57 | 2.483 | Yes |
| bacteria decay investigation | | Ian Wren | | 03/07/2022 | 9:03:30 P | 03/07/2022 | 10:36:30 P | 1:33:00 | 1.550 | Yes |
| expert report | | Ian Wren | | 03/08/2022 | 5:37:52 A | 03/08/2022 | 6:53:20 A | 1:15:28 | 1.258 | Yes |
| expert report | | Ian Wren | | 03/08/2022 | 12:11:46 P | 03/08/2022 | 2:34:30 P | 2:22:44 | 2.379 | Yes |
| expert report | | Ian Wren | | 03/08/2022 | 2:34:31 P | 03/08/2022 | 4:31:31 P | 1:57:00 | 1.950 | Yes |
| expert report | | Ian Wren | | 03/09/2022 | 5:07:11 A | 03/09/2022 | 6:57:08 A | 1:49:57 | 1.833 | Yes |
| expert report | | Ian Wren | | 03/09/2022 | 9:19:02 A | 03/09/2022 | 10:00:38 A | 0:41:36 | 0.693 | Yes |
| expert report | | Ian Wren | | 03/09/2022 | 12:00:34 P | 03/09/2022 | 3:20:55 P | 3:20:21 | 3.339 | Yes |
| expert report | | Ian Wren | | 03/10/2022 | 8:44:03 A | 03/10/2022 | 1:59:04 P | 5:15:01 | 5.250 | Yes |
| expert report & calls with Jason & Drev | | Ian Wren | | 03/10/2022 | 3:08:02 P | 03/10/2022 | 4:28:48 P | 1:20:46 | 1.346 | Yes |
| expert report & calls with Jason & Drev | | Ian Wren | | 03/10/2022 | 6:26:19 P | 03/10/2022 | 9:46:09 P | 3:19:50 | 3.331 | Yes |
| expert report & travel time calcs | | Ian Wren | | 03/11/2022 | 5:20:48 A | 03/11/2022 | 6:21:05 A | 1:00:17 | 1.005 | Yes |
| expert report & travel time calcs | | Ian Wren | | 03/11/2022 | 9:02:53 A | 03/11/2022 | 1:42:00 P | 4:39:07 | 4.652 | Yes |
| expert report & travel time calcs | | Ian Wren | | 03/11/2022 | 2:18:58 P | 03/11/2022 | 3:49:58 P | 1:31:00 | 1.517 | Yes |
| expert report, calls, sampling prep | | Ian Wren | | 03/14/2022 | 6:38:00 A | 03/14/2022 | 3:59:00 P | 9:21:00 | 9.350 | Yes |
| expert report, calls, sampling prep | | Ian Wren | | 03/14/2022 | 7:23:41 P | 03/14/2022 | 7:56:25 P | 0:32:44 | 0.546 | Yes |
| Sampling | | Ian Wren | | 03/15/2022 | 3:45:00 A | 03/15/2022 | 3:47:31 P | 12:02:31 | 12.042 | Yes |
| expert report, calls, sampling prep | | Ian Wren | | 03/16/2022 | 6:11:16 A | 03/16/2022 | 7:08:16 A | 0:57:00 | 0.950 | Yes |
| expert report | | Ian Wren | | 03/16/2022 | 9:08:12 A | 03/16/2022 | 10:45:19 A | 1:37:07 | 1.619 | Yes |
| Call with Jason | | Ian Wren | | 03/16/2022 | 1:00:57 P | 03/16/2022 | 1:20:59 P | 0:20:02 | 0.334 | Yes |
| expert report | | Ian Wren | | 03/16/2022 | 3:45:05 P | 03/16/2022 | 4:28:03 P | 0:42:58 | 0.716 | Yes |
| organizing files & photos expert report | | Ian Wren | | 03/16/2022 | 5:43:43 P | 03/16/2022 | 7:43:43 P | 2:00:00 | 2.000 | Yes |
| expert report & photos | | Ian Wren | | 03/17/2022 | 8:20:15 A | 03/17/2022 | 3:59:56 P | 7:39:41 | 7.661 | Yes |
| expert report & photos | | Ian Wren | | 03/17/2022 | 4:57:43 P | 03/17/2022 | 5:50:37 P | 0:52:54 | 0.882 | Yes |
| expert report & photos | | Ian Wren | | 03/18/2022 | 5:37:34 A | 03/18/2022 | 10:59:53 A | 5:22:19 | 5.372 | Yes |
| expert report & photos | | Ian Wren | | 03/18/2022 | 11:29:14 A | 03/18/2022 | 12:50:28 P | 1:21:14 | 1.354 | Yes |
| expert report & photos | | Ian Wren | | 03/18/2022 | 3:03:32 P | 03/18/2022 | 3:21:59 P | 0:18:27 | 0.308 | Yes |
| expert report & photos | | Ian Wren | | 03/18/2022 | 3:42:22 P | 03/18/2022 | 5:17:17 P | 1:34:55 | 1.582 | Yes |

| Project/Time entry | Task | User | Tags | Start date | Start time | Stop date | Stop time | Time (h) | Time (decimal) | Billable |
|---|---|---|---|---|---|---|---|---|---|---|
| | expert report | Ian Wren | | 03/19/2022 | 4:00:54 A | 03/19/2022 | 5:35:43 A | 1:34:49 | 1.580 | Yes |
| | expert report | Ian Wren | | 03/19/2022 | 6:06:57 A | 03/19/2022 | 9:05:59 A | 2:59:02 | 2.984 | Yes |
| | expert report | Ian Wren | | 03/19/2022 | 10:15:57 A | 03/19/2022 | 12:32:12 P | 2:16:15 | 2.271 | Yes |
| | expert report | Ian Wren | | 03/20/2022 | 4:58:36 A | 03/20/2022 | 11:55:48 A | 6:57:12 | 6.953 | Yes |
| | expert report | Ian Wren | | 03/20/2022 | 12:50:46 P | 03/20/2022 | 3:31:14 P | 2:40:28 | 2.674 | Yes |
| | expert report | Ian Wren | | 03/21/2022 | 6:00:11 A | 03/21/2022 | 7:20:56 A | 1:20:45 | 1.346 | Yes |
| | call with ATA/ccka | Ian Wren | | 03/21/2022 | 9:26:36 A | 03/21/2022 | 10:06:47 A | 0:40:11 | 0.670 | Yes |
| | expert report | Ian Wren | | 03/21/2022 | 2:58:53 P | 03/21/2022 | 4:07:36 P | 1:08:43 | 1.145 | Yes |
| | call with ATA/ccka | Ian Wren | | 03/21/2022 | 4:07:41 P | 03/21/2022 | 4:33:41 P | 0:26:00 | 0.433 | Yes |
| | call with ATA/ccka | Ian Wren | | 03/21/2022 | 4:35:28 P | 03/21/2022 | 7:28:13 P | 2:52:45 | 2.879 | Yes |
| | call with ATA/ccka | Ian Wren | | 03/21/2022 | 7:30:13 P | 03/21/2022 | 7:42:29 P | 0:12:16 | 0.204 | Yes |
| | expert report | Ian Wren | | 03/21/2022 | 8:05:45 P | 03/22/2022 | 1:45:10 A | 5:39:25 | 5.657 | Yes |
| | expert report | Ian Wren | | 03/22/2022 | 8:14:29 A | 03/22/2022 | 9:13:16 A | 0:58:47 | 0.980 | Yes |
| | expert report | Ian Wren | | 03/22/2022 | 10:05:01 A | 03/22/2022 | 2:01:00 P | 3:55:59 | 3.933 | Yes |
| | expert report | Ian Wren | | 03/22/2022 | 3:04:11 P | 03/22/2022 | 5:28:14 P | 2:24:03 | 2.401 | Yes |
| | invoicing | Ian Wren | | 04/04/2022 | 11:18:20 A | 04/04/2022 | 11:52:17 A | 0:33:57 | 0.566 | Yes |
| | doc request review | Ian Wren | | 04/05/2022 | 4:26:00 A | 04/05/2022 | 6:26:00 A | 2:00:00 | 2.000 | Yes |
| | depo prep | Ian Wren | | 04/06/2022 | 8:26:37 A | 04/06/2022 | 11:55:55 A | 3:29:18 | 3.488 | Yes |
| | depo prep | Ian Wren | | 04/08/2022 | 1:48:22 P | 04/08/2022 | 5:23:22 P | 3:35:00 | 3.583 | Yes |
| | depo prep | Ian Wren | | 04/10/2022 | 4:03:48 A | 04/10/2022 | 7:22:28 A | 3:18:40 | 3.311 | Yes |
| | document review | Ian Wren | | 04/11/2022 | 3:51:35 A | 04/11/2022 | 10:00:19 A | 6:08:44 | 6.146 | Yes |
| | depo prep | Ian Wren | | 04/11/2022 | 11:27:54 A | 04/11/2022 | 2:00:02 P | 2:32:08 | 2.536 | Yes |
| | document review | Ian Wren | | 04/11/2022 | 4:04:03 P | 04/11/2022 | 4:29:47 P | 0:25:44 | 0.429 | Yes |
| | document review | Ian Wren | | 04/11/2022 | 7:09:00 P | 04/11/2022 | 8:16:10 P | 1:07:10 | 1.119 | Yes |
| | document review/depo prep | Ian Wren | | 04/12/2022 | 4:23:50 A | 04/12/2022 | 6:59:50 A | 2:36:00 | 2.600 | Yes |
| | sampling planning/calls with counsel | Ian Wren | | 04/18/2022 | 2:06:00 P | 04/18/2022 | 3:06:00 P | 1:00:00 | 1.000 | Yes |
| | sampling planning | Ian Wren | | 04/19/2022 | 10:32:00 P | 04/19/2022 | 11:00:00 P | 0:28:00 | 0.467 | Yes |
| | check in and sampling prep | Ian Wren | | 04/20/2022 | 8:21:39 A | 04/20/2022 | 9:41:39 A | 1:20:00 | 1.333 | Yes |
| | Sampling | Ian Wren | | 04/21/2022 | 5:18:00 A | 04/21/2022 | 4:03:00 P | 10:45:00 | 10.750 | Yes |
| | coordination on MEC data and deliverables | Ian Wren | | 04/27/2022 | 3:25:34 A | 04/27/2022 | 4:00:34 A | 0:35:00 | 0.583 | Yes |
| | supplemental report and data review, coordination with lab | Ian Wren | | 04/28/2022 | 6:14:36 A | 04/28/2022 | 6:58:56 A | 0:44:20 | 0.739 | Yes |
| | supplemental report and data review, graphics | Ian Wren | | 04/28/2022 | 8:56:36 A | 04/28/2022 | 10:48:36 A | 1:52:00 | 1.867 | Yes |
| | supplemental report and data review, graphics | Ian Wren | | 04/28/2022 | 12:10:00 P | 04/28/2022 | 12:42:07 P | 0:32:07 | 0.535 | Yes |
| | supplemental report and data review, graphics | Ian Wren | | 04/28/2022 | 1:33:01 P | 04/28/2022 | 4:10:47 P | 2:37:46 | 2.629 | Yes |
| | supplemental report and data review, graphics | Ian Wren | | 04/28/2022 | 5:38:00 P | 04/28/2022 | 8:13:40 P | 2:35:40 | 2.594 | Yes |
| | supplemental report and data review, graphics | Ian Wren | | 04/29/2022 | 5:03:00 A | 04/29/2022 | 9:34:23 A | 4:31:23 | 4.523 | Yes |
| | supplemental report and data review, graphics | Ian Wren | | 05/02/2022 | 11:44:09 A | 05/02/2022 | 4:35:26 P | 4:51:17 | 4.855 | Yes |
| | supplemental report and data review, graphics | Ian Wren | | 05/02/2022 | 5:08:36 P | 05/02/2022 | 5:31:00 P | 0:22:24 | 0.373 | Yes |
| | depo prep | Ian Wren | | 05/10/2022 | 4:32:26 A | 05/10/2022 | 7:20:00 A | 2:47:34 | 2.793 | Yes |
| | invoicing | Ian Wren | | 05/11/2022 | 5:08:54 A | 05/11/2022 | 6:24:08 A | 1:15:14 | 1.254 | Yes |
| | Review OC expert report | Ian Wren | | 05/24/2022 | 6:03:08 A | 05/24/2022 | 8:23:00 A | 2:19:52 | 2.331 | Yes |
| | expert report review | Ian Wren | | 05/27/2022 | 10:09:05 A | 05/27/2022 | 11:09:05 A | 1:00:00 | 1.000 | Yes |
| | rebuttal report | Ian Wren | | 05/30/2022 | 1:47:00 P | 05/30/2022 | 5:33:10 P | 3:46:10 | 3.769 | Yes |
| | rebuttal report | Ian Wren | | 05/31/2022 | 11:37:44 A | 05/31/2022 | 2:34:25 P | 2:56:41 | 2.945 | Yes |
| | rebuttal report | Ian Wren | | 05/31/2022 | 2:55:00 P | 05/31/2022 | 3:19:02 P | 0:24:02 | 0.401 | Yes |
| | rebuttal report | Ian Wren | | 05/31/2022 | 3:40:06 P | 05/31/2022 | 5:32:06 P | 1:52:00 | 1.867 | Yes |
| | rebuttal report | Ian Wren | | 05/31/2022 | 7:04:15 P | 05/31/2022 | 11:06:26 P | 4:02:11 | 4.036 | Yes |
| | rebuttal report | Ian Wren | | 06/01/2022 | 6:04:00 A | 06/01/2022 | 6:55:43 A | 0:51:43 | 0.862 | Yes |
| | rebuttal report | Ian Wren | | 06/01/2022 | 9:20:37 A | 06/01/2022 | 11:29:02 A | 2:08:25 | 2.140 | Yes |
| | rebuttal report | Ian Wren | | 06/01/2022 | 1:43:54 P | 06/01/2022 | 2:24:56 P | 0:41:02 | 0.684 | Yes |
| | rebuttal report | Ian Wren | | 06/02/2022 | 5:38:33 A | 06/02/2022 | 6:10:33 A | 0:32:00 | 0.533 | Yes |
| | call with JF | Ian Wren | | 06/02/2022 | 2:46:43 P | 06/02/2022 | 4:23:40 P | 1:36:57 | 1.616 | Yes |
| | MEC material review from disclosures | Ian Wren | | 06/12/2022 | 3:44:00 P | 06/12/2022 | 4:44:00 P | 1:00:00 | 1.000 | Yes |
| | MEC call | Ian Wren | | 06/13/2022 | 9:00:58 A | 06/13/2022 | 9:30:58 A | 0:30:00 | 0.500 | Yes |

| Project/Time entry | Task | User | Tags | Start date | Start time | Stop date | Stop time | Time (h) | Time (decimal) | Billable |
|---|---|---|---|---|---|---|---|---|---|---|
| | Review CWA rulings | Ian Wren | | 06/17/2022 | 6:08:54 A | 06/17/2022 | 7:14:28 A | 1:05:34 | 1.093 | Yes |
| | call with counsel | Ian Wren | | 06/21/2022 | 11:14:31 A | 06/21/2022 | 11:49:31 A | 0:35:00 | 0.583 | Yes |
| | rebuttal report | Ian Wren | | 06/27/2022 | 5:30:17 A | 06/27/2022 | 8:15:52 A | 2:45:35 | 2.760 | Yes |
| | rebuttal report | Ian Wren | | 06/27/2022 | 11:12:30 A | 06/27/2022 | 1:45:35 P | 2:33:05 | 2.551 | Yes |
| | rebuttal report | Ian Wren | | 06/27/2022 | 3:20:00 P | 06/27/2022 | 4:40:20 P | 1:20:20 | 1.339 | Yes |
| | rebuttal report | Ian Wren | | 06/28/2022 | 5:02:25 A | 06/28/2022 | 6:48:29 A | 1:46:04 | 1.768 | Yes |
| | rebuttal report | Ian Wren | | 06/28/2022 | 9:22:01 A | 06/28/2022 | 11:24:57 A | 2:02:56 | 2.049 | Yes |
| | rebuttal report | Ian Wren | | 06/28/2022 | 12:32:00 P | 06/28/2022 | 2:50:48 P | 2:18:48 | 2.313 | Yes |
| | rebuttal report | Ian Wren | | 06/28/2022 | 7:12:00 P | 06/28/2022 | 10:03:20 P | 2:51:20 | 2.856 | Yes |
| | rebuttal report | Ian Wren | | 06/29/2022 | 5:25:47 A | 06/29/2022 | 6:55:07 A | 1:29:20 | 1.489 | Yes |
| | rebuttal report | Ian Wren | | 06/29/2022 | 9:28:24 A | 06/29/2022 | 1:49:27 P | 4:21:03 | 4.351 | Yes |
| | rebuttal report | Ian Wren | | 06/29/2022 | 10:15:45 A | 06/29/2022 | 11:29:13 A | 1:13:28 | 1.224 | Yes |
| | Call with Jason and drev | Ian Wren | | 06/30/2022 | 1:07:44 P | 06/30/2022 | 2:48:00 P | 1:40:16 | 1.671 | Yes |
| | rebuttal report | Ian Wren | | 06/30/2022 | 4:21:42 P | 06/30/2022 | 5:46:20 P | 1:24:38 | 1.411 | Yes |
| | rebuttal report | Ian Wren | | 07/01/2022 | 4:44:25 A | 07/01/2022 | 5:38:31 A | 0:54:06 | 0.902 | Yes |
| | rebuttal report | Ian Wren | | 07/06/2022 | 8:27:41 A | 07/06/2022 | 9:43:53 A | 1:16:12 | 1.270 | Yes |
| | rebuttal report | Ian Wren | | 07/06/2022 | 10:14:42 A | 07/06/2022 | 12:31:59 P | 2:17:17 | 2.288 | Yes |
| | rebuttal report | Ian Wren | | 07/07/2022 | 5:31:03 A | 07/07/2022 | 7:05:16 A | 1:34:13 | 1.570 | Yes |
| | rebuttal report | Ian Wren | | 07/07/2022 | 8:39:15 A | 07/07/2022 | 8:51:47 A | 0:12:32 | 0.209 | Yes |
| downloading emails and confirming all documents provi | to MEC | Ian Wren | | 07/17/2022 | 6:08:09 A | 07/17/2022 | 6:38:09 A | 0:30:00 | 0.500 | Yes |
| | deposition prep | Ian Wren | | 07/18/2022 | 5:02:21 A | 07/18/2022 | 7:02:32 A | 2:00:11 | 2.003 | Yes |
| | invoicing | Ian Wren | | 07/20/2022 | 6:29:04 A | 07/20/2022 | 6:50:43 A | 0:21:39 | 0.361 | Yes |
| | review and edit suggested BMPs | Ian Wren | | 09/23/2022 | 1:49:23 P | 09/23/2022 | 3:33:00 P | 1:43:37 | 1.727 | Yes |
| **CCKA - Murrieta Equestrian Center** | | | | | | | | **14:15:49** | **14.264** | |
| | Invoicing CCKA re: MEC | Ian Wren | | 12/08/2022 | 5:00:16 A | 12/08/2022 | 5:34:16 A | 0:34:00 | 0.567 | Yes |
| | Declaration | Ian Wren | | 12/13/2022 | 6:00:48 A | 12/13/2022 | 10:04:00 A | 4:03:12 | 4.053 | Yes |
| | Declaration | Ian Wren | | 12/14/2022 | 8:30:41 A | 12/14/2022 | 11:23:52 A | 2:53:11 | 2.886 | Yes |
| | Declaration | Ian Wren | | 12/14/2022 | 3:01:13 P | 12/14/2022 | 3:05:33 P | 0:04:20 | 0.072 | Yes |
| | Declaration | Ian Wren | | 12/14/2022 | 3:57:11 P | 12/14/2022 | 5:28:11 P | 1:31:00 | 1.517 | Yes |
| | Declaration | Ian Wren | | 12/15/2022 | 4:28:53 A | 12/15/2022 | 6:47:55 A | 2:19:02 | 2.317 | Yes |
| | Declaration graphic | Ian Wren | | 12/16/2022 | 5:01:00 A | 12/16/2022 | 6:50:00 A | 1:49:00 | 1.817 | Yes |
| | declaration edits | Ian Wren | | 12/16/2022 | 3:15:17 P | 12/16/2022 | 3:15:21 P | 0:00:04 | 0.001 | Yes |
| | declaration edits | Ian Wren | | 12/16/2022 | 10:11:42 P | 12/16/2022 | 11:13:42 P | 1:02:00 | 1.033 | Yes |
| **Total** | | | | | | | | **292:33:37** | **292.560** | |

Date 2025-04-02

| Project/Time entry | Task | User | Tags | Start date | Start time | Stop date | Stop time | Time (h) | Time (decimal) | Billable |
|---|---|---|---|---|---|---|---|---|---|---|
| **CCKA - Murrieta Equestrian Center** | | | | | | | | **13:37:50** | **13.631** | |
| Call with ATA and Tim Simpson | | Ian Wren | | 01/12/2024 | 11:44:09 A | 01/12/2024 | 2:05:39 P | 2:21:30 | 2.358 | Yes |
| Call with jason | | Ian Wren | | 03/05/2024 | 10:20:00 A | 03/05/2024 | 10:42:48 A | 0:22:48 | 0.380 | Yes |
| Call with jason | | Ian Wren | | 03/05/2024 | 2:33:00 P | 03/05/2024 | 3:01:00 P | 0:28:00 | 0.467 | Yes |
| Depo prep and travel to meet Drev | | Ian Wren | | 03/15/2024 | 8:39:00 A | 03/15/2024 | 11:25:32 A | 2:46:32 | 2.776 | Yes |
| Depo prep, travel, and Depo | | Ian Wren | | 03/18/2024 | 5:00:00 A | 03/18/2024 | 8:42:07 A | 3:42:07 | 3.702 | Yes |
| Depo and travel | | Ian Wren | | 03/18/2024 | 8:42:08 A | 03/18/2024 | 12:31:59 P | 3:49:51 | 3.831 | Yes |
| invoicing | | Ian Wren | | 04/16/2024 | 1:50:37 P | 04/16/2024 | 1:57:39 P | 0:07:02 | 0.117 | Yes |
| **Total** | | | | | | | | **13:37:50** | **13.631** | |