JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

**<u>Attorneys for Plaintiff</u>**
CALIFORNIA COASTKEEPER ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, a California Corporation; CAROL ANDERSON WARD, an individual; CAROL ANDERSON WARD, as trustee of the Carol Anderson Ward Trust dated February 6, 2002,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01703-SCR<br><br>**DECLARATION OF HARRISON BECK IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS**<br><br>Hearing Date: June 12, 2025<br>Time: 10:00 AM<br>Courtroom: 27, 8th Floor<br>Hon. Sean Riordan |

I, Harrison Beck, declare:

1. I am more than eighteen years old and am competent to testify as to the matters set forth herein.

2. I am an attorney licensed to practice law in the State of California. I am an associate attorney with Aqua Terra Aeris ("ATA") Law Group, representing California Coastkeeper Alliance ("Plaintiff") in the above referenced action.

3. I make this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs, filed herewith. The facts set forth in this declaration are based on my personal knowledge, unless otherwise stated; if called to testify as a witness, I could and would competently testify thereto under oath.

**I.  BIOGRAPHICAL INFORMATION**

4. In 2016, I graduated from Macalester College in St. Paul, Minnesota with degrees in Environmental Studies and Political Science.

5. In 2021, I graduated magna cum laude from Lewis & Clark Law School with a certificate in Environmental and Natural Resources Law.

6. I was admitted to practice law in the state of California in December 2021. I have also been admitted to practice in the U.S. District Court for the Eastern District of California and the U.S. Court of Appeals for the D.C. Circuit.

7. I started working with ATA as an attorney in September 2023.

8. Prior to working with ATA, I was an attorney with the Sierra Club for two years.

9. With ATA, my practice focuses on public interest environmental law matters under both state and federal jurisdictions. I work on a variety of issues, including matters involving federal laws such as the Clean Water Act, the Clean Air Act, and the Resource Conservation and Recovery Act ("RCRA"). On the state side, my practice includes matters involving the California Environmental Quality Act ("CEQA") as well as other California-specific environmental laws.

10. My 2025 rate for attorney work in the Eastern District of California is $345 per hour. Given my experience, skill, and reputation, my rates requested herein are reasonable.

11.     Indeed, in July 2024, in *Ecological Rights Foundation et al. v. Hot Line Construction, Inc.* (5:20-cv-01108-AB-kk), the Central District of California recently found that a rate of $525 per hour was reasonable for my services. Even when compared to the relatively lower rates more common in the Eastern District of California, this rate reflects the reasonableness of the $345 hourly rate offered herein.

**II.    TASKS PERFORMED AND HOURS INCURRED IN THIS CASE**

12.     My main contribution towards this litigation related to Plaintiff's claim of alter ego liability as to Carol Anderson Ward. In January 2024, I researched the pleading requirements for alter ego liability and piercing the corporate veil in California and the requirements for joining alter ego parties. And I prepared a memorandum on this topic for use in this case.

13.     I also prepared a deposition subpoena for Carol Anderson Ward and prepared a set of Requests for Admission regarding Ms. Ward.

14.     In April 2024, I also helped to amend the citations in Plaintiff's Motion for Summary Judgment to account for the Bates numbering.

15.     And in March 2025, I helped with the preparation of this fee motion.

16.     Attached hereto as **Exhibit 1** is a true and correct copy of my chronological time records that document the time that I spent on this case. I personally and contemporaneously kept these records using computer timekeeping software and amended them for clarity documenting the hours I worked on this case for which I am seeking to recover an attorney's fee award.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the Ninth of April 2025 in San Francisco, California.

*Harrison Beck*
Harrison Beck

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 9/25/2023 | CCKA | Murieta Equestrian Center | Harrison Beck | Researching contact info for various events and preparing email to J. Flanders | 1.0 | $345.00 | $0.00 | $345.00 | 1 |
| 9/25/2023 | CCKA | Murieta Equestrian Center | Harrison Beck | Finding third-party subpoenas on shared files. | 0.9 | $345.00 | $0.00 | $310.50 | 0.9 |
| 9/25/2023 | CCKA | Murieta Equestrian Center | Harrison Beck | Prepping email to J. Flanders w/ third-party subpoenas | 0.3 | $345.00 | $103.50 | $0.00 | 0 |
| 9/25/2023 | CCKA | Murieta Equestrian Center | Harrison Beck | Reviewing J. Flanders email and preparing notes template | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 1/5/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Researching pleading requirements for alter ego liability in California | 1.8 | $345.00 | $621.00 | $0.00 | 0 |
| 1/8/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Researching procedural requirements for pleading alter ego liability in California | 2.7 | $345.00 | $931.50 | $0.00 | 0 |
| 1/8/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Researching need for joinder; researching need for separate notice; researching pleading requirements for piercing corporate veil | 2.7 | $345.00 | $931.50 | $0.00 | 0 |
| 1/8/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Drafting email to J. Flanders explaining findings re: research on procedural requirements for pleading alter ego liability in California | 0.9 | $345.00 | $310.50 | $0.00 | 0 |
| 1/8/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Drafting memo re: need for joinder, need for separate notice, piercing corporate veil procedure, pleading requirements for piercing corporate veil; sending to J. Flanders; uploading to file | 0.9 | $345.00 | $310.50 | $0.00 | 0 |
| 1/8/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Call w/ J. Flanders re: scope of research for piercing corporate veil memo | 0.3 | $345.00 | $103.50 | $0.00 | 0 |

**EXHIBIT 1**

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 1/9/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Drafting Carol Anderson Ward deposition subpoena | 0.5 | $345.00 | $172.50 | $0.00 | 0 |
| 1/9/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Editing veil piercing memo | 0.3 | $345.00 | $103.50 | $0.00 | 0 |
| 1/10/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Editing Carol Anderson Ward subpoena (to include date and time); preparing attachment A thereto. | 0.9 | $345.00 | $310.50 | $0.00 | 0 |
| 1/24/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Call w/ TB about piercing corporate veil, need for expert analysis; sending TB memo | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 2/9/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Preparing set two of requests for admission re: Carol Anderson Ward | 1.1 | $345.00 | $379.50 | $0.00 | 0 |
| 2/9/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Updating requests for admission set 2 per call w/ J. Flanders | 0.3 | $345.00 | $103.50 | $0.00 | 0 |
| 2/9/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Call w/ J. Flanders re: requests for admission set 2 | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 2/13/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Email to J. Flanders to ask if more is needed on my end re: the requests for admission | 0.1 | $345.00 | $34.50 | $0.00 | 0 |
| 4/9/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Calls w. J Flanders re: assignment to amend bates numbering citations | 0.1 | $345.00 | $0.00 | $34.50 | 0.1 |
| 4/9/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Amend citations in Motion for Summary Judgment to bates numbered citations and cite-check cites. | 2.0 | $218.00 | $436.00 | $0.00 | 0 |

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 4/10/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Call w/ J. Flanders re: amending citations | 0.1 | $218.00 | $21.80 | $0.00 | 0 |
| 4/10/2024 | CCKA | Murieta Equestrian Center | Harrison Beck | Amend citations in Motion for Summary Judgment to account for Bates numbering and cite checking; ask E. Bustos to address issues with Bates-numbering for Exhibits AAA, BBB, and CCC. | 1.9 | $218.00 | $414.20 | $0.00 | 0 |
| | | | | **Totals** | **19.1** | | **$5,357.00** | **$724.50** | **2.1** |