JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street
Sacramento, CA 95814
Telephone: (415) 606-0864

**Attorneys for Plaintiff**
CALIFORNIA COASTKEEPER ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>COSUMNES CORPORATION, dba MURIETA EQUESTRIAN CENTER,<br><br>Defendant. | Case No. 2:20-cv-01703-SCR<br><br>**DECLARATION OF LAUREN CHASE MARSHALL IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS**<br><br>Hearing Date: June 12, 2025<br>Time: 10:00 AM<br>Courtroom: 27, 8th Floor<br>Hon. Sean Riordan |

1

DECL. OF LAUREN MARSHALL ISO PLAINTIFF'S MOTION FOR INTERIM AWARD OF FEES AND COSTS
Case No. 2:20-cv-01703-SCR

I, Lauren Chase Marshall, declare:

1. I am more than eighteen years old and am competent to testify as to the matters set forth herein.

2. I am an attorney licensed to practice law in the State of California. I am a senior staff attorney with California Coastkeeper Alliance ("CCKA" or "Plaintiff"), Plaintiff in the above-referenced action.

3. I make this Declaration in support of Plaintiff's Interim Motion for Attorneys' Fees and Costs, filed herewith. The facts set forth in this declaration are based on my personal knowledge, unless otherwise stated; if called to testify as a witness, I could and would competently testify thereto under oath.

**I. BIOGRAPHICAL INFORMATION**

4. I am a 2018 graduate, with honors, of the University of Texas at Austin School of Law.

5. I was admitted to practice law in the State of California in December 2018. I have been admitted to practice in the U.S. District Court for the Southern District of California, the U.S. District Court for the Central District of California, and the U.S. District Court for the Eastern District of California.

6. I am a senior staff attorney at CCKA. Prior to that, I was employed at Orange County Coastkeeper as a staff attorney and, later, senior staff attorney from September 2020-January 2024. Prior to that, I was employed at Rutan & Tucker, LLP as an associate from September 2018-August 2020.

7. Since September 2020, my practice has been focused exclusively on public interest environmental law. I work on a variety of issues including cases involving the Clean Water Act, the Endangered Species Act, the National Environmental Policy Act, and the Freedom of Information Act. I also participate in administrative processes involving water quality and public access at the federal, state, and local levels. My litigation experience encompasses all aspects of

environmental litigation practice, including case development, motion practice, discovery, trial, and appellate work.

8. Environmental cases in which I appear[ed] as counsel of record and participate[d] actively include, but are not limited to: *San Luis Obispo Coastkeeper, et al v. County of San Luis Obispo* U.S. Dist. Ct. C.D. Cal. Case No. 2:24-cv-06854-SPG-AG; *Los Angeles Waterkeeper v. Stericycle, Inc.* U.S. Dist. Ct. C.D. Cal. Case No. 2:24-cv-10578-E; *Los Angeles Waterkeeper v. Bender CCP, Inc.* U.S. Dist. Ct. C.D. Cal. Case No. 2:24-cv-06822-AH-SK; *Orange County Coastkeeper v. United States Army Corps of Engineers, et al.* U.S. Dist. Ct., C.D. Cal. Case No. 8:23-cv-00507-DOC-JDE; *Orange County Coastkeeper v. United States Coast Guard* U.S. Dist. Ct., C.D. Cal. Case No. 8:22-cv-00870-CJC-DFM; *Orange County Coastkeeper v. Hixson Metal Finishing, et al.* U.S. Dist. Ct., C.D. Cal. Case No. 8:22-cv-00932-JVS-DFM; *Inland Empire Waterkeeper, et al. v. PreZero US, Inc., et al.* U.S. Dist. Ct., C.D. Cal. Case No. 8:21-cv-01001-JLS-JDE; *Inland Empire Waterkeeper, et al. v. CMC Steel Fabricators, Inc., et al.* U.S. Dist. Ct., C.D. Cal. Case No. 8:21-cv-00236-JVS-KES; *Orange County Coastkeeper v. R.J. Noble Co., et al.* U.S. Dist. Ct., C.D. Cal. Case No. 8:21-cv-01233-FWS-DFM; *Inland Empire Waterkeeper, et al. v. Columbia Steel, Inc., et al.* U.S. Dist. Ct., C.D. Cal. Case No. 8:20-cv-01062-FLA-ADS; *Orange County Coastkeeper v. Ware Disposal, Inc.* U.S. Dist. Ct., C.D. Cal. Case No. 8:20-cv-01565-FLA-ADS; and *Inland Empire Waterkeeper v. Corona Clay Co.* U.S. Dist. Ct., C.D. Cal. Case No. 8:18-cv-00333-DOC-DFM.

9. I have been a panelist at events and workshops, including on continuing legal education panels, hosted by organizations including California Coastkeeper Alliance, the California Stormwater Quality Association, and the Southern California Stormwater Monitoring Coalition.

10. My 2025 rate for attorney work in the Eastern District of California is $520 per hour. Given my experience, skill, and reputation, my rates requested herein are reasonable.

11. In January 2024, in *Inland Empire Waterkeeper v. Corona Clay Co.* (8:18-cv-00333-DOC-DFM), the Central District of California recently found that a rate of $595 per hour was

reasonable for my services. Even when compared to the relatively lower rates more common in the Eastern District of California, this rate reflects the reasonableness of the $520 hourly rate offered herein.

12. In setting the above rate, Mr. Hunt and Mr. Flanders relied on their extensive knowledge of prevailing hourly rates in the Eastern District of California legal market and other legal markets throughout California. In setting my hourly rates, Mr. Hunt and Mr. Flanders reviewed market data and recent attorney fee awards in cases involving complex civil litigation in the U.S. District Court for the Eastern District of California.

## II. TASKS PERFORMED AND HOURS INCURRED IN THIS CASE

13. My involvement in this case began in 2024, shortly after I joined CCKA.

14. In March 2024, I assisted with the preparation of Plaintiff's Motion in Limine to Exclude the Expert Testimony of Timothy Swickard. As a part of this, I reviewed Plaintiff's and Defendant's experts' reports.

15. In March-June 2024, I conducted factual and legal research and analysis for and assisted with drafting Plaintiff's Phase II Motion for Summary Judgment and Reply. I also assisted with drafting Plaintiff's Statements of Undisputed Facts (SUF) in support of Plaintiff's Phase II Motion for Summary Judgment.

16. In March 2024, I began to research legal issues associated with Plaintiff's Motion for Leave to File a Third Amended Complaint, including research into the alter ego theory, the responsible corporate officer doctrine, and joinder procedures. I also assisted with drafting Plaintiff's Third Amended Complaint.

17. In April 2024, as part of Plaintiff's preparation for its Third Amended Complaint and with reference to the Sacramento County Assessor's website, I researched various recorded documents concerning the real property underlying the MEC Facility.

18. In June 2024, I conducted research into and summarized various insurance-related issues.

19. In November 2024, I conducted additional legal research into issues associated with Plaintiff's Third Amended Complaint.

20. Attached hereto as **Exhibit 1** is a true and correct copy of my chronological time records that document the time that I spent on this case. I personally and contemporaneously kept these records using computer timekeeping software and amended them for clarity documenting the hours I worked on this case for which I am seeking to recover an attorney's fee award.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 15th of April 2025 in Santa Ana, California.

_____
Lauren Chase Marshall

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 3/11/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Attend virtual meet and confer with Attorneys J. Flanders, T. Brett, D. Hunt, S. Fried, and J. Patterson in connection with ongoing discovery dispute concerning the Phase II deposition of Ian Wren. | 0.7 | $520.00 | $0.00 | $364.00 | 0.7 |
| 3/12/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review and revise Motion in Limine to exclude Defendant's expert T. Swickard. | 1.0 | $520.00 | $520.00 | $0.00 | 0 |
| 3/13/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review and revise Motion in Limine to exclude expert testimony of Mr. Swickard (2.7); review Mr. Swickard's Expert Report in connection with the same (0.7); review expert report of Plaintiff's expert Ian Wren in connection with the same (0.5). | 3.9 | $520.00 | $2,028.00 | $0.00 | 0 |
| 3/15/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review and revise MIL to exclude testimony of defense expert T. Swickard (1.3); email with attorneys J. Flanders, T. Brett, and D. Hunt regarding the same (0.2). | 1.5 | $520.00 | $780.00 | $0.00 | 0 |
| 3/20/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Meeting with Attorneys T. Brett, J. Flanders, and D. Hunt to discuss outstanding discovery needs, [redacted], and forthcoming motions. | 1.3 | $520.00 | $0.00 | $676.00 | 1.3 |
| 3/20/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review draft Motion for Summary Judgment - Phase II. | 1.0 | $520.00 | $520.00 | $0.00 | 0 |
| 3/29/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Attend and meet and confer with Attorneys T. Brett, J. Flanders, D. Hunt, S. Friend, and J. Patterson regarding Plaintiff's forthcoming motion for leave to file Third Amended Complaint, potential settlement discussions, and requested extension of rebuttal expert deadline. | 0.9 | $520.00 | $0.00 | $468.00 | 0.9 |
| 3/29/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Email with Attorneys D. Hunt and J. Flanders regarding addition of Trustee/Trust as Defendant and how to do so; review Federal Rule of Civil Procedure and prior filings in connection with confirmation of proper procedures for the same. | 0.4 | $520.00 | $208.00 | $0.00 | 0 |
| 3/29/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Discussion with Attorneys D. Hunt, T. Brett, and J. Flanders regarding outstanding tasks and research needs for forthcoming Motion Seeking Leave to File Third Amended Complaint. | 0.5 | $520.00 | $260.00 | $0.00 | 0 |
| 3/29/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Draft Proposed Third Amended Complaint. | 1.2 | $520.00 | $624.00 | $0.00 | 0 |

EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 3/31/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Draft, review, and revise proposed Third Amended Complaint; review research and notes on RCO doctrine, alter ego theory, and trust liability in connection with the same. | 1.1 | $520.00 | $572.00 | $0.00 | 0 |
| 4/1/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Correspond with Attorneys D. Hunt, J. Flanders, and T. Brett regarding bankruptcy concerns. | 0.2 | $520.00 | $0.00 | $104.00 | 0.2 |
| 4/1/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Research Federal Rule of Civil Procedure governing joinder and discuss via email potential inclusion of the same in forthcoming motion seeking leave to amend complaint with Attorneys D. Hunt, J. Flanders, and T. Brett. | 0.8 | $520.00 | $416.00 | $0.00 | 0 |
| 4/1/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Research compulsory versus permissive joinder in connection with forthcoming Motion Seeking Leave to File Third Amended Complaint to name additional defendants. | 0.4 | $520.00 | $208.00 | $0.00 | 0 |
| 4/2/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review emails with Attorneys D. Hunt, T. Brett, and J. Flanders regarding Defendant's rebuttal expert report, applicability of the same as related to forthcoming motion seeking leave to amend complaint, and documents identified in report but not disclosed as part of ongoing discovery. | 0.1 | $520.00 | $52.00 | $0.00 | 0 |
| 4/3/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review emails with Attorneys D. Hunt, T. Brett, and J. Flanders regarding potential inclusion of joinder argument in forthcoming Motion; email regarding availability for potential additional research needs in connection with the same. | 0.1 | $520.00 | $52.00 | $0.00 | 0 |
| 4/4/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review cases cited in Rapanos regarding indirect discharge rationale and/or point source rationale; summarize the same; correspond with Attorneys J. Flanders, D. Hunt, and T. Brett regarding the same all in connection with forthcoming Motion for Summary Judgment, Phase II. | 7.3 | $520.00 | $0.00 | $3,796.00 | 7.3 |
| 4/5/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Correspond with Attorney D. Hunt regarding [REDACTED] in connection with Phase II Motion for Summary Judgment. | 0.3 | $520.00 | $156.00 | $0.00 | 0 |
| 4/9/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review and revise SUF in connection with forthcoming Phase II Motion for Summary Judgment. | 0.9 | $520.00 | $0.00 | $468.00 | 0.9 |
| 4/13/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review and revise MIL to exclude Swickard testimony. | 1.0 | $520.00 | $520.00 | $0.00 | 0 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 4/15/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review and revise MIL regarding Swickard testimony. | 1.3 | $520.00 | $676.00 | $0.00 | 0 |
| 4/19/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Pull recording numbers for documents [199912090851, 200005230850, 200509212319]. | 0.1 | $218.00 | $0.00 | $21.80 | 0.1 |
| 4/19/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Phone call with Attorney T. Brett regarding final revisions to Motion in Limine to exclude T. Swickard expert testimony. | 0.1 | $520.00 | $52.00 | $0.00 | 0 |
| 4/23/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Phone call with Sacramento recorder's office to order Grant Deed copies. | 0.3 | $218.00 | $65.40 | $0.00 | 0 |
| 4/24/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Sacramento County Recorder: copies of recorded Grant Deed for real property underlying facility in connection with ongoing investigation into Trust. | 1.0 | $218.00 | $218.00 | $0.00 | 0 |
| 4/24/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review correspondence regarding Motion for Summary Judgment opposition and hearing schedule. | 0.1 | $520.00 | $52.00 | $0.00 | 0 |
| 4/30/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Correspond with co-counsel regarding opp extension request for MIL. | 0.1 | $520.00 | $52.00 | $0.00 | 0 |
| 5/2/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Coordinate with legal intern Abby Dodd regarding drafting Notice of Appearance and local procedures for the same. | 0.4 | $520.00 | $0.00 | $208.00 | 0.4 |
| 5/13/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Finalize and file Notice of Appearance. | 0.5 | $520.00 | $0.00 | $260.00 | 0.5 |
| 6/10/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review Defendant's opposition to Phase II Motion for Summary Judgment. | 0.3 | $520.00 | $156.00 | $0.00 | 0 |

# EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 6/11/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review opposition to Phase II Motion for Summary Judgment (0.3); virtual meeting with Attorneys D. Hunt, T. Brett, and J. Flanders to strategize and allocate tasks for reply in response to the same (1.1). | 1.4 | $520.00 | $728.00 | $0.00 | 0 |
| 6/12/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Draft Phase II Motion for Summary Judgment regarding NPDES permit coverage and MS4 permitting theory. | 1.7 | $520.00 | $884.00 | $0.00 | 0 |
| 6/13/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Draft reply to Phase II Motion for Summary Judgment. | 1.5 | $520.00 | $780.00 | $0.00 | 0 |
| 6/14/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Draft reply to Murieta Equestrian Center's opposition to Phase II Motion for Summary Judgment; review Rancho Murieta Community Services District SWMP in connection with the same; correspond with attorneys J. Flanders, D. Hunt, and T. Brett regarding the same. | 6.0 | $520.00 | $0.00 | $3,120.00 | 6 |
| 6/17/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review edits to Phase II Motion for Summary Judgment reply section regarding Small MS4 permit and fill in citations to the same. | 0.5 | $520.00 | $260.00 | $0.00 | 0 |
| 6/17/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Email with Attorneys D. Hunt, J. Flanders, and T. Brett regarding Phase II MS4 permit SWMP requirements. | 0.2 | $520.00 | $104.00 | $0.00 | 0 |
| 6/17/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review Defendant's opposition to Motion in Limine. | 0.2 | $520.00 | $104.00 | $0.00 | 0 |
| 6/26/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Conference call with Attorneys D. Hunt, S. Bothwell, and J. Flanders regarding next steps in light of recent hearing rescheduling and forthcoming judicial reassignment. | 1.0 | $520.00 | $0.00 | $520.00 | 1 |
| 8/6/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review correspondence and court notification regarding judicial reassignment. | 0.1 | $520.00 | $52.00 | $0.00 | 0 |
| 8/27/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review minute order and correspondence regarding hearing scheduling and supplemental briefing. | 0.1 | $520.00 | $52.00 | $0.00 | 0 |

EXHIBIT 1

| Date | Client | Matter | Staff | Description | Hours | Rate | Total | Billing Judgment Fee Reduction | Billing Judgment Time Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | Review proposed injunctive relief requests and submit proposed revisions to the same (via email with Attorneys J. Flanders, D. Hunt). | 0.3 | $520.00 | $156.00 | $0.00 | 0 |
| 6/3/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | | 4.3 | $520.00 | $2,236.00 | $0.00 | 0 |
| 6/4/2024 | CCKA | Murieta Equestrian Center | Lauren Marshall | | 0.2 | $520.00 | $104.00 | $0.00 | 0 |
| | | | | Totals | 46.3 | | $13,647.40 | $10,005.80 | 19.3 |