**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
  E-Mail: Glenn.Friedman@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105-2256
Telephone: 415.362.2580
Facsimile:  415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
JAY C. PATTERSON, SB# 238829
  E-Mail: Jay.Patterson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile:  916.564.5444

**OLSSON FRANK WEEDA TERMAN MATZ PC**
STEWART D. FRIED, (Pro Hac Vice)
E-Mail: sfried@ofwlaw.com
2000 Pennsylvania Avenue NW, Suite 4003
Washington DC 20006
Telephone: 202.518.6326

Attorneys for Defendant,
COSUMNES CORPORATION dba
MURIETA EQUESTRIAN CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COSUMNES CORPORATION dba<br>MURIETA EQUESTRIAN CENTER,<br><br>    Defendant. | Case No. 2:20-cv-01703-SCR<br><br>**JOINT STIPULATION FOR EXTENSION OF DEADLINES FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND FOR CLEAN WATER ACT PENALTIES AND [PROPOSED] ORDER** |

/ / /

/ / /

/ / /

/ / /

161105209.1

1

1  WHEREAS, Plaintiff's fee petition has been filed, fully briefed, and argued;

2  WHEREAS, this Court's Scheduling Order (ECF No. 186), dated February 27, 2025,
3  requires the parties to file any motions for summary judgment as to Carol Anderson Ward and
4  Plaintiff's opening brief related to Clean Water Act penalties by August 11, 2025;

5  WHEREAS, the Parties have been in active negotiations toward a partial settlement and have
6  reached substantial agreement on the settlement components;

7  WHEREAS, the Parties believe that at this time their time and energy would be better
8  utilized by finalizing settlement negotiations rather than engaging in additional motion practice; and

9  WHEREAS, the Parties respectfully request that the Court refrain from issuing an Order on
10 Plaintiff's fee petition before September 5, 2025;

11 NOW THEREFORE, the Parties stipulate to extend all briefing and submissions pertaining
12 to the Summary Judgment and Clean Water Act penalties motion practice and to stay proceedings
13 relating to the pending fee petition, all briefing and all submissions, until September 5, 2025.

14 DATED: August 5, 2025           LEWIS BRISBOIS BISGAARD & SMITH LLP

15                                  By:    /s/ *Jay C. Patterson*
16                                         GLENN A. FRIEDMAN
                                           JOSEPH A. SALAZAR JR.
17                                         JAY C. PATTERSON
                                           Attorneys for Defendant
18                                         COSUMNES CORPORATION dba
19                                         MURIETA EQUESTRIAN CENTER

20 DATED: August 5, 2025           OLSSON FRANK WEEDA TERMAN MATZ PC
21
22                                  By:    /s/ *Stewart D. Fried*
                                           STEWART D. FRIED
23                                         Attorneys for Defendant,
                                           COSUMNES CORPORATION dba
24                                         MURIETA EQUESTRIAN CENTER

25

26

27

28



161105209.1                         2
JOINT STIPULATION FOR EXTENSION OF DEADLINES FOR FILING MOTIONS FOR SUMMARY
JUDGMENT AND FOR CLEAN WATER ACT PENALTIES AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: August 5, 2025 | AQUA TERRA AERIS (ATA) LAW GROUP |
| 2 | | By: /s/ *Jason R. Flanders* |
| 3 | | ERICA A. MAHARG |
| | | JASON R. FLANDERS |
| 4 | | Attorneys for Plaintiff, |
| | | CALIFORNIA COASTKEEPER ALLIANCE |
| 5 | | |
| 6 | DATED: August 5, 2025 | CALIFORNIA COASTKEEPER ALLIANCE |
| 7 | | By: /s/ *Drevet J. Hunt* |
| 8 | | DREVET J. HUNT |
| | | Attorneys for Plaintiff, |
| 9 | | CALIFORNIA COASTKEEPER ALLIANCE |

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this eFiled document.

161105209.1

3

JOINT STIPULATION FOR EXTENSION OF DEADLINES FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND FOR CLEAN WATER ACT PENALTIES AND [PROPOSED] ORDER

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

**[~~PROPOSED~~] ORDER**

Based on the stipulation set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED that all briefing, motions and submissions shall be stayed until September 5, 2025.

IT IS SO ORDERED.

DATED: August 6, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

161105209.1

4

JOINT STIPULATION FOR EXTENSION OF DEADLINES FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND FOR CLEAN WATER ACT PENALTIES AND [PROPOSED] ORDER

**FEDERAL COURT PROOF OF SERVICE**
*California Coastkeeper Alliance v. Cosumnes Corporation dba Murieta Equestrian Center*
Case No. 2:20-cv-01703-TLN-DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **August 5, 2025**, I served the following document(s):

- **JOINT STIPULATION FOR EXTENSION OF DEADLINES FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND FOR CLEAN WATER ACT PENALTIES AND [PROPOSED] ORDER**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **August 5, 2025**, at Sacramento, California.

*/s/ Roxy A. Chipak*
Roxy A. Chipak

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

161105209.1

5

JOINT STIPULATION FOR EXTENSION OF DEADLINES FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND FOR CLEAN WATER ACT PENALTIES AND [PROPOSED] ORDER

# SERVICE LIST
*California Coastkeeper Alliance v. Cosumnes Corporation dba Murieta Equestrian Center*
Case No. 2:20-cv-01703-SCR

| | |
|---|---|
| Erica A. Maharg, Esq.<br>Jason R. Flanders, Esq.<br>AQUA TERRA AERIS (ATA) LAW GROUP<br>8 Rio Vista Avenue<br>Oakland, CA 94611 | **Attorneys for Plaintiff**<br>CALIFORNIA COASTKEEPER ALLIANCE<br><br>Tel: (Maharg): 510.473.8793<br>Tel: (Flanders): 916.202.3018<br>Tel: (Brett): 918.289.3353<br><br>eam@atalawgroup.com<br>jrf@atalawgroup.com<br>eb@atalawgroup.com |
| Drevet Hunt, Esq.<br>California Coastkeeper Alliance<br>1100 11th Street, 3rd Floor<br>Sacramento, CA 95814 | **Attorneys for Plaintiff,**<br><br>Tel: 415-606-0864<br>dhunt@cacoastkeeper.org |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

161105209.1

6

JOINT STIPULATION FOR EXTENSION OF DEADLINES FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND FOR CLEAN WATER ACT PENALTIES AND [PROPOSED] ORDER