1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
2 |    E-Mail: Glenn.Friedman@lewisbrisbois.com
45 Fremont Street, Suite 3000
3 | San Francisco, California 94105-2256
Telephone: 415.362.2580
4 | Facsimile: 415.434.0882

5 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
6 |    E-Mail: Joe.Salazar@lewisbrisbois.com
JAY C. PATTERSON, SB# 238829
7 |    E-Mail: Jay.Patterson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
8 | Sacramento, California 95833
Telephone: 916.564.5400
9 | Facsimile: 916.564.5444

10 | **OLSSON FRANK WEEDA TERMAN MATZ PC**
STEWART D. FRIED, (Pro Hac Vice)
11 | E-Mail: sfried@ofwlaw.com
2000 Pennsylvania Avenue NW, Suite 4003
12 | Washington DC 20006
Telephone: 202.518.6326

Attorneys for Defendant
COSUMNES CORPORATION dba
MURIETA EQUESTRIAN CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>COSUMNES CORPORATION dba<br>MURIETA EQUESTRIAN CENTER,<br><br>Defendant. | Case No. 2:20-cv-01703-SCR<br><br>**SECOND JOINT STIPULATION FOR EXTENSION OF DEADLINES FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND FOR CLEAN WATER ACT PENALTIES AND [~~PROPOSED~~] ORDER** |

/ / /

/ / /

/ / /

/ / /

1    WHEREAS, Plaintiff's fee petition has been filed, fully briefed, and argued;

2    WHEREAS, this Court's Scheduling Order (ECF No. 186), dated February 27, 2025,

3 requires the parties to file any motions for summary judgment as to Carol Anderson Ward and

4 Plaintiff's opening brief related to Clean Water Act penalties by August 11, 2025;

5    WHEREAS, the Parties have been in active negotiations toward a partial settlement and

6 have reached substantial agreement on the settlement components;

7    WHEREAS, the Parties believe that at this time their time and energy would be better

8 utilized by finalizing settlement negotiations rather than engaging in additional motion practice;

9 and

10    WHEREAS, the Parties respectfully request that the Court refrain from issuing an Order

11 on Plaintiff's fee petition before October 3, 2025;

12    NOW THEREFORE, the Parties stipulate to extend all briefing and submissions pertaining

13 to the Summary Judgment and Clean Water Act penalties motion practice and to stay proceedings

14 relating to the pending fee petition until **October 3, 2025**.

15    Any motion for summary judgment relating to the liability of Carol Anderson Ward and

16 Carol Anderson Ward as trustee of the Anderson Wart Trust shall be filed no later than **October 3,**

17 **2025**. Any response is due within 21 days of the filing of the motion, and any reply within 14 days

18 of the filing of the response.

19    Plaintiff's opening brief related to Clean Water Act penalties shall be filed no later

20 than **October 3, 2025**. Any response is due within 21 days of the filing of the motion, and any

21 reply within 14 days of the filing of the response.

22 DATED: August 28, 2025        LEWIS BRISBOIS BISGAARD & SMITH LLP

23                  By:    /s/ *Jay C. Patterson*
24                         GLENN A. FRIEDMAN
                           JOSEPH A. SALAZAR JR.
25                         JAY C. PATTERSON
                           Attorneys for Defendant
26                         COSUMNES CORPORATION dba
                           MURIETA EQUESTRIAN CENTER
27

28 DATED: August 28, 2025        OLSSON FRANK WEEDA TERMAN MATZ PC

162399251.1

2

SECOND JOINT STIPULATION FOR EXTENSION OF DEADLINES FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND FOR CLEAN WATER ACT PENALTIES AND [PROPOSED] ORDER

|     |                              |                                                                                                   |
| --- | ---------------------------- | ------------------------------------------------------------------------------------------------- |
|     |                              | By:  /s/ *Stewart D. Fried*<br>STEWART D. FRIED<br>Attorneys for Defendant<br>COSUMNES CORPORATION dba<br>MURIETA EQUESTRIAN CENTER |

DATED: August 28, 2025          AQUA TERRA AERIS (ATA) LAW GROUP

By:  /s/ *Jason R. Flanders*
ERICA A. MAHARG
JASON R. FLANDERS

Attorneys for Plaintiff
CALIFORNIA COASTKEEPER ALLIANCE

DATED: August 28, 2025          CALIFORNIA COASTKEEPER ALLIANCE

By:  /s/ *Drevet J. Hunt*
DREVET J. HUNT
Attorneys for Plaintiff
CALIFORNIA COASTKEEPER ALLIANCE

## **ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this eFiled document.

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

162399251.1

3

SECOND JOINT STIPULATION FOR EXTENSION OF DEADLINES FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND FOR CLEAN WATER ACT PENALTIES AND [PROPOSED] ORDER

**[~~PROPOSED~~] ORDER**

Based on the stipulation set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED:

Any ruling on Plaintiff's pending fee motion shall be stayed until **October 3, 2025**.

Any motion for summary judgment relating to the liability of Carol Anderson Ward and Carol Anderson Ward as trustee of the Anderson Ward Trust shall be filed no later than **October 3, 2025**. Any response is due within 21 days of the filing of the motion, and any reply within 14 days of the filing of the response.

Plaintiff's opening brief related to Clean Water Act penalties shall be filed no later than **October 3, 2025**. Any response is due within 21 days of the filing of the motion, and any reply within 14 days of the filing of the response.

IT IS SO ORDERED.

DATED: September 2, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE