JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

Attorneys for Plaintiff
*California Coastkeeper Alliance*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, a California Corporation; CAROL ANDERSON WARD, an individual; CAROL ANDERSON WARD, as trustee of the Carol Anderson Ward Trust dated February 6, 2002,<br><br>Defendants. | Case No. 2:20-cv-01703-SCR<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' Stipulated Order approved by the Court at ECF 212:

1. Plaintiff's cause of action for violation of the Resource Conservation and Recovery Act is dismissed without prejudice;
2. Defendants Carol Anderson Ward and the Carol Anderson Ward Trust, dated February 6, 2002, are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: October 30, 2025

Hon. Sean C. Riordan
United States District Court Magistrate Judge