JASON R. FLANDERS (Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (916) 202-3018

DREVET HUNT, SBN 240487
Email: dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (415) 606-0864

Attorneys for Plaintiff
*California Coastkeeper Alliance*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, <br><br> Plaintiff, <br><br> vs. <br><br> COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, a California Corporation, <br><br> Defendant. | Case No. 2:20-cv-01703-SCR <br><br> **[~~PROPOSED~~] JUDGMENT** |

**[~~PROPOSED~~] JUDGMENT**

This matter having come before the Court on Plaintiff's Complaint alleging violations of the Clean Water Act, 33 U.S.C. § 1251 et seq., and the Court having considered the pleadings, evidence, and applicable law, the Court hereby enters the following judgment in favor of Plaintiff California Coastkeeper Alliance:

1. Liability

The Court finds that Defendant Cosumnes Corporation d/b/a Murieta Equestrian Center has violated the Clean Water Act by operating as a Concentrated Animal Feeding Operation and discharging pollutants into waters of the United States without permit authorization under the National Pollutant Discharge Elimination System, as set forth more fully in the Court's summary judgment orders at ECF 99 and ECF 158.

2. Civil Penalty

Plaintiff's claims for civil penalties have been resolved by Stipulation and Order for payment towards an environmentally beneficial project in the Cosumnes River Watershed. ECF 212 ¶ 4(a).

3. Injunctive Relief

Defendant Cosumnes Corporation has submitted a Report of Waste Discharge to the Central Valley Regional Water Quality Control Board, and enrolled for permit coverage under California's Industrial General Stormwater Permit. Defendant's additional obligations regarding injunctive relief and reporting are set forth by Stipulation and Order at ECF 212 ¶¶ 4(b), 5.

4. Attorney's Fees and Costs

Plaintiff's claims for reasonable attorney's fees and costs incurred in this action have been partially resolved by Stipulation and Order at ECF 212 ¶ 1.

5. Retention of Jurisdiction

The Court retains jurisdiction to enforce the terms of this Judgment and to resolve any disputes arising under it or the Stipulation and Order at ECF 212.

////

////

IT IS SO ORDERED AND ADJUDGED.

DATED: October 30, 2025

_____
Hon. Sean C. Riordan
United States District Court Magistrate Judge