**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
 E-Mail: Glenn.Friedman@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 9405-2256
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
 E-Mail: Joe.Salazar@lewisbrisbois.com
JAY C. PATTERSON, SB# 238829
 E-Mail: Jay.Patterson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**OLSSON FRANK WEEDA TERMAN MATZ PC**
STEWART D. FRIED, (Pro Hac Vice)
E-Mail: sfried@ofwlaw.com
2000 Pennsylvania Avenue NW, Suite 4003
Washington DC 20006
Telephone: 202.518.6326

Attorneys for Defendants, COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, CAROL ANDERSON WARD and CAROL ANDERSON WARD, AS TRUSTEE OF THE CAROL ANDERSON WARD TRUST DATED FEBRUARY 6, 2002

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER,<br><br>Defendant. | Case No. 2:20-cv-01703-SCR<br><br>**JOINT STIPULATION AND ORDER TO MODIFY STIPULATION AND ORDER DATED OCTOBER 6, 2025 [DCKT 212]** |

/ / /

1    WHEREAS, the Parties have reached a preliminary agreement to resolve this dispute with
2 finality;

3    WHEREAS, the Parties are in the process of preparing revisions to the Stipulation and
4 Order for submission to the Court;

5    WHEREAS, Paragraph 1 of the Stipulation and Order (ECF 212) requires Defendant
6 Cosumnes Corporation to set aside funds in an escrow or similar account within 90 days of the
7 effective date of the Stipulation; and

8    WHEREAS, the Parties respectfully request an extension of time to set aside funds in an
9 escrow or similar account within 90 days of the effective date of the Stipulation until January 16,
10 2026;

11    NOW THEREFORE the Parties stipulate as follows:

12    Paragraph 1 of the Stipulation and Order (ECF 212) is hereby modified to extend the time
13 for Defendant Cosumnes Corporation to comply with the monetary requirements contained in that
14 paragraph until January 16, 2026.

15
16
17
18
19
20
21
22
23
24
25
26
27
28



169338508.1

2

JOINT MOTION TO MODIFY STIPULATION AND ORDER DATED OCTOBER 6, 2025 [DCKT 212]

| | | |
|---|---|---|
| DATED: January 5, 2026 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: /s/ *Jay C. Patterson*
GLENN A. FRIEDMAN
JOSEPH A. SALAZAR JR.
JAY C. PATTERSON
Attorneys for Defendants, COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, CAROL ANDERSON WARD and CAROL ANDERSON WARD, AS TRUSTEE OF THE CAROL ANDERSON WARD TRUST DATED FEBRUARY 6, 2002

DATED: January 5, 2026         AQUA TERRA AERIS (ATA) LAW GROUP

By: /s/ *Jason R. Flanders*
ERICA A. MAHARG
JASON R. FLANDER
Attorneys for Plaintiff
CALIFORNIA COASTKEEPER ALLIANCE

### [~~PROPOSED~~] ORDER

Based on the stipulation of the Parties incorporated herein by reference and good cause appearing, it is SO ORDERED.

DATED: January 6, 2026

_____
Hon. Sean C. Riordan
United States District Court Magistrate Judge