**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
  E-Mail: Glenn.Friedman@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105-2256
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
JAY C. PATTERSON, SB# 238829
  E-Mail: Jay.Patterson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**OLSSON FRANK WEEDA TERMAN MATZ PC**
STEWART D. FRIED (Pro Hac Vice)
E-Mail: sfried@ofwlaw.com
2000 Pennsylvania Avenue NW, Suite 4003
Washington DC 20006
Telephone: 202.518.6326

Attorneys for Defendant
COSUMNES CORPORATION dba
MURIETA EQUESTRIAN CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, <br><br> Plaintiff, <br><br> vs. <br><br> COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER et al, <br><br> Defendant. | Case No. 2:20-cv-01703-SCR <br><br> [~~PROPOSED~~] ORDER, AS AMENDED BY THE COURT, RE: FEES, PENALTIES, INJUNCTIVE RELIEF, and ALL OTHER RELATED MATTERS |

/ / /

/ / /

/ / /

[PROPOSED] ORDER

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

[~~PROPOSED~~] ORDER

Based on the ~~above~~ **Revised** Stipulation of the parties (ECF 225) incorporated herein by reference, and, good cause appearing, it is SO ORDERED:

1.   Paragraphs 1 and 4 of the Stipulated Order (ECF 212) ("Stipulated Order") are amended by the Revised Settlement Agreement.

2.   Paragraphs 2, 3, and 7 of the Stipulated Order are hereby stricken and are null and void.

3.   Paragraph 5 of the Stipulated Order is superseded by Paragraph 4 of the Revised Settlement Agreement.

4.   Paragraph 8 of the Stipulated Order is superseded by Paragraph 5 of the Revised Settlement Agreement.

5.   The Parties' Revised Settlement Agreement, attached ~~hereto~~ as Exhibit A **to the Revised Stipulation (ECF 225)**, is incorporated herein and supersedes any provisions of the Stipulated Order (ECF 212) that are inconsistent. Within ten days, Plaintiff shall submit the Revised Settlement Agreement to the United States Department of Justice and the EPA (the "Federal Agencies"), for agency review consistent with 40 C.F.R. § 135.5. The agency review period ("Agency Review Period") expires forty-five (45) calendar days after receipt by the Federal Agencies, as evidenced by certified return receipts, copies of which shall be provided to Defendant. In the event that the Federal Agencies object to this settlement, the Parties agree to meet and confer to attempt to resolve the issue(s) raised by the Federal Agencies. If the Parties are unable to resolve any issue(s) raised by the Federal Agencies in their comments, the Parties agree to expeditiously seek a settlement conference with an assigned Magistrate Judge to resolve any issue(s). Plaintiff shall notify the Court of the receipt date by the Federal Agencies, as required by 40 C.F.R. § 135.5, in order to coordinate the Court's calendar with the 45-day review period. Following expiration of the Agency Review Period, Plaintiff shall submit the Revised Settlement Agreement or any agreed supplemental settlement agreement terms to the Court for entry as an order.

6.   Within ten (10) days after entry of the Order by the Court entering the terms of **the** Revised Stipulation and [Proposed] Order, Defendant Cosumnes Corporation shall voluntarily dismiss the pending appeal in the United States Court of Appeals for the Ninth Circuit.

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

2

7. The Court will retain jurisdiction over this litigation for purposes of interpreting, enforcing, or modifying the Revised Settlement Agreement once it is entered as an order of this Court following the Agency Review Period contemplated in paragraph 5 above.

DATED: January 21, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

160984816.1