**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>COSUMNES CORPORATION dba MURIETA EQUESTRIAN CENTER, a California Corporation,<br><br>Defendant. | Case No. 2:20-CV-01703-SCR<br><br>[~~Proposed~~] **ORDER ENTERING REVISED SETTLEMENT AGREEMENT** |

**[PROPOSED] ORDER ENTERING REVISED SETTLEMENT AGREEMENT**

The parties to this case, California Coastkeeper Alliance, Plaintiff, and Cosumnes Corporation, Defendant, entered a Revised Settlement Agreement dated January 16, 2026. On January 23, 2026, as required by the Federal Water Pollution Control Act, 33 U.S.C. § 1365(c)(2), and this Court's Stipulation and Order entered January 22, 2026, Plaintiff delivered the Revised Settlement Agreement to the Department of Justice and Environmental Protection Agency for the statutorily-mandated 45-Day federal agency review. *See* Dkt. 226, Paragraph 5. The federal agencies acknowledged receipt of the Revised Settlement Agreement on January 23, 2026. *See* Dkt. 228, Exhibit A. The 45-day review period ended March 9, 2026. No comments from the federal agencies were received during the 45-day agency review period. Dkt. 229.

At the parties request, the Court enters the Revised Settlement Agreement, which is attached here as **Attachment A,** as an order of the Court.

**IT IS SO ORDERED.**

Dated: March 18, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Entering Rev. Settlement Agreement          Case No. 2:20-CV-01703-SCR